UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUDGE SCHEINDLIN

---

MALIBU TEXTILES, INC.,

          Plaintiff,

    v.

CAROL ANDERSON, INC. and
CABI, LLC,

          Defendants.

Docket No. **07 CIV 4780**

COMPLAINT AND JURY DEMAND

RECEIVE[D]
JUN 05 2007
U.S.D.C. S.D. N.Y.
CASHIERS

---

    Plaintiff Malibu Textiles, Inc. ("Malibu"), by its attorneys Cowan, DeBaets,

Abrahams, & Sheppard, LLP, as and for its complaint against defendants Carol Anderson, Inc.

("CAI") and CABI, LLC ("CABI") (collectively, "Defendants"), alleges as follows:

## INTRODUCTION

    1.     This is an action for copyright infringement arising out of Defendants'

willful infringement of two copyrighted lace designs owned and registered by Malibu.

    2.     As described below, on three separate occasions in 2005 and 2006,

Defendants' representatives and/or agents met with Malibu's representative under the auspices of

entering into a contract to purchase and/or license lace designs to incorporate into Defendants'

clothing line. While Malibu showed Defendants' representatives numerous designs, including

the lace designs at issue in this case, a contract was never consummated. Malibu has learned that

Defendants are offering no less than four garments for sale that incorporate Malibu's copyrighted

lace designs or contain lace designs that are virtually identical copies of Malibu's copyrighted

lace designs.

    3.     Accordingly, Malibu seeks injunctive and monetary relief for copyright

infringement under the Copyright Act of the United States, as amended, 17 U.S.C. § 101 *et seq.*

## JURISDICTION AND VENUE

4.    This Court has subject matter jurisdiction over this action pursuant to 17 U.S.C. § 501 (b) and 28 U.S.C. §§ 1331 and 1338(a).

5.    This Court has personal jurisdiction over Defendants pursuant to New York CPLR § 302 *et seq.* in that Defendants, upon information and belief, were and are doing business in the State of New York and in this District.

6.    Venue is proper within this District pursuant to 28 U.S.C. §§ 1391 and 1400.

## PARTIES

7.    Malibu is a corporation duly organized and existing under the laws of the State of New York with its principal place of business at 49 West 37th Street, New York, New York 10018.

8.    Upon information and belief, CAI is a corporation duly organized and existing under the laws of the state of Washington and registered in the State of California with its principal place of business at 18915 Laurel Park Road, Rancho Dominguez, California 90220.

9.    Upon information and belief, CABI is a limited liability company duly organized and existing under the laws of the state of California with its principal place of business at 18915 Laurel Park Road, Rancho Dominguez, California 90220.

10.    Upon information and belief, Defendants operate a direct sales company offering custom-designed women's apparel.  Upon information and belief, Defendants offer women's apparel via the Internet via through its website http://www.cabionline.com/ and through sales representatives employed by Defendants, known as "Independent Sales

2

Consultants," who are located throughout the United States including within the State of New York and this District.

11.    Upon information and belief, women's apparel sold by Defendants, including apparel that infringes upon Malibu's copyrighted lace designs, has come into the stream of commerce within the State of New York and specifically within this District.

12.    Upon information and belief, Defendants transact business within this District, derive substantial revenue from intrastate and interstate commerce, and have committed tortious acts within and outside of this District having injurious consequences to Malibu.

## FACTS

13.    Malibu is, and has been, prominent in the design and sale of knit fabrics for over 25 years and has earned a reputation in the trade for its original and distinctive fabric and lace designs.

14.    Malibu's fabric and lace designs have been and are being sold by Malibu throughout the United States and within this District.

15.    Malibu holds the copyright in an original lace design pattern, created in or around July 2000, known as Pattern #2120, formerly pattern #1967 (the "1967/2120 Pattern"). A photocopy of the 1967/2120 Pattern is attached hereto as Exhibit A.

16.    Malibu registered the 1967/2120 Pattern with the United States Copyright Office under Registration No. VA 1-159-155, effective August 26, 2002. A copy of the registration certificate for the 1967/2120 Pattern is attached hereto as Exhibit B.

17.    Malibu holds the copyright in an original lace design pattern, created in or around November 2002, known as Pattern #2479, formerly pattern #2351 and Sketch #1088 (the "2479/2351 Pattern"). A photocopy of the 2479/2351 Pattern is attached hereto as Exhibit C.

