**JUDGE SCHEINDLIN**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MALIBU TEXTILES, INC., :  07 CIV 4780
: Docket No. _____
Plaintiff, :
:
v. : RULE 7.1 DISCLOSURE
: STATEMENT
CAROL ANDERSON, INC. and :
CABI, LLC, :
:
Defendants. :

---

**RECEIVED JUN 0 5 2007 U.S.D.C. S.D.N.Y. CASHIERS**

Pursuant to Rule of Federal Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Malibu Textiles, Inc. (a private non-governmental party) certifies that it has no parent corporation and that there is no publicly held corporation that holds 10% or more of its stock.

Dated: June 5, 2007

By: /s/ Nancy E. Wolff
Nancy E. Wolff (NW 7805)
Matthew A. Kaplan (MK 5669)

COWAN, DEBAETS,
ABRAHAMS, & SHEPPARD, LLP
41 Madison Avenue, 34th Floor
New York, New York 10010
(212) 974-7474

Attorneys for Plaintiff Malibu
Textiles, Inc.

A059852.DOC\1