

# Demovsky Lawyer Service
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MALIBU TEXTILES, INC.,

   Plaintiff,

   -against-

CAROL ANDERSON, INC. and
CABI, LLC,

   Defendants.
-----------------------------------------------------------X

Case No. 07 CIV 4780
(Judge Scheindlin)

AFFIDAVIT OF SERVICE

STATE OF CALIFORNIA  )
   S.S.:
COUNTY OF LOS ANGELES )

   BARRY THOMAS, being duly sworn, deposes and says that he is over the age of eighteen years, is an agent of the attorney service, D.L.S., Inc., and is not a party to this action.

   That on the 18th day of June, 2007, at approximately the time of 4:20 PM, deponent served a true copy of the SUMMONS IN A CIVIL CASE; COMPLAINT and JURY DEMAND; RULE 7.1 DISCLOSURE STATEMENT; INDIVIDUAL RULES AND PROCEDURES OF JUDGE SHIRA A. SCHEINDLIN; AND INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE HENRY PITMAN upon CAROL ANDERSON, INC. at 18915 Laurel Park Road, Rancho Dominguez, CA, by personally delivering and leaving the same with TOM KO who informed deponent that he holds the position of Controller with that company and is authorized by appointment to receive service at that address.

   TOM KO is a tan (Asian) male, approximately 32 years of age, stands approximately 5 feet 6 inches tall, weighs approximately 150 pounds with black hair and brown eyes wearing glasses.

*B. TL* _(signature)_
BARRY THOMAS

State of California, County of Los Angeles
Subscribed and Sworn to (or affirmed) before me on
this 29 day of June, 2007 By
_Christopher P. Trindade_, personally
known to me or proved to me on the basis of
satisfactory evidence to be the person(s) who
appeared before me.

_(signature)_
NOTARY PUBLIC



CHRISTOPHER P. TRINDADE
Commission # 1509952
Notary Public - California
Los Angeles County
My Comm. Expires Aug 26, 2008

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com