UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

MALIBU TEXTILES, INC.                               Index No.: 07cv4780 (SAS)
                        Plaintiff,

-vs-

CAROL ANDERSON, INC. and
CABI, LLC,
                        Defendants.
-------------------------------------------------------------------X

## PROPOSED STIPULATION & ORDER

The Stipulation, dated July 6, 2007 adjourning Defendants', Carol Anderson, Inc. And Cabi, LLC, time to answer Plaintiff's Complaint and Jury Demand, filed June 5, 2007, be extended from July 9, 2007 through to and including July 16, 2007.

**SO ORDERED:**                                     DATED: July ___, 2007


_____
**JUDGE SHIRA A. SCHEINDLIN**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

MALIBU TEXTILES, INC.,

                Plaintiff,

-vs-

CAROL ANDERSON, INC. and
CABI, LLC,

                Defendants.
------------------------------------------------------------X

Index No.: 07cv4780 (SAS)

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN the attorneys for Plaintiff, Malibu Textiles, Inc., and the Defendants named herein, Carol Anderson, Inc. and Cabi LLC, that the time for Defendants to answer Plaintiff's Complaint and Jury Demand, filed June 5, 2007, be extended from July 9, 2007 through to and including July 16, 2007.

IT IS FURTHER HEREBY STIPULATED AND AGREED by and between counsel for the undersigned facsimile signatures below are as binding as original signatures, and the Court may be provided with a photocopy of this Stipulation in lieu of the original with the same effect as if the original had been filed.

Dated: July 6, 2007
        New York, New York

**LAZARUS & LAZARUS, P.C.**
*Attorneys for Defendants,*
240 Madison Avenue, 8th Floor
New York, New York 10016
(212) 889-7400

By: _____
    Harlan M. Lazarus (HML-0268)

**COWAN, BEBAETS, ABRAHAMS & SHEPPARD, LLP**
*Attorneys for Plaintiff*
41 Madison Avenue, 34th Floor
New York, New York 10010
(212) 974-7474

By: _____
    Matthew A. Kaplan (MK-5669)