UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MALIBU TEXTILES, INC.

                 Plaintiff,

-vs-

CAROL ANDERSON, INC. and
CABI, LLC,

                 Defendants.
-------------------------------------------------------------X

Index No.: 07cv4780 (SAS)

**PROPOSED STIPULATION & ORDER**

The Stipulation, dated July 6, 2007 adjourning Defendants', Carol Anderson, Inc. And Cabi, LLC, time to answer Plaintiff's Complaint and Jury Demand, filed June 5, 2007, be extended from July 9, 2007 through to and including July 16, 2007.

SO ORDERED:

DATED: July 11, 2007

_____
**JUDGE SHIRA A. SCHEINDLIN**