UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X

MALIBU TEXTILES, INC.,



                                        Plaintiff,

    -vs-

CAROL ANDERSON, INC. and
CABI, LLC,

                                        Defendants.
-----------------------------------------------------------------------X

Index No.: 07cv4780 (SAS)

JUL 12 2007

## STIPULATION & ORDER

IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN the attorneys

for Plaintiff, Malibu Textiles, Inc., and the Defendants named herein, Carol Anderson,

Inc. and Cabi LLC, that the time for Defendants to answer Plaintiff's Complaint and

Jury Demand, filed June 5, 2007, be extended from July 16, 2007 through to and

including August 2, 2007.

    IT IS FURTHER HEREBY STIPULATED AND AGREED by and between counsel

for the undersigned facsimile signatures below are as binding as original signatures,

and the Court may be provided with a photocopy of this Stipulation in lieu of the

original with the same effect as if the original had been filed.

    FURTHER, IT IS HEREBY ORDERED THAT the Initial Pretrial Conference

scheduled for July 25, 2007 at 4:30 p.m. be, and the same hereby is, adjourned and

rescheduled for August ___, 2007 at _____ a.m./p.m.

A060124.RTF/1}

*The conference will go forward as scheduled.*

Dated: July 12, 2007
New York, New York

LAZARUS & LAZARUS, P.C.
*Attorneys for Defendants,*
240 Madison Avenue, 8th Floor
New York, New York 10016
(212) 889-7400

By: _____
Harlan M. Lazarus (HML-0268)

COWAN, DeBAETS, ABRAHAMS &
SHEPPARD, LLP
*Attorneys for Plaintiff*
41 Madison Avenue, 34th Floor
New York, New York 10010
(212) 974-7474

By: _____
Matthew A. Kaplan (MK-5669)

SO ORDERED:

_____
JUDGE SHIRA A. SCHEINDLIN

7/13/07

A060124.RTF/1}