UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MALIBU TEXTILES, INC.,

                                  Index No.: 07cv4780 (SAS)

                Plaintiff,

-vs-

CAROL ANDERSON, INC. and
CABI, LLC,

                Defendants.
-----------------------------------------------------------------X

## NOTICE OF APPEARANCE OF LAZARUS & LAZARUS, P.C., ON BEHALF OF DEFENDANTS

SIRS:

      PLEASE TAKE NOTICE, that the undersigned appears herein as counsel for Defendants, Carol Anderson, Inc, and CABI, LLC (the "Defendants"), in the above captioned action.

      PLEASE TAKE FURTHER NOTICE, that the Defendants, hereby appear in the above entitled action, and that the undersigned has been retained as Attorneys for said Defendants and demands that copies of any and all papers in this action be served upon the undersigned at the office and post office address stated below.

      I certify that I am admitted to practice in this court.

Dated: New York, New York
         July 19, 2007

                                        Respectfully submitted,
                                        LAZARUS & LAZARUS, P.C.

                         By:_____
                            HARLAN M. LAZARUS, ESQ.{HML-0268}
                            240 Madison Avenue, 8th. Floor
                            New York, New York, 10016
                            (212) 889-7400

TO:  COWAN, BEBAETS, ABRAHAMS & SHEPPARD, LLP
     41 Madison Avenue, 34th Floor
     New York, New York 10010
     **Attention: MATTHEW KAPLAN**