UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MALIBU TEXTILES, INC.,

                       Plaintiff,

  -vs-

CAROL ANDERSON, INC. and
CABI, LLC,

                       Defendants.
------------------------------------------------------------X

Index No.: 07cv4780 (SAS)

STATE OF NEW YORK    )
                                 )SS.:
COUNTY OF NEW YORK  )

      Carissa A. Schumacher, being duly sworn, deposes and says:

      I am not a party to this action, I am over the age of 18 years and I reside in Somerset County.

      On July 19, 2007, I mailed true copies of the following document: **NOTICE OF APPEARANCE OF LAZARUS & LAZARUS, P.C., ON BEHALF OF DEFENDANTS**; enclosed in a sealed pre-paid wrapper for delivery, by depositing said true copies into an official depository under the exclusive care and custody of the United States Postal Service located within this City and State addressed to the following:

          **COWAN, BEBAETS, ABRAHAMS & SHEPPARD, LLP**
          41 Madison Avenue, 34th Floor
          New York, New York 10010
          **Attention: MATTHEW KAPLAN**

                                                             Carissa A. Schumacher

Sworn to before me this
19th day of July, 2007

_____
Notary Public

HARLAN M. LAZARUS
Notary Public, State of New York
No. 31-4723982
Qualified in New York County
Commission Expires February 28, 20 11