UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X   Index No.: 07-Civ. 4780 (SAS)
MALIBU TEXTILES, INC.,           :
                                 :
              Plaintiff,         :
   -against-                     :
                                 :
CAROL ANDERSON, INC., ET AL.     :
                                 :
              Defendants.        :
-------------------------------------------------X

## STATEMENT PURSUANT TO RULE 7.1

Pursuant to Rule of Federal Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendants CAROL ANDERSON, INC. and CABI, LLC., (private non-governmental parties) certify that they have no parent corporation and that there are no publicly held corporations that hold 10% or more of their stock.

Respectfully submitted this 2nd day of August, 2007.

        LAZARUS & LAZARUS, P.C.
        *Attorneys for* Defendants
        CAROL ANDERSON, INC. and CABI, INC.

By:_____
        HARLAN M. LAZARUS HML-0268
        240 Madison Avenue, 8th Flr.
        New York, New York 10016
        Tel. 212 889-7400

To:  **COWAN, DEBAETS, ABRAHAMS
     & SHEPPARD LLP.**
     *Attorneys for Plaintiff* MALIBU TEXTILES, INC.
     41 Madison Avenue, 34th Floor
     New York City, New York 10010
     Attention:  **NANCY E. WOLFF, ESQ.
                       MATTHEW A. KAPLAN, ESQ.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X   Index No.: 07-Civ. 4780 (SAS)
MALIBU TEXTILES, INC.,                          :
                                                :
                          Plaintiff,            :
         -against-                              :
                                                :
CAROL ANDERSON, INC., ET AL.                    :
                                                :
                          Defendants.           :
------------------------------------------------X

# STATEMENT PURSUANT TO RULE 7.1

LAZARUS & LAZARUS, P.C.
*Attorneys for Defendants*
240 Madison Avenue, 8th Floor
New York, New York 10016
Tel. (212) 889-7400