UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X
MALIBU TEXTILES, INC.,                :

                Plaintiff,      :

   -against-                      :

                            :
CAROL ANDERSON, INC., ET AL.   :

                Defendants.  :
------------------------------------------------X

Index No.: 07-Civ. 4780 (SAS)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK     )
                          )SS.:
COUNTY OF NEW YORK )

     **ROBYN SAUNDERS**, being duly sworn, deposes and says:

     I am not a party to this action, I am over the age of 18 years and I reside in New York County.

     On August 2nd, 2007, I mailed a true copy of the within document titled: **ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANTS CAROL ANDERSON, INC. and CABI, LLC,** by depositing said true copy into a sealed, pre-paid wrapper, for delivery under the exclusive care and custody of the United States Postal Service located within this City and State addressed to the following:

**COWAN, DEBAETS, ABRAHAMS
& SHEPPARD LLP.**
*Attorneys for Plaintiff* MALIBU TEXTILES, INC.
41 Madison Avenue, 34th Floor
New York City, New York 10010
   Attention:  **NANCY E. WOLFF, ESQ.**
                    **MATTHEW A. KAPLAN, ESQ.**

_____
ROBYN SAUNDERS

Sworn to before me this
2nd day of August, 2007

_____
Notary

HARLAN M. LAZARUS
Notary Public, State of New York
No. 31-4723982
Qualified in New York County
Commission Expires February 28, 2011