UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X
MALIBU TEXTILES, INC.,

                Plaintiff,

-against-

CAROL ANDERSON, INC., ET AL.,

                Defendants.
------------------------------------------------X

Index No.: 07-Civ. 4780 (SAS)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK  )
                             )SS.:
COUNTY OF NEW YORK  )

      **ROBYN SAUNDERS**, being duly sworn, deposes and says:

      I am not a party to this action, I am over the age of 18 years and I reside in New York County.

      On August 2nd, 2007, I mailed a true copy of the within document titled: **STATEMENT PURSUANT TO RULE 7.1,** by depositing said true copy into a sealed, pre-paid wrapper, for delivery under the exclusive care and custody of the United States Postal Service located within this City and State addressed to the following:

      **COWAN, DEBAETS, ABRAHAMS & SHEPPARD LLP.**
      *Attorneys for Plaintiff* MALIBU TEXTILES, INC.
      41 Madison Avenue, 34th Floor
      New York City, New York 10010
      Attention:  **NANCY E. WOLFF, ESQ.**
                         **MATTHEW A. KAPLAN, ESQ.**

                                                                      ROBYN SAUNDERS

Sworn to before me this
2nd day of August, 2007

_____
              Notary

HARLAN M. LAZARUS
Notary Public, State of New York
No. 31-4723982
Qualified in New York County
Commission Expires February 28, 20 11