UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X
MALIBU TEXTILES, INC.,                   :
                                         :
                    Plaintiff,           :          Index No.: 07-Civ. 4780 (SAS)
                                         :
       -against-                         :
                                         :          **AFFIDAVIT OF SERVICE**
CAROL ANDERSON, INC., ET AL.             :
                                         :
                    Defendants.          :
------------------------------------------------X

STATE OF NEW YORK    )
                     )SS.:
COUNTY OF NEW YORK   )

**ROBYN SAUNDERS**, being duly sworn, deposes and says:

I am not a party to this action, I am over the age of 18 years and I reside in New York County.

On August 2nd, 2007, I mailed a true copy of the within document titled: **DEFENDANT CAROL ANDERSON, INC. and CABI, LLC. INITIAL DISCLOSURES UNDER RULE 26(a)(1) OF THE FEDERAL RULES OF CIVIL PROCEDURE,** by depositing said true copy into a sealed, pre-paid wrapper, for delivery under the exclusive care and custody of the United States Postal Service located within this City and State addressed to the following:

**COWAN, DEBAETS, ABRAHAMS
& SHEPPARD LLP.**
*Attorneys for Plaintiff* MALIBU TEXTILES, INC.
41 Madison Avenue, 34th Floor
New York City, New York 10010
Attention:   **NANCY E. WOLFF, ESQ.
            MATTHEW A. KAPLAN, ESQ.**

_____
ROBYN SAUNDERS

Sworn to before me this
2nd day of August, 2007

_____
       Notary

HARLAN M. LAZARUS
Notary Public, State of New York
No. 31-4723982
Qualified in New York County
Commission Expires February 28, 20__