USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/14/08

# COWAN, DEBAETS, ABRAHAMS & SHEPPARD LLP
### ATTORNEYS AT LAW

FREDERICK P. BIMBLER
TOBY M. J. BUTTERFIELD
AL J. DANIEL, JR.†
TIMOTHY J. DEBAETS
ROBERT I. FREEDMAN
ELLIS B. LEVINE
MITCHELL E. RADIN
ROBERT L. SEIGEL
J. STEPHEN SHEPPARD
RALPH J. SUTTON*
KENNETH N. SWEZEY
DAVID BRUCE WOLF
NANCY E. WOLFF

ZEHRA J. ABDI
LISA K. DIGERNES
MATTHEW A. KAPLAN
M. KILBURG REEDY
MASON A. WEISZ

PHILIP M. COWAN (1943-2001)
HOWARD ABRAHAMS (1945-1996)

March 13, 2008

OF COUNSEL
ANNE C. BAKER
JUDITH A. BRESLER
JERROLD B. GOLD
ALBERT GOTTESMAN
ROGER E. KASS
MICHAEL D. REMER
ROBERT F. VAN LIEROP

CORRESPONDENT FIRM:
DONALDSON & HART
9220 SUNSET BLVD. STE. 224
LOS ANGELES, CA 90069
(810) 278-8394

*ALSO ADMITTED IN CA & DC
°ALSO ADMITTED IN NJ
†ALSO ADMITTED IN AR & DC

**VIA FACSIMILE (212) 805-7920 AND FEDERAL EXPRESS**
Honorable Shira A. Scheindlin, U.S.D.J.
United States District Court, Southern District of New York
500 Pearl Street, Room 1620
New York, New York 10007

Re:   Malibu Textiles, Inc. v. Carol Anderson, Inc. et al.
      Docket No. 07 Civ. 4780 (SAS)

Dear Judge Scheindlin:

[Handwritten endorsement: Request granted in part and denied in part. There will be no stay of discovery. The amended motion schedule is approved: April 17 for moving papers, May 7 for response and May 21 for reply. However, no further adjournments of the civil motion schedule will be approved for any reason. So Ordered. /s/ 3/13/08]

CHAMBERS OF
MAR 1_ 2008
JUDGE _____

We represent Plaintiff Malibu Textiles, Inc. ("Malibu") in the above-captioned matter. We write to request an extension of the summary judgment briefing schedule ordered at the January 22, 2008 Pre-Motion Conference before Your Honor and for leave to file a Second Amended Complaint. This is Plaintiff's first request for such relief.

Presently, plaintiff's moving brief is due March 17, 2008, defendants' opposition is due April 7, 2008, and plaintiff's reply is due April 21, 2008. Plaintiff seeks to extend the time to make its motion by one month, making the moving brief due April 17, 2008, the opposition due May 7, 2008, and the reply due May 21, 2008.

Plaintiff seeks an extension for the following reasons:

- During defendants' depositions of Malibu's owners and of the companies from whom Malibu obtained its rights, Malibu learned that the two of the lace patterns upon which Malibu is suing were derived from other lace patterns in which Malibu owns copyright registrations. Plaintiff has sought defendants' consent to file a Second Amended Complaint to include those registrations in the action. Moreover, plaintiff discovered a few typographic errors in the First Amended Complaint that it would like to correct. Finally, plaintiff wants to ensure that it has defendants' answer to the Second Amended Complaint prior to filing its motion.

41 MADISON AVENUE - 34TH FLOOR, NEW YORK, NEW YORK 10010
TEL: (212) 974-7474    FAX: (212) 974-8474    WEB: www.cdas.com    E-MAIL: cdas@cdas.com

{A061568.DOC\1}

COWAN, DEBAETS, ABRAHAMS & SHEPPARD LLP

Honorable Shira A. Scheindlin, U.S.D.J.
March 13, 2008
Page 2

- Plaintiff has yet to receive deposition transcripts from defendants for two of the four depositions taken by defendants. Moreover, plaintiff has just received copies of documents produced by the third party witnesses Robert Jabelin and Joe Dickenson at their depositions. Obviously, plaintiff wants the deposition transcripts prior to making its motion.

- Further, defendants made supplemental discovery requests during the depositions of plaintiff's owners. Plaintiff has asked defendant to memorialize those requests so plaintiff can review and respond to them accordingly.

- Lastly, plaintiff's attention has been focused on defending the deposition of its owners (which took place on March 6, 2008), and on the settlement conference before Judge Pitman on Monday, March 10, 2008, which ultimately proved unsuccessful.

Plaintiff still is confident that the question of defendants' liability for copyright infringement can be disposed of upon summary judgment and that nothing revealed during defendants' depositions is fatal to plaintiff's claims. Due to the foregoing, an extension of time will permit plaintiff to respond to defendants' supplemental discovery requests and to receive documents from defendants which may further support plaintiff's claims.

Finally, plaintiff requests that the Court formally stay discovery pending the resolution of the summary judgment motion. If successful, plaintiff intends to take discovery of defendants' and present expert testimony in support of plaintiff's damages claim. As plaintiff sought an early motion for summary judgment as a way of reducing expenses, a formal stay of discovery will permit plaintiff to continue to limit expenses while continuing to narrow the claims to be litigated.

Plaintiff sought defendants' counsel's consent for the above requested relief yesterday, but has not yet heard back from him. However, to ensure that our request is made timely, we submit this letter now. Once we receive defendants' response, we will advise the Court.

We thank the Court for its consideration.

Respectfully submitted,

Nancy E. Wolff

cc:   Harlan M. Lazarus, Esq.(via facsimile (212) 684-0314)
      Matthew A. Kaplan, Esq.

{A061568.DOC\1}