UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X

MALIBU TEXTILES, INC.,

           Plaintiff,

- against -

CAROL ANDERSON, INC. et al.,

           Defendants.

------------------------------------X

07 Civ. 4780 (SAS)(HBP)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/28/08

        WHEREAS, on December 17, 2007, the Court entered a Revised Scheduling Order that provided that no new causes of action may be asserted after January 29, 2008 except for good cause shown; and

        WHEREAS, Plaintiff Malibu Textiles, Inc. sought leave to file a Second Amended Complaint to conform the pleadings to the evidence; and

        WHEREAS, at a March 25, 2008 conference, the Court found good cause to grant Malibu Textiles, Inc. leave to file a Second Amended Complaint;

        NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1. Plaintiff Malibu Textiles, Inc. is granted leave to file its Second Amended Complaint; and

2. Defendants' counsel acknowledged service of the Second Amended Complaint as of March 25, 2008; and

3. Defendants' answer to the Second Amended Complaint is due on or before April 14, 2008.

SO ORDERED:

March 27, 2008
Date

Shira A. Scheindlin, U.S.D.J.

{A061666.DOC\1}