UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MALIBU TEXTILES, INC.,

                                                                                                       Index No.: 07cv4780 (SAS)

                                    Plaintiff,

-vs-

CAROL ANDERSON, INC. and
CABI, LLC,

                                  Defendants.
-----------------------------------------------------------------X
STATE OF NEW YORK    )
                               )SS.:
COUNTY OF NEW YORK  )

      Carissa A. Schumacher, being duly sworn, deposes and says:

      I am not a party to this action, I am over the age of 18 years and I reside in Somerset County, New Jersey.

      On April 9, 2008, I sent by electronic mail and delivered by first class mail true copies of the following document: **ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANTS, CAROL ANDERSON, INC. & CABI, LLC, TO PLAINTIFF'S SECOND AMENDED COMPLAINT**; enclosed in a sealed pre-paid wrapper for delivery, by depositing said true copies into an official depository under the exclusive care and custody of the United States Postal Service located within this City and State addressed to the following:

                **COWAN, BEBAETS, ABRAHAMS & SHEPPARD, LLP**
                41 Madison Avenue, 34th Floor
                New York, New York 10010
                **Attention: MATTHEW A. KAPLAN**
                             NANCY E. WOLFF

                                                                           Carissa A. Schumacher

Sworn to before me this
9th day of April, 2008

_____
Notary Public

HARLAN M. LAZARUS
Notary Public, State of New York
No. 31-4723982
Qualified in New York County
Commission Expires February 26, 20 11