

**TRANSPERFECT**
TRANSLATIONS

ALBANY
AMSTERDAM
ATLANTA
AUSTIN
BOSTON
BRUSSELS
CHARLOTTE
CHICAGO
DALLAS
DENVER
FRANKFURT
GENEVA
HONG KONG
HOUSTON
IRVINE
LONDON
LOS ANGELES
MIAMI
MINNEAPOLIS
MONTREAL
MUNICH
NEW YORK
PARIS
PHILADELPHIA
RESEARCH TRIANGLE PARK
SAN DIEGO
SAN FRANCISCO
SAN JOSE
SEATTLE
SINGAPORE
STOCKHOLM
SYDNEY
TOKYO
TORONTO
WASHINGTON, DC

City of New York, State of New York, County of New York

I, Anne Lutz, hereby certify that the document "Declaration of Jolanda Kramm" is, to the best of my knowledge and belief, a true and accurate translation from German into English.

_Anne Lutz_

Sworn to before me this
April 17, 2008

_Signature, Notary Public_

Katharine L Perekslis
Notary Public, State of New York
No. 01PE6181423
Qualified in QUEENS County
Commission Expires Jan 28, 2012

Stamp, Notary Public

THREE PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10016   T 212.689.5555   F 212.689.1059   WWW.TRANSPERFECT.COM

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------
MALIBU TEXTILES, INC.,

        Plaintiff,

v.

CAROL ANDERSON, INC. and
CABI, LLC,

        Defendants.
-----------------------------------------------------------

Docket No. 07-cv-4780 (SAS)

## DECLARATION OF JOLANDA KRAMM

I, Jolanda Kramm, affirm and declare the following:

1.    I reside at Avenida França 199, Santa-Rosa 78 040-170, Cuiaba – Mato Grosso, Brazil. I am making this declaration based on my own knowledge, if not otherwise indicated.

2.    I have been working in the design industry as an independent designer for approximately 40 years, specializing in, among other things, lace designs.

3.    I am making this declaration to confirm my conveyance of the lace design described in this document and to confirm the contents of an acknowledgement of rights, which I signed on September 29, 2005. A detailed copy of this Acknowledgement of Rights is enclosed as court exhibit A.

4.    In 1998 I was commissioned by Rolf Mueller, the owner of the knitting company Linfalls, to design an original lace design for a Linfalls client. I have since found out that Linfalls' client was the company Malibu Textiles, Inc.

*JK*

{A061740.DOC\1}

5.  I created two original lace designs for Linfalls' client. I learned from Mr. Mueller that the first design, "N. 1" was selected.

6.  I confirm that the copies of the sketch enclosed as court exhibit B and that bear my initials "JK" are copies of the sketch of the lace design that I designed for Linfalls' client and that was selected by Linfalls' client. These copies also show my marking "N. 1", corresponding to the first design.

7.  I found other documents that show the original design that I designed for Linfalls' client. Enclosed as court exhibit C are copies of the sketches that I designed to show the differences in the thickness of the thread once the design is actually manufactured into lace and a copy of the layout of the design on a graph that was used for the creation of the "draft".

8.  At the moment that my design was accepted by Linfalls' client, I assigned and transferred all property rights that I had in the lace design to Linfalls' client, including but not limited to the copyright and the right to apply for a copyright for the design in the United States and anywhere else in the world, and the right to pursue legal action against past, current and future violations of copyright.

9.  After the lace design was accepted by Linfalls' client, I was commissioned by Linfalls to prepare a "draft" of the lace design. A "draft" is a technical drawing with regard to the method of manufacturing lace on a knitting machine. Enclosed as court exhibit D is a copy of the draft that I designed based on the lace design for Linfalls' client.

10. I do not dispute the current property rights of Malibu Textiles, Inc. in the lace design that I created for Linfalls' client.

I verify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Completed by me on April 10, 2008.

