MALIBU © 1976
TEXTILES, INC.
WWW.MALIBUTEXTILES.COM
49 WEST 37TH STREET
NEW YORK, N.Y. 10018
(212) 354-6707-8

YLE No. 1717

TH

E

R

PTION 13% Spandex / yon / 61% Nylon



1967

2120
