STYLE No.: 4551  COLOR: Black  YARDS:  DESCRIPTION: 70% Nylon/21%Rayon/9%Spandex



2479

