

# MALIBU TEXTILES, INC.
## Fabrics & Laces
49 WEST 37TH STREET • NEW YORK, NY 10018 • (212) 354-6707-8
FAX: (212) 921-0261
website: www.malibutextiles.com

*CONTINUING GUARANTY UNDER THE TEXTILE FIBER PRODUCTS IDENTIFICATION ACT IS FILED WITH THE FEDERAL TRADE COMMISSION*

INVOICE

| NUMBER | DATE |
|---|---|
| 272742 | 07/06/06 |

151960

C#:

**SOLD TO:**
ABI
8915 LAUREL PARK ROAD
RANCHO DOMINGUEZ, CA
90220

**SHIP TO:**
ATT ; PETRAX-663

XXXXXXXXXXXXXXXXXX
X PAYABLE ONLY TO
X G M A C COMMERCIAL CREDIT LL
X P.O. BOX 13728 NEWARK, NJ 07188-072
X OWNER/ASSIGNEE TO WHOM PROMPT
X WRITTEN NOTICE MUST BE GIVEN O
X ANY OBJECTION TO PAYMENT
XXXXXXXXXXXXXXXXXX

| ORDER DATE | CUSTOMER ORDER NO. | SHIP VIA | TERMS | OUR ORDER # | SALESMAN | SHIPPIN |
|---|---|---|---|---|---|---|
| 07/06/06 | #19050 | U.P.RED | NET 60 DAYS | 250336 | MARIA CERVANTES | 250336 |

| STYLE | WIDTH | COLOR | DESCRIPTION | YARDS SHIPPED | PRICE | TOTAL |
|---|---|---|---|---|---|---|
| 2120 | 48/50 | K.O. ROSE 2869 | 70% STRETCH NYLON/3 410103/01A   10.000 | 10.000 | 4.750 | $47.50 |
|  |  |  | **TOTAL INVOICE | 10.000 |  | $47.50 |

UPS ACCT # 996-522
TARCKING # 1ZW5139X0141458019


PAYABLE  ONLY  TO
G M A C COMMERCIAL CREDIT LLC
P.O. BOX 403058 ATLANTA GA 30384-3058
OWNER/ASSIGNEE TO WHOM PROMPT
WRITTEN NOTICE MUST BE GIVEN OF
ANY OBJECTION TO PAYMENT

WHEN USING STRETCH FABRICS SHRINKAGE NORMALLY IS AN INTEGRAL PART OF THIS PRODUCT. NO CLAIMS WILL BE ACCEPTED FOR SHORTAGES IN LENGTH UNDER 10%
NO CLAIMS RECOGNIZED OR ALLOWANCES MADE AFTER GOODS ARE CUT.
NO RETURNS ALLOWED WITHOUT WRITTEN AUTHORIZATION FROM NEW YORK OFFICE

**OFFICE COPY**



# MALIBU
## TEXTILES, INC.
### Fabrics & Laces
49 WEST 37TH STREET • NEW YORK, NY 10018 • (212) 354-6707-8
FAX: (212) 921-0261
website: www.malibutextiles.com

CONTINUING GUARANTY UNDER THE TEXTILE FIBER PRODUCTS IDENTIFICATION ACT IS FILED WITH THE FEDERAL TRADE COMMISSION

INVOICE

| NUMBER | DATE |
|---|---|
| 273983 | 08/01/06 |

151960

C#:

**SOLD TO:**
ARI
18915 LAUREL PARK ROAD
RANCHO DOMINGUEZ, CA
90220

**SHIP TO:**
ATT : PETRA

PAYABLE ONLY TO
G M A C COMMERCIAL CREDIT LLC
P.O. BOX 13726 NEWARK, NJ 07188-07
OWNER/ASSIGNEE TO WHOM PROMPT
WRITTEN NOTICE MUST BE GIVEN O
ANY OBJECTION TO PAYMENT

