UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

MALIBU TEXTILES, INC.,

                    Plaintiff,

     -against-      Docket No. 07-cv-4780 (SAS)

CAROL ANDERSON, INC. and CABI, LLC,

                    Defendants.

------------------------------------x

                    February 5, 2008

                    11:20 a.m.


          Deposition of JOSEPH DICKINSON, taken by

Defendants, pursuant to Subpoena, at the offices

of Lazarus & Lazarus, P.C., 240 Madison Avenue,

New York, New York, before ERIC J. FINZ, a

Shorthand Reporter and Notary Public within and

for the State of New York.

Page 82

| | | JOSEPH DICKINSON |
|---|---|---|
| 13:09:31 | 2 | we made the minor change. |
| 13:09:33 | 3 | Q.  So Ms. Kramm did not create |
| 13:09:37 | 4 | 1967, she created 1717; is that a fair |
| 13:09:44 | 5 | statement? |
| 13:09:44 | 6 | A.  I don't view that as an |
| 13:09:45 | 7 | accurate statement. |
| 13:09:47 | 8 | Q.  Well, who created the |
| 13:09:49 | 9 | original that is referred to in this |
| 13:09:51 | 10 | document that is Bates stamped 14, the |
| 13:09:55 | 11 | original of which is in front of you? |
| 13:09:57 | 12 | A.  It's the same pattern. |
| 13:09:58 | 13 | Q.  Okay.  It's the same or |
| 13:10:03 | 14 | it's similar? |
| 13:10:05 | 16 | it to you.  I could show it to anybody, |
| 13:10:07 | 17 | just tell me what the difference is. |
| 13:10:09 | 18 | There is never a time, you need to |
| 13:10:11 | 19 | understand that if you make a pattern |
| 13:10:12 | 20 | like this, and I'll do my best to |
| 13:10:16 | 21 | explain it without boring everybody, |
| 13:10:18 | 22 | but there are 18,000 individual chain |
| 13:10:22 | 23 | links, approximately, to make a pattern |
| 13:10:24 | 24 | like this.  You never, almost never |
| 13:10:25 | 25 | will you have the thing come out |

Page 83

| | | JOSEPH DICKINSON |
|---|---|---|
| 13:10:28 | 2 | exactly the way it -- the way the |
| 13:10:32 | 3 | sketch indicates.  A sketch is a |
| 13:10:34 | 4 | sketch.  The fabric comes from the |
| 13:10:36 | 5 | sketch.  It's almost never exactly the |
| 13:10:39 | 6 | way you want it to be. |
| 13:10:40 | 7 | The inside of this flower we |
| 13:10:43 | 8 | made certain changes to fill in the |
| 13:10:46 | 9 | gaps.  So if you're asking me did |
| 13:10:48 | 10 | Yolanda Kramm make 1967, yes, she did. |
| 13:10:51 | 11 | We made some minor changes in her |
| 13:10:55 | 12 | sketch.  And I have fabrics here to |
| 13:10:57 | 13 | support it.  But it's minor in nature. |
| 13:11:02 | 14 | It's just what it is. |
| 13:11:03 | 15 | Q.  Mr. Dickinson, your |
| 13:11:06 | 16 | document that I've referred to that's |
| 13:11:08 | 17 | in front of you that's marked as or |
| 13:11:15 | 18 | Bates stamped now in the photostat as |
| 13:11:31 | 19 | Paris 14, refers to 1717 as the |
| 13:11:36 | 20 | original. |
| 13:11:37 | 21 | A.  Um-hum. |
| 13:11:37 | 22 | Q.  Is that correct? |
| 13:11:38 | 23 | A.  Um-hum. |
| 13:11:39 | 24 | Q.  Did Ms. Kramm draw the |
| 13:11:46 | 25 | original, that being the style that is |