3

18.    Malibu registered the 2479/2351 Pattern with the United States Copyright Office under Registration No. VA 1-373-475, effective August 31, 2006.  A copy of the registration certificate for the 2479/2351 Pattern is attached hereto as Exhibit D.

19.    In or around February 2005, Defendants' representatives and/or agents met with Malibu's representative to sample Malibu's fabric and lace designs under the auspices of negotiating a contract to either purchase and/or license lace patterns to incorporate into their clothing line.  Among the textile and lace patterns shown to Defendants' representatives and/or agents were the 2479/2351 Pattern and the 1967/2120 Pattern (hereinafter, the 2479/2351 Pattern and the 1967/2120 Pattern will collectively be referred to as "Malibu's Copyrighted Lace Designs").

20.    Again, in July and August 2006, Defendants' representatives and/or agents met with Malibu's representative to sample lace designs under the auspices of negotiating a contract to either purchase and/or license lace patterns to incorporate into Defendants' clothing line.  Among the textile and lace patterns shown to Defendants' representatives and/or agents were Malibu's Copyrighted Lace Designs.

21.    No contract was ever consummated between Defendants and Malibu, nor did Malibu ever give Defendants consent or authorization to use Malibu's Copyrighted Lace Designs.

22.    Upon information and belief, after seeing Malibu's Copyrighted Lace Designs, Defendants manufactured, imported, distributed, promoted, advertised, offered for sale, sold, and/or caused to be manufactured, imported, distributed, promoted, advertised, offered for sale, and/or sold in this District and elsewhere in the United States, garments incorporating lace patterns which infringe Malibu's Copyrighted Lace Designs.

4

23.     Specifically, Defendants are offering for sale a Lace Top, style number 427, which infringes upon the 2479/2351 Pattern.  A photocopy of the infringing garment purchased from Defendants is attached hereto as Exhibit E.

24.     Further, Defendants are offering three garments on Defendant's website that infringe upon Malibu's copyrighted 1967/2120 Pattern:

   a.     Lace Tunic, style number 488.  Screenshots from Defendants' website, http://www.cabionline.com, showing the infringing garment are attached hereto as Exhibit F.

   b.     Lace Top, style number 490.  Screenshots from Defendants' website, http://www.cabionline.com, showing the infringing garment are attached hereto as Exhibit G.

   c.     Lace Tank, style number 601. Screenshots from Defendants' website, http://www.cabionline.com, showing the infringing garment are attached hereto as Exhibit H.  (each of the foregoing garments including the Lace Top, style number 427, will collectively be referred to as the "Infringing Garments").

25.     On January 29, 2007, counsel for Malibu sent CAI a cease and desist letter demanding *inter alia* that CAI immediately cease and desist from further selling, offering for sale, advertising, promoting, distributing Infringing Garments or making any other use of the 2479/2351 Pattern.  Upon learning that Defendants were selling other products that infringed upon Malibu's Copyrighted Lace Designs, counsel for Malibu sent CAI another cease and desist letter on March 29, 2007 again demanding *inter alia* that CAI immediately cease and desist from

5

further selling, offering for sale, advertising, promoting, distributing Infringing Garments or making any other use of Malibu's Copyrighted Lace Designs.

26.    To date, Defendants have not complied with the cease and desist letters and continue to offer and advertise Infringing Garments on Defendants' website.

**COUNT ONE**
**(Copyright Infringement)**

27.    Malibu incorporates by reference each and every allegation contained in paragraphs 1 through 26 above.

28.    Defendants' acts described above constitute infringement of Malibu's registered copyrights and exclusive rights under copyright in violation of 17 U.S.C. §§ 106 and 501.

29.    Upon information and belief, Defendants, having full knowledge of Malibu's rights as alleged herein, infringed Malibu's Copyrighted Lace Designs by manufacturing, importing, distributing, offering for sale, selling, promoting and/or advertising without Malibu's consent, Infringing Garments incorporating Malibu's Copyrighted Lace Designs.

30.    The foregoing acts of infringement by Defendants have been willful, intentional, purposeful, and in disregard of and with indifference to the rights of Malibu.

31.    Malibu is therefore entitled to the maximum statutory damages, pursuant to 17 U.S.C. § 504(c), in the amount of $150,000 with respect to each work infringed, or such other amounts as may be proper under 17 U.S.C. § 504(c).