_____
JOLANDA KRAMM

The above/reverse signature of
[handwritten:] JOLANDA KRAMM
(Surname, First Name, where applicable Maiden Name, Date of Birth)
[handwritten:] Av. Franca 199, Santa Rosa
[handwritten:] 78, 040-170 CUIABA – MT
Place of residence, Street and Building Number
I hereby notarize based on the [illegible]
performed before me (§ 19 Para. 2
Num. 2 Consular Act from Sept. 11, 1974)
The above person personally appeared before the consul [illegible] /
has confirmed his/her identity by presenting the following document(s):
PASSPORT
_____
EIKE KRAMM
Honorary Consul of the Federal Republic of Germany
Cuiaba – MT, the [handwritten:] April 13, 2008
[illegible] [handwritten:] 12/08 Fee: € 15.00

(Seal: Honorary Consul of the Federal Republic of Germany Cuiaba)

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **MALIBU TEXTILES, INC.,** : | |
| : | **Docket No. 07-cv-4780 (SAS)** |
| **Plaintiff,** : | |
| : | |
| **v.** : | |
| : | |
| **CAROL ANDERSON, INC. and** : | |
| **CABI, LLC,** : | |
| : | |
| **Defendants.** : | |

**ERKLÄRUNG VON JOLANDA KRAMM**

Ich, Jolanda Kramm, versichere und erkläre das Folgende:

1. I wohne an Avenida França 199, Santa-Rosa 78 040-170, Cuiaba – Mato Grosso, Brasilien. Ich mache diese Erklärung auf der Basis meiner eigenen Kenntnis, wenn nicht anders angegeben.

2. I arbeitete für ungefähr 40 Jahre in der Design Branche als eine selbständige Designerin spezialisiert auf, unter anderem, Spitzenmuster.

3. Ich mache diese Erklärung um meine Übertragung des hierin beschriebenen Spitzenmuster zu versichern und um die Inhalte von einer Anerkenntnis von Rechten zu versichern die Ich am 29. September, 2005 unterschrieben habe. Eine genaue Abschrift von dieser Anerkenntnis von Rechten ist als Asservat A beigefügt.

4. In 1998 war ich von Rolf Mueller dem Inhaber von dem Strickerei Unternehmen Linfalls beauftragt ein originales Spitzenmuster für einen Linfalls Klient zu entwerfen. Ich habe seitdem erfahren dass der Klient von Linfalls die Firma Malibu Textiles, Inc. war.

5. Ich entwarf zwei originale Spitzenmuster für Linfalls Klient. Ich lernte später von Herrn Mueller dass das erste Muster, "N.1" ausgesucht wurde.

6. I bestätige dass die Kopien von der Skizze die als Asservat B beigefügt sind und die meine Initialen „JK" tragen, Kopien von der Skizze des Spitzenmusters sind dass Ich für Linfalls Klient entworfen hatte und dass von Linfalls Klient ausgesucht wurde. Diese Kopien zeigen auch meine Markierung „N.1", entsprechend dem ersten Muster.

7. Ich habe andere Unterlagen gefunden die das originale Muster zeigen dass ich für Linfalls Klient entworfen hatte. Beigefügt als Asservat C sind Kopien der Skizzen die ich entworfen hatte um die Unterschiede in der Dicke des Fadens zu zeigen wenn das Muster tatsächlich zu Spitze verarbeitet wird, und eine Kopie von der Anlage des Musters auf einem Graph dass für den Entwurf von der „Arbeitsfassung" benutzt wird.

8. In dem Moment von der Warenabnahme meines Musters durch Linfalls Klient übertrug ich an Linfalls Klient alle Eigentums Rechte die ich an dem Spitzenmuster hatte, einschließlich aber nicht beschränkt auf das Copyright und den Anspruch einen Copyright Antrag für das Muster in den Vereinigten Staaten und sonstwo in der Welt zu stellen, und den Anspruch einen Rechtsstreit gegen frühere, jetzige, und zukünftige Rechtsverletzungen zu verfolgen.

9. Nachdem das Spitzenmuster von Linfalls Klient akzeptiert wurde war ich von Linfalls beauftragt eine „Arbeitsfassung" von dem Spitzenmuster zu entwerfen. Eine "Arbeitsfassung" ist eine a technische Zeichnung im Bezug auf der Methode eine Spitze auf einer Wirkmaschine herzustellen. Beigefügt als Asservat D ist eine Kopie von der Arbeitsfassung die ich basierend auf das Spitzenmuster für Linfalls Klient entworfen hatte.

FROM : KRAMM EIKE          PHONE NO. : + 55 65 6261309

10. Ich bestreite nicht die jetzige Eigentums Rechte von Malibu Textiles, Inc. an dem Spitzenmuster dass ich für Linfalls Klient entwarf.

Ich versichere unter Androhung von Sanktionen bei Meineid, nach den Gesetzen der Vereinigten Staaten, dass das Obige wahr und richtig ist.

Von mir vollzogen am 10 April, 2008.

*Jolanda Kramm*
JOLANDA KRAMM



{A061740.DOC}