| ORDER DATE | CUSTOMER ORDER NO. | SHIP VIA | TERMS | OUR ORDER # | SALESMAN | SHIPPIN |
|---|---|---|---|---|---|---|
| 08/01/06 | #19119 | U.P. BLUE | NET 60 DAYS | 251536 | MARIA CERVANTES | 25153 |

| STYLE | WIDTH | COLOR | DESCRIPTION | YARDS SHIPPED | PRICE | TOTAL |
|---|---|---|---|---|---|---|
| 2479 | 48/50 | BLACK/BLACK 2998-5 | 75% STRETCH NYLON/2 280197/02       7.000 | 7.000 | 4.650 | $32.5 |
| 1967 | 48/50 | AF MOCHA 2693 | 61%NYLON/26%RAYON/1 35023/018       4.000 | 4.000 | 6.050 | $24.2 |
|  |  |  | **TOTAL INVOICE | 11.000 |  | $56.7 |

UPS ACCT # 996-522
TRACKING # 1ZW5139X0241738689


PAYABLE ONLY TO
G M A C COMMERCIAL CREDIT LLC
P.O. BOX 403058 ATLANTA GA 30384-3058
OWNER/ASSIGNEE TO WHOM PROMPT
WRITTEN NOTICE MUST BE GIVEN OF
ANY OBJECTION TO PAYMENT

WHEN USING STRETCH FABRICS SHRINKAGE NORMALLY IS AN INTEGRAL PART OF THIS PRODUCT. NO CLAIMS WILL BE ACCEPTED FOR SHORTAGES IN LENGTH UNDER 10%
NO CLAIMS RECOGNIZED OR ALLOWANCES MADE AFTER GOODS ARE CUT.
NO RETURNS ALLOWED WITHOUT WRITTEN AUTHORIZATION FROM NEW YORK OFFICE

OFFICE COPY

# PURCHASE ORDER

**CAbi**
CAROL ANDERSON
by invitation

CABI, LLC
18915 LAUREL PARK RD.
RANCHO DOMINGUEZ, CA 90220-6005
(310) 638-3333

THIS ORDER NUMBER MUST APPEAR ON ALL PACKAGES, INVOICES AND SHIPPING PAPERS.

| ORDER DATE | REC'D DATE |
|---|---|
| 1/13/06 | 2/03/06 |

**PURCHASE ORDER**
0000426

1

**ORDER FROM** VENDOR # 2501000
MALIBU TEXTILES
49 W. 37TH ST.
NEW YORK NY 10018

**SHIP TO** Shipto #:
CABI, LLC
18915 LAUREL PARK ROAD
RANCHO DOMINGUEZ CA 90220

| SHIP DATE | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 2/03/06 | EAST / WEST CO | | NET 60 |

| QUANTITY | ITEM#/DESCRIPTION/COLOR/DELIVERIES | PRICE | UNIT | TOTAL |
|---|---|---|---|---|
| 4000.00 | 1438  STRETCH LACE PEARL   # 2351 D.D. IVORY | 6.1500 | YD | 24600.00 |

width - 48" tip to tip (scallop)
nothing under 48" will be accepted

no claims will be submitted
for shortage off the Roll
under 10%

**Conditions to Purchase Order:**
1) Goods must be colorfast.
2) Goods must not pill.
3) Goods must not crock.
4) Goods must not shrink overall by more than 4%.
5) Goods must not torque by more than 3%.
6) Dye lot shading must be close enough to combine lots for production runs
7) Goods must not have creases (except center crease when approved by CAbi)

PAGE  1

TOTAL  24,600.00

BUYER  MARIA    APPROVED

**VENDOR NOTE**
Seller must execute acknowledgement copy hereof and return to buyer. No other form of acceptance is binding on buyer.   This order expressly limits acceptance to the terms stated herein and any additional or different terms proposed by seller shall not be binding on buyer, whether or not they would materially alter this order, and are rejected.