Page 84

| | | JOSEPH DICKINSON |
|---|---|---|
| 13:11:48 | 2 | referred to as 1717? |
| 13:11:49 | 3 | A.  She did all of them. |
| 13:11:50 | 4 | Q.  She did more than one? |
| 13:11:52 | 5 | A.  The sketch applies, as I |
| 13:11:54 | 6 | said.  That sketch and the draft made |
| 13:11:57 | 7 | from this sketch applied to all the |
| 13:11:59 | 8 | patterns. |
| 13:12:01 | 9 | Q.  In front of you now as |
| 13:12:05 | 10 | Defendants' H is a sketch.  Do you know |
| 13:12:08 | 11 | who drew that? |
| 13:12:10 | 12 | A.  Yeah.  Yolanda Kramm drew |
| 13:12:12 | 13 | that, yes. |
| 13:12:13 | 14 | Q.  And does this have the |
| 13:12:21 | 16 | A.  It's -- the changes, again, |
| 13:12:25 | 17 | I don't want -- |
| 13:12:26 | 18 | Q.  I just want to ask you the |
| 13:12:28 | 19 | question. |
| 13:12:28 | 20 | MS. WOLFF:  Don't interrupt |
| 13:12:29 | 21 | him.  Let him finish. |
| 13:12:31 | 22 | A.  You are asking me and I've |
| 13:12:32 | 23 | told you already.  This sketch for all |
| 13:12:34 | 24 | intents and purposes are the four |
| 13:12:36 | 25 | styles I've already said to you, |

Page 85

| | | JOSEPH DICKINSON |
|---|---|---|
| 13:12:38 | 2 | including 1967 and 1717. |
| 13:12:40 | 3 | Q.  Which is the difference |
| 13:12:41 | 4 | between 1717 and 1967? |
| 13:12:44 | 5 | A.  I'll be glad to tell you the |
| 13:12:46 | 6 | difference in all the patterns. |
| 13:12:48 | 7 | Sometimes there are yarn differences. |
| 13:12:50 | 8 | Sometimes there are, in this case this |
| 13:12:52 | 9 | little white piece -- |
| 13:12:54 | 10 | Q.  Referring to Defendants' H. |
| 13:12:56 | 11 | A.  These little white pieces in |
| 13:12:58 | 12 | it, we made a minor change. |
| 13:13:00 | 13 | Q.  What was the change? |
| 13:13:01 | 14 | A.  Well, it looks like we |
| 13:13:02 | 15 | closed in some of these white spaces |
| 13:13:05 | 16 | slightly.  To improve the quality of |
| 13:13:08 | 17 | the fabric -- improve the appearance, I |
| 13:13:10 | 18 | should say. |
| 13:13:10 | 19 | Q.  And is what we're looking |
| 13:13:12 | 20 | at, 1967 or 1717, in terms of the |
| 13:13:17 | 21 | change that you've just referred to? |
| 13:13:19 | 22 | MS. WOLFF:  Object to the |
| 13:13:19 | 23 | form.  This is identified as |
| 13:13:23 | 24 | Plaintiffs' H, which is a sketch, it's |
| 13:13:25 | 25 | not a 1967 pattern, a 1717 pattern. |

Page 98

JOSEPH DICKINSON

14:10:52 2  that that's an accurate statement based
14:10:54 3  on -- based on communication with Ralph
14:10:58 4  Mueller and as we were going through
14:11:01 5  the development stages I do know that
14:11:03 6  there was contact between Ralph and
14:11:06 7  Yolanda, and I would assume, or I said
14:11:12 8  there is a possibility that Ozwind had
14:11:14 9  also contact with her. Because of the
14:11:17 10  fact that they both had a relationship.
14:11:20 11  As you know, it may have been that
14:11:23 12  Ozwind made the first phone call and
14:11:25 13  then Ralph took over. Again, I'm not
14:11:27 14  certain about that, and that's why I
14:11:31 16  in that way.
14:11:33 17     Q.   But with respect to the
14:11:35 18  statements appearing in the sentence
14:11:37 19  beginning "Ralph Mueller and/or Ozwind
14:11:40 20  Fischbach," is there anything in there
14:11:43 21  that you know of your own personal
14:11:45 22  knowledge to be true, other than things
14:11:48 23  that you know through either
14:11:51 24  Mr. Mueller or Mr. Fischbach?
14:11:54 25     A.   Well, I don't know how to