32.    Malibu further is entitled to its attorneys' fees and full costs pursuant to 17 U.S.C. § 505.

6

33.     Moreover, Defendants' conduct, described above, is causing, and unless enjoined and restrained by this Court, will continue to cause Malibu irreparable injury that cannot be fully compensated by, or measured in, money damages.  Malibu has no adequate remedy at law.  Accordingly, pursuant to 17 U.S.C. § 502, Malibu is entitled to a preliminary and permanent injunction prohibiting further infringement of Malibu's copyrights and exclusive rights under copyright.

WHEREFORE, Malibu prays that this Court:

A.      Preliminarily and permanently enjoin Defendants, their officers, directors, principals, representatives, agents, servants, employees, successors and assigns, and all persons acting in concert or participation with each or any of them, or for them, from:

(a)     copying, or making any unauthorized use of Malibu's Copyrighted Lace Designs, in any form;

(b)     importing, manufacturing, producing, distributing, circulating, selling, offering for sale, advertising, promoting or displaying any promotional material bearing any simulation, reproduction, counterfeit, or copy of Malibu's Copyrighted Lace Designs, or by causing and/or participating in such importation, manufacturing, producing, distributing, circulating, selling, offering for sale, advertising, promoting or displaying any such items;

B.      Direct Defendants to deliver for destruction all products in their possession, custody and control that infringe upon Malibu's Copyrighted Lace Designs;

7

C.     Direct Defendants to account for and relinquish to Malibu all gains, profits, and advantages derived by Defendants through Defendants' infringement of Malibu's copyrights.

D.     Direct Defendants to pay to Malibu such damages, including statutory damages of up to $150,000 per infringing work, as Malibu is entitled to as a consequence of Defendants' willful infringement of Malibu's copyrights in Malibu's Copyrighted Lace Designs.

E.     Award Malibu the costs of this action together with reasonable attorneys' fees.

F.     Award Malibu prejudgment interest on the amount of the award to Malibu, and;

G.     Award Malibu such other and further relief as the Court may deem just and proper.

## DEMAND FOR JURY TRIAL

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Malibu hereby demands trial by jury as to all claims in this litigation.

Dated: New York, New York
       June 5, 2007

Respectfully Submitted,

COWAN, DEBAETS, ABRAHAMS, & SHEPPARD, LLP

By: *Nancy E Wolff*
Nancy E. Wolff (NW 7808)
Matthew A. Kaplan (MK 5669)
41 Madison Avenue, 34th Floor
New York, New York 10010
(212) 974-7474

Attorneys for Plaintiff Malibu Textiles, Inc.

8

# EXHIBIT A

STYLE No.: 2120   COLOR: Black   YARDS: Floral Galloon Stretch Lace   DESCRIPTION: 70%Stretch Nylon/30%Rayon



# EXHIBIT B

CERTIFICATE OF REGISTRATION

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

VA 1-159-155



EFFECTIVE DATE OF REGISTRATION

AUG 26 2002

*Maybeth Peters*

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

TITLE OF THIS WORK ▼

Pattern # 1967

NATURE OF THIS WORK ▼

FABRIC DESIGN

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    Title of collective work ▼

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

**2**

**a**

NAME OF AUTHOR ▼

VALIBU TEXTILES, INC.

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____ USA

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No

NATURE OF AUTHORSHIP Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work
☒ Design on sheetlike material

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

NATURE OF AUTHORSHIP Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work
☐ Design on sheetlike material

**3**

**a**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given
2000    ◀ Year in all cases.

**b**

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information Month ▶ July    Day ▶ 1    Year ▶ 2000
ONLY if this work has been published.    USA    ◀ Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Valibu Textiles, Inc.
49 West 37th Street
New York, NY  10918

APPLICATION RECEIVED
*Aug 26, 2002*
ONE DEPOSIT RECEIVED
*Aug 26, 2002*
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.    DO NOT WRITE HERE
• See detailed instructions.    • Sign the form at line 8.    Page 1 of _____ pages

FORM VA

EXAMINED BY _SOW_

CHECKED BY

☐ CORRESPONDENCE
Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**5** PREVIOUS REGISTRATION Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**6** DERIVATIVE WORK OR COMPILATION Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

a

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

b

**7** DEPOSIT ACCOUNT If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                      Account Number ▼

TEXTILE DISTRIBUTORS ASSOCIATION, INC.          DA0 19755          a

CORRESPONDENCE Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

Textile Distributors Association, Inc.
104 West 40th Street
18th Floor
New York, NY  10018          b

Area code and daytime telephone number ▶ 212-869-6300          Fax number ▶ 212-869-2346

**8** CERTIFICATION* I, the undersigned, hereby certify that I am the

check only one ▶ {
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  Malibu Textiles, Inc.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

HELENA F. NEALON                                      Date ▶ 8/13/02

Handwritten signature (X) ▼

_Helen Neal_

**9** Mail certificate to:

Name ▼
TEXTILE DISTRIBUTORS ASSOCIATION, INC.