P 00017

# MALIBU
### TEXTILES, INC.
### Fabrics & Laces
49 WEST 37TH STREET • NEW YORK, NY 10018 • (212) 354-6707-8
FAX: (212) 921-0261
website: www.malibutextiles.com

"CONTINUING GUARANTY UNDER THE TEXTILE FIBER PRODUCTS IDENTIFICATION ACT IS FILED WITH THE FEDERAL TRADE COMMISSION"

| INVOICE NUMBER | DATE |
|---|---|
| 263744 | 01/26/0 |

151460

SOLD TO:
CABI
18915 LAUREL PARK ROAD
RANCHO DOMINGUEZ CA
90220

SHIP TO:
ATT : MARIA

C#: 331248

PAYABLE ONLY TO
XXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXX

| ORDER DATE | CUSTOMER ORDER NO. | SHIP VIA | TERMS | OUR ORDER # | SALESMAN | SHIPPIN |
|---|---|---|---|---|---|---|
| 01/17/06 | 0000426 | EAST-WEST | NET 60 DAYS | 240975 | MARIA CERVANTES | 24097 |

| STYLE | WIDTH | COLOR | DESCRIPTION | YARDS SHIPPED | PRICE | TOTAL |
|---|---|---|---|---|---|---|
| 2351 | 48/50 | D.D. IVORY | 70% NYLON/21% RAYON | 3876.000 | 6.150 | $23,837.40 |
| | | S0044 | 14473/01A | 22.000 | | |
| | | S0044 | 14473/01B | 22.000 | | |
| | | S0044 | 14581/01A | 100.000 | | |
| | | S0044 | 14581/01B | 100.000 | | |
| | | S0044 | 14584/01A | 109.000 | | |
| | | S0044 | 14584/01B | 109.000 | | |
| | | S0044 | 14585/01A | 101.000 | | |
| | | S0044 | 14585/01B | 101.000 | | |
| | | S0044 | 14586/01A | 98.000 | | |
| | | S0044 | 14586/01B | 98.000 | | |
| | | S0044 | 14587/01A | 90.000 | | |
| | | S0044 | 14587/01B | 90.000 | | |
| | | S0044 | 14588/01A | 100.000 | | |
| | | S0044 | 14588/01B | 100.000 | | |
| | | S0044 | 14589/01A | 101.000 | | |
| | | S0044 | 14589/01B | 101.000 | | |
| | | S0044 | 14590/01A | 98.000 | | |
| | | S0044 | 14590/01B | 98.000 | | |
| | | S0044 | 14592/01A | 40.000 | | |
| | | S0044 | 14592/01B | 40.000 | | |
| | | S0044 | 14593/01A | 100.000 | | |
| | | S0044 | 14593/01B | 100.000 | | |
| | | S0044 | 14594/01A | 92.000 | | |
| | | S0044 | 14594/01B | 92.000 | | |
| | | S0044 | 14595/01A | 98.000 | | |
| | | S0044 | 14595/01B | 98.000 | | |
| | | S0044 | 14596/01A | 100.000 | | |
| | | S0044 | 14596/01B | 100.000 | | |
| | | S0044 | 14597/01A | 96.000 | | |
| | | S0044 | 14597/01B | 96.000 | | |
| | | S0044 | 14598/01A | 100.000 | | |
| | | S0044 | 14598/01B | 100.000 | | |

WHEN USING STRETCH FABRICS SHRINKAGE NORMALLY IS AN INTEGRAL PART OF THIS PRODUCT. NO CLAIMS WILL BE ACCEPTED FOR SHORTAGES IN LENGTH UNDER 10%
NO CLAIMS RECOGNIZED OR ALLOWANCES MADE AFTER GOODS ARE CUT.
NO RETURNS ALLOWED WITHOUT WRITTEN AUTHORIZATION FROM NEW YORK OFFICE

P 00012

ORIGINAL COPY



# MALIBU TEXTILES, INC.
## Fabrics & Laces
49 WEST 37TH STREET • NEW YORK, NY 10018 • (212) 354-6707-8
FAX: (212) 921-0261
website: www.malibutextiles.com