Page 99

JOSEPH DICKINSON

14:11:57 2  answer that other than to say that I
14:12:00 3  know that Yolanda did the sketch.
14:12:03 4  Given the fact that I know that she's
14:12:05 5  the person that did the sketch, I even
14:12:08 6  looked at paperwork and we were
14:12:09 7  involved in the thing, given the fact
14:12:11 8  that I know that to be, I also know
14:12:16 9  that Ralph and/or Ozwind contacted her
14:12:19 10  to get the sketch. So I'm just
14:12:22 11  making -- I'm just really, I guess I'm
14:12:25 12  adding 2 and 2 together and making 4.
14:12:27 13     Q.   Did you ever speak to
14:12:29 14  Ms. Kramm to confirm that she made the
14:12:32 15  sketch?
14:12:32 16     A.   No.
14:12:32 17     Q.   Did you ever confirm with
14:12:34 18  Ms. Kramm directly that she was
14:12:37 19  contacted by Mr. Mueller or
14:12:38 20  Mr. Fischbach?
14:12:39 21     A.   No.
14:12:39 22     Q.   Did you ever see a piece of
14:12:43 23  paper or a letter or any document that
14:12:47 24  reflects the initial contact between
14:12:50 25  Mr. Mueller or Mr. Fischbach and

Page 100

JOSEPH DICKINSON

14:12:52 2  Ms. Kramm?
14:12:54 3     A.   I don't recall seeing
14:13:01 4  physically any correspondence between
14:13:04 5  the two of them. I mean, I think this
14:13:06 6  was something that was likely done over
14:13:10 7  the telephone. But I never had any
14:13:12 8  reason to see any particular, I just
14:13:14 9  know that that's what happened.
14:13:15 10     Q.   Did Ms. Kramm ever tell you
14:13:18 11  that if Malibu accepted her design she
14:13:21 12  would transfer her rights of copyright
14:13:23 13  in the design in Malibu and she would
14:13:27 14  receive payment for the design?
14:13:31 16  me. But I understand her function, and
14:13:35 17  that is a way of doing business. It's
14:13:37 18  not something that somebody had to tell
14:13:39 19  me.
14:13:40 20     Q.   So no one told you that?
14:13:42 21     A.   No.
14:13:42 22     Q.   Who told you that?
14:13:44 23     A.   Who told me that they would
14:13:47 24  be assigned the copyright?
14:13:49 25     Q.   Yes.

Page 101

JOSEPH DICKINSON

14:13:49 2     A.   I don't follow you.
14:13:50 3     Q.   Who told you that?
14:13:51 4     A.   They don't have to tell me,
14:13:53 5  because I've been in this business for
14:13:54 6  a very long time. And it is a way of
14:13:57 7  doing business. You have sketches
14:14:00 8  made, and the moment you purchase that
14:14:02 9  sketch, that is now your property.
14:14:05 10  That is and always has been a way of
14:14:08 11  doing business. I've worked with many
14:14:10 12  people, and if you pick a sketch, you
14:14:13 13  are obligated to pay for that sketch.
14:14:17 14  It is a way of doing business, it's
14:14:20 15  implied, it's accepted. It's never
14:14:23 16  been anything different.
14:14:24 17     Q.   Did Mr. Mueller ever tell
14:14:26 18  you that Yolanda said to him that if
14:14:29 19  Malibu accepted the design she would
14:14:32 20  transfer her rights of copyright to
14:14:35 21  Malibu?
14:14:36 22     A.   Once again, he didn't tell
14:14:37 23  me because he didn't have to tell me.
14:14:40 24  Because that is the way the business is
14:14:42 25  done.