Number/Street/Apt ▼
104 West 40th Street - 18th Floor

City/State/ZIP ▼
New York, NY  10018

Certificate will be mailed in window envelope

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

**MAIL TO:**
Register of Copyrights, Library of Congress
101 Independence Ave, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

April 1997—300,000          PRINTED ON RECYCLED PAPER          ☆U.S. GOVERNMENT PRINTING OFFICE: 1997-417-752/40015

# EXHIBIT C

STYLE No.: 2479   COLOR: Black/Black   YARDS:          DESCRIPTION: 75% Stretch Nylon/25%Rayon



# EXHIBIT D

Certificate of Registration

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE



REG **VA 1–373–475**

VA
EFFECTIVE DATE OF REGISTRATION

**AUG 3 1 2006**
Month Day Year

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

**TITLE OF THIS WORK ▼**
2351

**NATURE OF THIS WORK ▼** See Instructions
LACE DESIGN

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

**2**

**a**

**NAME OF AUTHOR ▼**
MALIBU TEXTILES, INC.

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☒ No
Pseudonymous?   ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire," check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work
☐ Design on sheetlike material    ☒ LACE DESIGN

**b**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work
☐ Design on sheetlike material

**3**

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2002 ◀ Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ NOV    Day ▶ 12    Year ▶ 2002
USA ◀ Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
MALIBU TEXTILES, INC.
49 WEST 37th STREET
New York, N.Y. 10018

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

See instructions before completing this space.

**APPLICATION RECEIVED**
AUG 3 1 2006
**ONE DEPOSIT RECEIVED**

**TWO DEPOSITS RECEIVED**
AUG 3 1 2006

**FUNDS RECEIVED**

DO NOT WRITE HERE OFFICE USE ONLY

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.  • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages

| | |
|---|---|
| EXAMINED BY ___ Muk/Wrk | FORM VA |
| CHECKED BY ___ | |
| ☐ CORRESPONDENCE Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼                **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼                **Account Number** ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

RICHARD SAMUELS
MALIBU TEXTILES, INC.
49 WEST 37ᵗʰ STREET
New York N.Y. 10018

Area Code and Telephone Number ▶ (212) 354-6707

**7**

Be sure to give your daytime phone ◀ number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▼

☐ author

☐ other copyright claimant

☑ owner of exclusive right(s)

☐ authorized agent of ___ MALIBU TEXTILES, INC.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

RICHARD SAMUELS                Date ▶ 8/31/2006

Handwritten signature (X) ▼
X

**8**

| | |
|---|---|
| Mail certificate to: | **Name** ▼  MALIBU TEXTILES, INC. |
| Certificate will be mailed in window envelope | **Number/Street/Apt** ▼  49 WEST 37ᵗʰ STREET |
| | **City/State/ZIP** ▼  NEW YORK, N.Y. 10018 |

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

**MAIL TO**
Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

**C**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

☼ PRINTED ON RECYCLED PAPER                                ☼U.S. GOVERNMENT PRINTING OFFICE: 1995-387-237/1

# EXHIBIT E



# EXHIBIT F



Copyright © 2007 CAbi LLC. All Rights Reserved.

The Collection    The Designer    Career Opportunity    Host a Show    Purchase    Co

Regatta    City Safari    Sushi Date    Bon Voyage    Fiesta    Shakespeare



Copyright © 2007 CABi

# EXHIBIT G



The Collection        The Designer        Career Opportunity        Host a Show        Purchase        Co

Regatta    ||    City Safari    ||    Sushi Date    ||    Bon Voyage    ||    Fiesta    ||    Shakespeare i



Copyright © 2007 CAbi

# EXHIBIT H



The Collection    The Designer    **Career Opportunity**    Host a Show    Purchase    C

Festival of the Arts          Starlight Theatre          All Dressed Up



Copyright © 2007 CAbi