"CONTINUING GUARANTY UNDER THE TEXTILE FIBER PRODUCTS IDENTIFICATION ACT IS FILED WITH THE FEDERAL TRADE COMMISSION"

| INVOICE NUMBER | DATE |
|---|---|
| 263744 | 01/26/06 |

PAGE: 2
C#: 331248

SOLD TO:
151460
CABI
18915 LAUREL PARK ROAD
RANCHO DOMINGUEZ CA
90220

SHIP TO:
ATT : MARIA

PAYABLE ONLY TO
G M A C COMMERCIAL CREDIT LLC
P.O. BOX 1572a Newark NJ 07188-0725
OWNER/ASSIGNEE TO WHOM PROMPT
WRITTEN NOTICE MUST BE GIVEN OF
ANY OBJECTION TO PAYMENT

| ORDER DATE | CUSTOMER ORDER NO. | SHIP VIA | TERMS | OUR ORDER # | SALESMAN | SHIPPING |
|---|---|---|---|---|---|---|
| 01/17/06 | 0000426 | EAST-WEST | NET 60 DAYS | 240975 | MARIA CERVANTES | 240975 |

| STYLE | WIDTH | COLOR | DESCRIPTION | YARDS SHIPPED | PRICE | TOTAL |
|---|---|---|---|---|---|---|
| | | S0044 | 14599/01A | 97.000 | | |
| | | S0044 | 14599/01B | 97.000 | | |
| | | S0044 | 14600/01A | 100.000 | | |
| | | S0044 | 14600/01B | 100.000 | | |
| | | S0044 | 14601/01A | 98.000 | | |
| | | S0044 | 14601/01B | 98.000 | | |
| | | S0044 | 14602/01A | 100.000 | | |
| | | S0044 | 14602/01B | 100.000 | | |
| | | S0044 | 14603/01A | 98.000 | | |
| | | S0044 | 14603/01B | 98.000 | | |
| | | | BALANCE TO FOLLOW | | | |
| | | | **TOTAL INVOICE | 3876.000 | | $23,837.40 |

PAYABLE ONLY TO
G M A C COMMERCIAL CREDIT LLC
P.O. BOX 403058 ATLANTA GA 30384-3058
OWNER/ASSIGNEE TO WHOM PROMPT
WRITTEN NOTICE MUST BE GIVEN OF
ANY OBJECTION TO PAYMENT

WHEN USING STRETCH FABRICS SHRINKAGE NORMALLY IS AN INTEGRAL PART OF THIS PRODUCT. NO CLAIMS WILL BE ACCEPTED FOR SHORTAGES IN LENGTH UNDER 10%
NO CLAIMS RECOGNIZED OR ALLOWANCES MADE AFTER GOODS ARE CUT.
NO RETURNS ALLOWED WITHOUT WRITTEN AUTHORIZATION FROM NEW YORK OFFICE

P 00013

ORIGINAL COPY

```
                                                              "THIS QUALITY ORDER THE TEXTILE
                                                              FIBER PRODUCTS IDENTIFICATION ACT IS FILED
                                                              WITH THE FEDERAL TRADE COMMISSION"
```

|  | INVOICE |
|---|---|
| NUMBER | DATE |
| 253879 | 08/04/05 |

WEST 37TH STREET, NEW YORK, NY 10018 • (212) 354-6707-8
FAX: (212) 921-0281
website:www.malibutextiles.com

SHIP TO: ATT: PETRA
LAUREL PARK ROAD
RANCHO DOMINGUEZ, CA 90220

C#:

PAYABLE ONLY TO
G M A C COMMERCIAL CREDIT LLC
PO BOX 13728 NEWARK NJ 07188-0728
OWNER/ASSIGNEE TO WHOM PROMPT
WRITTEN NOTICE MUST BE GIVEN OF
ANY OBJECTION TO PAYMENT

| CUSTOMER ORDER NO. | SHIP VIA | TERMS | OUR ORDER # | SALESMAN | SHIPPING # |
|---|---|---|---|---|---|
|  | U.P.RED | NET 60 DAYS | 231708 | MARIA CERVANTES | 231708 |

| WIDTH | COLOR | DESCRIPTION | YARDS SHIPPED | PRICE | TOTAL |
|---|---|---|---|---|---|
| 48/50 | IVORY 2326 | 57% NYLON/33% RAYON 02046/01B    5.000 | 5.000 | 6.350 | $31.75 |
| 48/50 | ORCHID 2191 | 57% NYLON/33% RAYON 35059/02    5.000 | 5.000 | 6.350 | $31.75 |
|  |  | **TOTAL INVOICE | 10.000 |  | $63.50 |