Page 102

| | |
|---|---|
| | JOSEPH DICKINSON |
| 14:14:42 | 2 Q. Did Mr. Fischbach ever tell |
| 14:14:44 | 3 you that if Malibu accepted Ms. Kramm's |
| 14:14:49 | 4 design, Ms. Kramm had agreed to |
| 14:14:51 | 5 transfer the copyright to Malibu? |
| 14:14:53 | 6 A. Well, once again, he didn't |
| 14:14:55 | 7 have to, because it's implied. It is a |
| 14:14:58 | 8 way of doing business. |
| 14:15:00 | 9 Q. Forgetting about the |
| 14:15:01 | 10 implied, did he tell you that? |
| 14:15:02 | 11 A. No, he didn't have to tell |
| 14:15:02 | 12 me. |
| 14:15:05 | 13 Q. Did Mr. Mueller tell you |
| 14:15:06 | 14 that? |
| 14:15:06 | 15 A. No. |
| 14:15:07 | 16 MS. WOLFF: Asked and |
| 14:15:08 | 17 answered. |
| 14:15:35 | 18 Q. In the materials in front |
| 14:15:36 | 19 of you, can you please show me the |
| 14:15:39 | 20 draft that Ms. Kramm prepared? The |
| 14:15:45 | 21 materials in front of you, I want to |
| 14:15:47 | 22 include specifically the materials in |
| 14:15:49 | 23 Paris 1, which is your folder. |
| 14:15:51 | 24 A. In that folder I don't have |
| 14:15:54 | 25 the original draft. The original draft |

Page 103

| | |
|---|---|
| | JOSEPH DICKINSON |
| 14:15:57 | 2 is right here. It's not inside the |
| 14:15:59 | 3 folder. This is the original draft. |
| 14:16:01 | 4 Q. And can you please indicate |
| 14:16:03 | 5 to me which document you're referring |
| 14:16:07 | 6 to. |
| 14:16:07 | 7 A. It says draft E. |
| 14:16:09 | 8 Q. Is it Defendants' -- |
| 14:16:12 | 9 A. Is that what it says, I'm |
| 14:16:14 | 10 sorry, Defendants' E. |
| 14:16:15 | 11 Q. So the document you're |
| 14:16:16 | 12 referring to is Defendants' E? |
| 14:16:18 | 13 A. Right. |
| 14:16:18 | 14 Q. And that is the original |
| 14:16:21 | 15 sketch prepared by Ms. Kramm? |
| 14:16:24 | 16 A. Not the original sketch. |
| 14:16:25 | 17 The original sketch would be |
| 14:16:30 | 18 Defendants' H was the sketch. The |
| 14:16:33 | 19 draft is the original which comes from |
| 14:16:35 | 20 the sketch. That's the way the things |
| 14:16:37 | 21 are done. First comes the sketch, and |
| 14:16:40 | 22 then comes the draft. |
| 14:16:42 | 23 Q. Okay. Who prepared the |
| 14:16:45 | 24 sketch that is now marked as |
| 14:16:49 | 25 Defendants' Exhibit H? |

Page 104

| | |
|---|---|
| | JOSEPH DICKINSON |
| 14:16:50 | 2 A. That was done by Yolanda |
| 14:16:53 | 3 Kramm. |
| 14:16:53 | 4 Q. And how do you know that |
| 14:16:55 | 5 that's the draft that was done by |
| 14:16:57 | 6 Yolanda Kramm? |
| 14:16:59 | 7 A. Well, because, you know, |
| 14:17:01 | 8 going back in time, when we decided to |
| 14:17:05 | 9 make the new fabric, okay, I then, the |
| 14:17:10 | 10 course of events are as follows: I met |
| 14:17:13 | 11 with Ralph Mueller to discuss the |
| 14:17:14 | 12 project. Ralph Mueller indicated to me |
| 14:17:16 | 13 that he was going to use Yolanda Kramm |
| 14:17:19 | 14 to make the sketch. The sketch was |
| 14:17:21 | 15 produced. I reviewed the sketch. We |
| 14:17:23 | 16 sent it to Malibu. So that's how I |
| 14:17:25 | 17 know she did it. I mean, again, it's |
| 14:17:31 | 18 pretty obvious that she made it. |
| 14:17:33 | 19 Q. Do you see that her name is |
| 14:17:36 | 20 written on the document, Defendants' |
| 14:17:43 | 21 Exhibit H? |
| 14:17:45 | 22 A. I see her name written here. |
| 14:17:48 | 23 I do. |
| 14:17:48 | 24 Q. Do you know whose |
| 14:17:49 | 25 handwriting that is? |