UPS ACCT # 996-522
TARCKING # 1ZW5139X0141028019


            PAYABLE   ONLY   TO
       G M A C COMMERCIAL CREDIT LLC
       P.O. BOX 403058 ATLANTA GA 30384-3058
       OWNER/ASSIGNEE TO WHOM PROMPT
       WRITTEN NOTICE MUST BE GIVEN OF
            ANY OBJECTION TO PAYMENT

WHEN USING STRETCH FABRICS SHRINKAGE NORMALLY IS AN INTEGRAL PART OF THIS PRODUCT. NO CLAIMS WILL BE ACCEPTED FOR SHORTAGES IN LENGTH UNDER 10%
NO CLAIMS RECOGNIZED OR ALLOWANCES MADE AFTER GOODS ARE CUT.
NO RETURNS ALLOWED WITHOUT WRITTEN AUTHORIZATION FROM NEW YORK OFFICE

ORIGINAL COPY

"...GUARANTY UNDER THE TEXTILE
...PRODUCT IDENTIFICATION ACT IS FILED
...THE FEDERAL TRADE COMMISSION"

| INVOICE | |
|---|---|
| NUMBER | DATE |
| 245332 | 02/25/05 |

C#:

```
PAYABLE ONLY TO XXXXXXXXXXX
G.M.A.C. COMMERCIAL CREDIT LLC
PO BOX 13728 NEWARK NJ 07188-0728
OWNER/ASSIGNEE TO WHOM PROMPT
WRITTEN NOTICE MUST BE GIVEN XX
XXX XXXXXXXXXX XXXXXXX XXXXX
XXXXXXXXXXXXXXXXXXXXXXXX
```

SHIP TO:
ATT : PETRA
LAUREL PARK ROAD
RANCHO DOMINGUEZ, CA
90220

| DATE | CUSTOMER ORDER NO. | WIDTH | SHIP VIA | TERMS | OUR ORDER # | SALESMAN | SHIPPING # |
|---|---|---|---|---|---|---|---|
| 02/25/05 | 18972 | | U.P.BLUE | NET 60 DAYS | 221994 | MARIA CERVANTES | 221994 |

| STYLE | WIDTH | COLOR | DESCRIPTION | YARDS SHIPPED | PRICE | TOTAL |
|---|---|---|---|---|---|---|
| | 48/50 | CHOCOLATE 1932 | 57% NYLON/33% RAYON  34036/01D  3.000 | 3.000 | 6.450 | $19.35 |
| | | | **TOTAL INVOICE | 3.000 | | $19.35 |

UPS ACCT # 996-522
TARCKING # 1ZW5139X0241898391

```
         PAYABLE   ONLY   TO
    G M A C  COMMERCIAL  CREDIT  LLC
    P.O. BOX 403058 ATLANTA GA 30384-3058
     OWNER/ASSIGNEE TO WHOM PROMPT
     WRITTEN NOTICE MUST BE GIVEN OF
        ANY OBJECTION TO PAYMENT
```

WHEN USING STRETCH FABRICS SHRINKAGE NORMALLY IS AN INTEGRAL PART OF THIS PRODUCT. NO CLAIMS WILL BE ACCEPTED FOR SHORTAGES IN LENGTH UNDER 10%
NO CLAIMS RECOGNIZED OR ALLOWANCES MADE AFTER GOODS ARE CUT.
NO RETURNS ALLOWED WITHOUT WRITTEN AUTHORIZATION FROM NEW YORK OFFICE

ORIGINAL COPY