Page 105

| | |
|---|---|
| | JOSEPH DICKINSON |
| 14:17:49 | 2 A. That looks like mine. |
| 14:17:51 | 3 Q. So you affixed Ms. Kramm's |
| 14:17:54 | 4 name to Defendants' Exhibit H? |
| 14:17:56 | 5 A. My recollection is that |
| 14:17:57 | 6 appears to be my printing on that, yes. |
| 14:18:02 | 7 Q. When did you do that? |
| 14:18:03 | 8 A. I would assume I did that in |
| 14:18:06 | 9 1998 when we got -- it has a date on it |
| 14:18:09 | 10 which is 1998. My recollection is that |
| 14:18:11 | 11 that's when I put it on there, that she |
| 14:18:13 | 12 was the one that did the sketch. But I |
| 14:18:15 | 13 know that she did the sketch. So, you |
| 14:18:18 | 14 know, I'm not sure what your question |
| 14:18:22 | 15 here is. |
| 14:18:23 | 16 Q. My question is, do you know |
| 14:18:25 | 17 whose handwriting that is? |
| 14:18:26 | 18 A. And I indicated that appears |
| 14:18:28 | 19 to be mine. |
| 14:18:29 | 20 Q. And is the date your |
| 14:18:30 | 21 handwriting? |
| 14:18:30 | 22 A. That appears to be mine too. |
| 14:18:32 | 23 Q. And you put that date on |
| 14:18:34 | 24 there? |
| 14:18:34 | 25 A. That appears to be my |

| Page 118 | Page 120 |
|---|---|

**Page 118**

JOSEPH DICKINSON

14:34:47 2    A.    Both of them, this has a
14:34:48 3  different net construction here. Well,
14:34:51 4  you know, we may be, again, these are
14:34:53 5  just sometimes you've got to make four,
14:34:55 6  five or six of these things before you
14:34:57 7  get what you want.
14:35:00 8    Q.    This also has a tag 28
14:35:02 9  coarse, is it?
14:35:03 10    A.    Yes.
14:35:04 11    Q.    Never used?
14:35:05 12    A.    Never used, correct. Same
14:35:06 13  as the last one.  One more attempt.
14:35:12 14    Q.    Then I'm going to show you
14:35:15 15  a piece, let's look at this one, that
14:35:18 16  is colored green and has gold petals on
14:35:23 17  the flowers, I believe.  Would you
14:35:26 18  agree with my characterization?
14:35:28 19    A.    Yeah.
14:35:28 20    Q.    What is this?
14:35:29 21    A.    This is Malibu style 2120.
14:35:34 22    Q.    Do you know who knit that?
14:35:35 23    A.    Paris Lace.
14:35:38 24    Q.    And is this the same as
14:35:43 25  1967?

**Page 119**

JOSEPH DICKINSON

14:35:45 2    A.    Different -- same pattern
14:35:48 3  work, different ground construction.
14:35:52 4  Different yarn and different ground
14:35:53 5  construction.  But same pattern work,
14:35:57 6  exactly.
14:35:57 7    Q.    And the last piece which
14:36:01 8  with is a white lace that doesn't have
14:36:04 9  a tag on it, can you tell me what this
14:36:08 10  is?
14:36:08 11    A.    This is 1967.
14:36:19 12    Q.    I want to go for a moment
14:36:22 13  to Mr. Fischbach's document, which is
14:36:30 14  Bates stamped 127, and it's included in
14:36:36 15  Exhibit C.
14:36:39 16      When is the last time you
14:36:41 17  spoke to Mr. Fischbach?
14:36:44 18    A.    I -- yesterday.
14:36:47 19    Q.    Did you speak to him about
14:36:50 20  the subject matter of this lawsuit?
14:36:53 21    A.    No.
14:36:54 22    Q.    What did you speak to him
14:36:55 23  about?
14:36:56 24    A.    We are always doing business
14:36:58 25  together.  We spoke about some yarn

**Page 120**

JOSEPH DICKINSON

14:37:01 2  that he needed from me.  We spoke about
14:37:04 3  a number of things.  We continue to do
14:37:07 4  business together.
14:37:16 5    Q.    Do you see that the first
14:37:20 6  full paragraph of Mr. Fischbach's
14:37:24 7  statement, Bates stamped 127, is
14:37:30 8  identical except for the address and
14:37:34 9  the name designations to your
14:37:40 10  statement, which was Bates stamped 126?
14:37:46 11    A.    I'm looking at it for the
14:37:48 12  first time.
14:37:48 13    Q.    Thank you for saying that.
14:37:50 14  Am I correct that you've never seen
14:37:52 15  this before?
14:37:52 16    A.    Yes, never saw it.
14:38:08 17      I'm sorry, your question?
14:38:09 18    Q.    Just for the record, am I
14:38:13 19  correct that you've never seen Bates
14:38:14 20  stamp document 127 before today?
14:38:16 21    A.    That's correct.
14:38:16 22    Q.    Do you see that it is
14:38:18 23  identical in the first paragraph --
14:38:22 24  excuse me, the first full paragraph
14:38:23 25  after Mr. Fischbach introduces himself,

**Page 121**

JOSEPH DICKINSON

14:38:28 2  to the substance of your first full
14:38:30 3  paragraph?
14:38:31 4    A.    I see that.
14:38:32 5    Q.    Does that refresh your
14:38:34 6  recollection in any fashion as to who
14:38:38 7  created this document, the exact
14:38:41 8  verbiage of this document?
14:38:42 9    A.    It doesn't.
14:38:43 10    Q.    Did you?  Did you create
14:38:47 11  the exact verbiage of this document or
14:38:50 12  your document?
14:38:51 13    A.    Again, I think an earlier
14:38:56 14  statement, I think I told you that I
14:38:58 15  narrated my statement.  As I recall I
14:39:02 16  think I gave testimony to that, that I
14:39:04 17  narrated a statement to someone over
14:39:08 18  the telephone, I don't remember where
14:39:09 19  it was.  And that's all I recall.
14:39:11 20    Q.    If you will compare, and
14:39:14 21  take your time if you will, your
14:39:16 22  statement to the statement of
14:39:20 23  Mr. Fischbach, do you see that they are
14:39:23 24  or would you agree with me that they
14:39:25 25  are virtually identical except for the

## Acknowledgment of Rights

I, Joseph Dickensen, Chief Executive Officer of Paris Lace Inc. (Paris Lace), of 1300 Main Avenue, Clifton, New York 07011 declare that Malibu Textiles Inc. (Malibu) is the owner of the copyright for Style 1967 for the following reasons.

In 1998 Ralph Mueller and Ozwind Fischbach were partners in Linfalls Knitting Mills Ltd. (Linfalls). Malibu was a customer of Linfalls and of Paris Lace. Malibu bought "grey goods" from Paris Lace and Linfalls. "Grey goods" in the lace industry are goods which have a design but no color. Malibu dyes and sells the goods to clothing manufacturers.

As regards Style 1967, in 1998 Malibu approached Paris Lace to obtain a floral pattern. Because of the intricacy of the pattern, Paris Lace sub-contracted Linfalls to obtain and knit the design. Ralph Mueller and/or Ozwind Fischbach contacted Jolanda Kramm, an independent designer living in Brazil, and asked her to submit sketches on the basis that if Malibu accepted her design, she would transfer her rights of copyright in the design to Malibu and she would receive payment for the design.

Malibu approved the sketch for Style 1967 in 1998 and Jolanda was commissioned to prepare a "draft". A "draft" is the technical paper work on how to construct the pattern on a knitting machine. Jolanda was paid by Linfalls, who was reimbursed by Paris Lace. Malibu does not typically directly pay the supplier or the author for the design even though it receives copyright. As a matter of business practice, knitting mills absorb the cost of the design as a way of selling product. Copyright in the Style 1967 was obtained for Malibu.

Linfalls did the initial knitting as Paris Lace did not have the necessary knitting equipment. Because Linfalls was the original knitter, it took charge of obtaining the draft and sketch.

New York, September 20, 2005

JOSEPH DICKENSEN

P 00126

RICHARD SAMUELS

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

-----------------------------------x

MALIBU TEXTILES, INC,                    ORIGINAL

                    Plaintiff,

                              Civil Action No.

           -against-        07-CV-4780(SAS)

CAROL ANDERSON, INC and CABI, LLC,

                    Defendants.

-----------------------------------x

                         March 6, 2008
                         10:15 a.m.

Deposition of RICHARD SAMUELS, taken by
Plaintiff, pursuant to Notice, at the offices of
Lazarus & Lazarus, 240 Madison Avenue, New York,
New York, before Jowell Falsetta, a certified
Shorthand Reporter and Notary Public within and
for the State of New York.

RICHARD SAMUELS

1                 RICHARD SAMUELS

2              (The requested portion was

3         read.)

4         A.    I'm not aware of what that

5    means, no.

6         Q.    Are you aware today what that

7    inquiry is directed to?  Do you know what a

8    work made for hire is?

9         A.    Specifically, no.

10        Q.    Generally?

11        A.    If you are asking somebody to do

12   something for you that is a work for hire.

13        Q.    When you signed this document in

14   August of 2006, did you have an understanding

15   of what a work made for hire was as related

16   to this document, VA registration for pattern

17   2351?

18        A.    No.

19        Q.    In August of 2006 when you

20   signed this document, did you make inquiry to

21   any person as to whether or not pattern 2351

22   was a work made for hire?

23        A.    No.

24        Q.    As you sit here today, do you

25   know whether pattern 2351 was a work made for

RICHARD SAMUELS

1               RICHARD SAMUELS

2    did not?

3         A.    They did not.

4         Q.    Do you know who created pattern

5    2351?

6         A.    Yes.

7         Q.    Who was that?

8         A.    Metritek.

9         Q.    And from who do you know that?

10        A.    Because Metritek gave us the

11   pattern.

12        Q.    When you say Metritek gave you

13   the patterns, did they give them to you?

14        A.    Me specifically?

15        Q.    Yes.

16        A.    Me and John together, John

17   Irwin.

18        Q.    When did they do that?

19        A.    I don't know the exact date.

20        Q.    Do you know when this pattern

21   was first knit for Malibu?

22        A.    The specific date I do not, no.

23   I could find out but I do not know.

24        Q.    Do you know by whom it was knit?

25        A.    By Hope Lace, which is an owner

JOHN IRWIN

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

MALIBU TEXTILES, INC,

                    Plaintiff,

                              Civil Action No.
            -against-        07-CV-4780(SAS)

CAROL ANDERSON, INC and CABI, LLC,

                    Defendants.

------------------------------------x

                    March 6, 2008
                    1:35 p.m.

Deposition of JOHN IRWIN, taken by Plaintiff,
pursuant to Notice, at the offices of Lazarus &
Lazarus, 240 Madison Avenue, New York, New York,
before Jowell Falsetta, a certified Shorthand
Reporter and Notary Public within and for the
State of New York.

JOHN IRWIN

```
 1                  JOHN IRWIN

 2    relates to copyright, no.

 3              Q.    Do you know whether pattern

 4    number 1967 was a work for hire as it

 5    pertains to copyright?

 6              A.    Could you repeat that, please.

 7                    MR. LAZARUS: Read that back.

 8                    (The requested portion was

 9          read.)

10                    MR. KAPLAN:  Copyright law.

11                    MR. LAZARUS: Copyright law.

12              A.    We have attorneys that

13    understand the definitions of work for hire.

14    We are not in the business of understanding

15    that.  We are in the business of creating

16    designs and fashion.  So I guess the answer

17    to that would be no.

18              Q.    Did you create pattern 1967?

19              A.    Yes.

20              Q.    When you say you created it, who

21    on the staff of Malibu Textiles created the

22    pattern?

23              A.    Well the creation is, was at

24    this juncture was myself and my partner Bert,

25    along with Ralph Mueller.
```