

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07 cv. 4780 (SAS)

MALIBU TEXTILES, INC.,
        Plaintiff,
-against-
CAROL ANDERSON, INC., and CABI, LLC.,
        Defendants.

---

DEPOSITION OF ROBERT JABLIN

Tuesday, February 19, 2008
6100 Park of Commerce Boulevard
Boca Raton, Florida
11:35 a.m. - 2:50 p.m.

Boss Certified Realtime Reporting
954.467.6867

1   Q   -- a document? Okay.
2       And I interrupted you, so please continue.
3   A   And so we modified the pattern. Thusly, we gave it a new style number, and that was the date it was modified.
6   Q   And let's look then at item Jablin 5, which is the document -- in particular, the top document is a document indicating Style 34080/1307. And there, there is an indication as well date received. Do you see that?
11  A   Yes.
12  Q   Can you tell me, please, what was received on 2/12/92.
14  A   The approval to go ahead with the pattern.
15  Q   And when you say the approval to go ahead with the pattern, what does that mean? What do you mean when you say the approval?
18  A   If you go to the last page --
19  Q   Jablin --
20  A   -- of J-5.
21  Q   I apologize. J-5.
22  A   And you will see the black and white sketch. This was a sketch submitted to Malibu for their approval. The number of the sketch also refers to -- we have the system that's also the

1  photocopy that is included in Jablin 5, and he is
2  pointing to one of the floral features?
3     A    No.  I'm pointing to these straight lines
4  that run between the motifs.
5     Q    And unless Miss Wolff has an objection --
6  withdrawn.
7          What would you call those straight lines?
8     A    Clips.
9     Q    Clips.  Okay.  And for the purposes of
10 making the record clear, then the clips that are --
11 the clips are the straight lines that go from
12 element in the pattern to element in the pattern; is
13 that correct?
14    A    Yes.
15    Q    And that is known as a clip?
16    A    A clip.
17    Q    And when the pattern was first done on the
18 dates that we have looked at, 1991 approximately, it
19 had the clips on it; is that correct?
20    A    That's correct.
21    Q    And then in 2004, based on the date that
22 appears on Jablin 6, am I correct that the clips
23 were removed from the pattern?
24    A    Correct.
25    Q    And other than the removal of the clips,

1   did your staff follow?
2       A    There were none given.
3       Q    Then in this sequence, looking now at 7,
4   which is the quality control report dated May 8,
5   '03, to which there's attached again a color
6   photocopy of some artwork, can you tell me what the
7   change, if any, was from 6 to 7.
8       A    Using the same design, we modified what we
9   refer to as the gauge of the pattern.
10      Q    And to a non- --
11      A    In other words, there are two gauges in
12  the type of knitting I do.  One is 48 gauge, which
13  means there are 24 needles to the inch, and there's
14  36 gauge, which means there is 18 needles to the
15  inch.  And in a cost attempt to reduce the cost of
16  the product, we went from 48 gauge to 36 gauge.
17      Q    So that the difference from 6 to 7 is in
18  terms of the gauge only and not the design?
19      A    No.  It's 6 -- I'm sorry.  Yes.  In gauge
20  only and not the design.
21      Q    And in terms of the design, the difference
22  from 5 to 7 is that the clip doesn't appear in 7 and
23  it appears in 5?
24      A    That's correct.
25      Q    Are they otherwise the same patterns?

59

1   A   There were no conversations, because this
2 is the way we run our company and have run it for
3 years. What we design for our customers is done on
4 an exclusive basis, and upon giving us the order for
5 the sketch, to the artwork that we did for them,
6 they have the right to copyright the design, as long
7 as we get all the knitting on the pattern.
8   Q   And did you ever have a discussion with
9 Malibu wherein that was the specific agreement that
10 you reached with Malibu?
11   A   If there was a conversation, it was years
12 ago, because this is the agreement I have with every
13 customer.
14   Q   Metritek does register some copyrights on
15 its own, doesn't it?
16   A   No.
17   Q   You are sure?
18   A   Yes.
19   Q   Prior to October 22, 2007, did Metritek
20 have an understanding that the works that were
21 created by Metritek for Malibu were works made for
22 hire?
23   A   I'm sorry. I don't understand the
24 question.
25         MR. LAZARUS: Can we read it back.

```
 1            (Thereupon the question was read back by
 2       the reporter.)
 3            THE WITNESS:  Could you explain, please.
 4  BY MR. LAZARUS:
 5       Q    No.  You don't understand the question?
    I'm referring to whether or not you had an agreement
    with Malibu that the works that were created by
    Metritek for Malibu were works made for hire.
 9       A    When you say works made for hire, can you
    explain that.  It's a legal term.
11       Q    What it says in this letter, referring to
    the October 2, 2007 letter.  Did you have such an
    agreement with Malibu?
14       A    I had the agreement that I stated to you
    with Malibu, that all of my customers, including
    Malibu, have the right to copyright the artwork once
    we have gotten the original order.
18       Q    Is it once you've gotten the original
    order or for so long as you get all the knit work?
20       A    It's a combination, and it's an
    understanding that I have with every customer.
22       Q    Tell me exactly what the understanding is.
23       A    That anything that we design and create,
    our customer has the right to copyright it and
    defend it, but we get all of the knitting regarding
```

61

1    the pattern.
2        Q    And if you don't?
3        A    If we don't, then I have a problem with
4    the customer that we take up separately.
5        Q    Is it a problem with the copyright or is
6    it a problem with the customer?
7        A    With the customer.
8        Q    Because the copyright is given away?
9        A    That's correct.
10       Q    And this is an understanding, sir, that
11   you had for years back with Malibu?
12       A    With Malibu and all my customers.
13       Q    Can you tell me, please, why it doesn't
14   say that in this letter of October 22, 2007?
15       A    I don't know.  I didn't write the letter.
16       Q    You signed it.
17       A    I signed it.  I didn't write it.
18       Q    So the letter is not accurate?
19       A    I didn't say that.
20       Q    Well, we looked at the first sentence, and
21   the first sentence deals with this notion of works
22   made for hire, with respect to which I asked you
23   when you made that agreement, and --
24       A    The agreement, as I've said to you many
25   times already, has been done for years.  The legal

# **MASTER AGREEMENT**

WHEREAS, Metritek LLLP ("Metritek") and Malibu Textiles, Inc. ("Malibu", and together with Metritek, the "Parties") have been engaged in a business relationship since in or around 1986 in which Metritek created lace designs commissioned by Malibu (the "Lace Designs") and has knitted bulk lace fabric for sale by Malibu based upon the Lace Designs; and

WHEREAS, since the inception of their business relationship, the Parties have been operating under an oral agreement under which Metritek transfers and assigns all ownership rights, including copyrights, in the Lace Designs to Malibu, immediately upon Malibu's approval of such Lace Designs; and

WHEREAS, the Parties wish to avoid any confusion that Malibu is the owner of all rights in the Lace Designs, including copyright rights throughout the world; and

WHEREAS, Metritek does not dispute Malibu's ownership rights in any of the Lace Designs prepared by Metritek for Malibu.

NOW, THEREFORE, in consideration of these premises, and the conditions, covenants and promises set forth herein, Metritek and Malibu hereby agree as follows:

1.  This agreement confirms the oral agreement under which Metritek and Malibu have been operating since the inception of Metritek and Malibu's business relationship in or around 1986 regarding the creation and ownership of Lace Designs created by Metritek for Malibu.

2.  The Lace Designs covered by this agreement are set forth in Schedule A, which is attached hereto and incorporated by reference. The Parties reserve their right to amend Schedule A from time to time to add new Lace Designs when Malibu commissions new Lace Designs from Metritek.

3.  Malibu agrees that it will use Metritek as its exclusive knitter for any lace fabric manufactured from the Lace Designs set forth in Schedule A.

4.  In exchange for Malibu's promise to exclusively use Metritek as its knitter for lace fabric manufactured from the Lace Designs, at the moment of approval by Malibu of a Lace Design created by Metritek, Metritek irrevocably and perpetually assigned and transferred to Malibu ownership of all rights in the Lace Designs, including but not limited to any and all copyright rights in the Lace Designs throughout the world, the right to register copyright in the Lace Designs in the United States and throughout the world, and the right to sue for past, present and future infringements thereof. Moreover, Metritek expressly waives any "artist's rights" or "moral rights" that Metritek might have in the Lace Designs. This provision applies with equal force to previously created Lace Designs as well as future Lace Designs created by Metritek for Malibu.

{A061469.DOC\1}

    5. Metritek hereby grants Malibu the right, as its attorney-in-fact, to execute, acknowledge, deliver and record in the U.S. Copyright Office, any foreign equivalent thereof, or elsewhere, any and all such documents that Metritek fails or refuses promptly upon request to execute, acknowledge, deliver, and record.

    6. Metritek will, upon Malibu's request, execute, acknowledge, deliver and/or record such additional documents as Malibu may deem necessary to evidence the intent of this agreement and effectuate Malibu's rights hereunder.

    7. In the case of any breach of this Master Agreement by Malibu, Metritek agrees that its sole remedy is money damages. Metritek expressly waives any rights it may have to contest the validity of any copyright or other ownership right previously assigned or transferred to Malibu.

    IN WITNESS WHEREOF, Metritek and Malibu acknowledge their agreement to the foregoing terms and conditions by signing this agreement below.

_____
Robert Jablin

Metritek LLLP
6100 Park of Commerce Boulevard
Boca Raton, FL 33487-8207

Date: 3-6-08

_____
Richard Samuels

Malibu Textiles, Inc.
49 West 37th Street
New York, New York 10018

Date: 3/6/08

{A061469.DOC\1}

# SCHEDULE A

| STYLE | PATTERN | DESCRIPTION/CONTENT | FINISH WIDTH | MILL VENDOR | MILL STYLE |
|---|---|---|---|---|---|
| 1302 | | 64%NYL/36%RAYON | 58/60 | 11185 METRITEK CORP. | 34081 |
| 1307 | | 66%NYL/34%BRT RAY | 56/58 | 11185 METRITEK CORP. | 34080 |
| ■■■■ | | ■■■■■■■■■■■■■■■■■■■ | ■■■■ | ■■■■■■■■■■■■■■■■■■■ | ■■■■ |
| ■■■■ | | ■■■■■■■■■■■■■■■■■■■ | ■■■■ | ■■■■■■■■■■■■■■■■■■■. | ■■■■ |
| | | ■■■■■■■■■■■■■■■■■■■ | | | |
| 1534 | | 75%NYLON/25%RAYON | 58/60 | 11185 METRITEK CORP. | 35819 |
| 1548 | | 100% NYLON | 54/56 | 11185 METRITEK CORP. | 35965 |
| | | CHANTILLY SCALLOPED LACE | | | |
| 1549 | | 64%NYLON/36%RAYON | 58/60 | 11185 METRITEK CORP. | 35966 |
| ■■■■ | | ■■■■■■■■■■■■■■■■■■■ | ■■■■ | ■■■■■■■■■■■■■■■■■■■. | ■■■■ |
| ■■■■ | | ■■■■■■■■■■■■■■■■■■■ | ■■■■ | ■■■■■■■■■■■■■■■■■■■ | ■■■■ |
| | | ■■■■■■■■■■■■■■■■■■■ | | | |
| 1658 | | 73% STR. NYLON/27% RAYON | 41/42 | 11185 METRITEK CORP. | 36836 |
| 1659 | | 81%NYLON/19%RAYON | 50/52 | 11185 METRITEK CORP. | 36885 |
| | | ALL OVER FLORAL SWIRL | | | |
| 1660 | | 72%NYL/16%RAY/12%LYCRA | 54/56 | 11185 METRITEK CORP. | 36886 |
| | | ALL OVER FLORAL SWIRL W/ STRETCH | | | |
| ■■■■ | | ■■■■■■■■■■■■■■■■■■■ | ■■■■ | ■■■■■■■■■■■■■■■■■■■ | ■■■■ |
| 1675 | | 56%STR NYL/26RAY/18%POLY | 46/48 | 11185 METRITEK CORP. | 36931 |
| 1683 | | 88%NYL/12%LYCRA(1440 STR) | 52/54 | 11185 METRITEK CORP. | 36952 |
| 1688 | | 88% NYLON/12% LYCRA | 64/66 | 11185 METRITEK CORP. | 36969 |
| | | ALL OVER FERN STRETCH LACE | | | |
| 1693 | | 100% NYLON | 58/60 | 11185 METRITEK CORP. | 37038 |
| | | ALL OVER CLIPPED CHANTILLY | | | |
| 1694 | | 86% NYLON/14% LYCRA | 58/60 | 11185 METRITEK CORP. | 37015 |
| | | ALLOVER STRTCH CLIPPED CHANTILLY | | | |
| ■■■■ | | ■■■■■■■■■■■■■■■■■■■ | ■■■■ | ■■■■■■■■■■■■■■■■■■■ | ■■■■ |
| | | ■■■■■■■■■■■■■■■■■■■ | | | |
| ■■■■ | | ■■■■■■■■■■■■■■■■■■■ | ■■■■ | ■■■■■■■■■■■■■■■■■■■. | ■■■■ |
| 1730 | | 65% BRT RAYON 35% STR NYLON | 36/38 | 11185 METRITEK CORP. | 37201 |
| 1746 | | 52%NYL/28%RAY/20%LYCRA PUCKER | 41/42 | 11185 METRITEK CORP. | 37251 |
| | | 1527 PATTERN PUCKERED | | | |
| 1764 | | 87%NYLON/13%SPANDEX | 54/56 | 11185 METRITEK CORP. | 37350 |
| | | BORDER LACE 36" REPEAT | | | |
| 1797 | | 70%NYLON/17%RAY/13%LYCRA | 50/52 | 11185 METRITEK CORP. | 37409 |
| | | STRETCH BAND LACE - GALLOON | | | |
| ■■■■ | | | | ■■■■■■■■■■■■■■■■■■■ | |

| STYLE | PATTERN | DESCRIPTION/CONTENT | FINISH WIDTH | MILL VENDOR | MILL STYLE |
|---|---|---|---|---|---|
| 2110 | | 61%NYL/26%GOLD MET/13%LYCRA<br>GOLD METALLIC VERSION OF 1967 | 48/50 | 10645 HOPE LACE, LIMITED | 38572 |
| 2111 | | 62%NYLON/29%GOLD METAL/9%LYCRA<br>GOLD METALLIC VERSION OF 2099 | 48/50 | 10645 HOPE LACE, LIMITED | 38568 |
| 2118 | | 71%NYLON/11%RAYON/18%SPANDEX<br>FLOUNCE PATTERN | 58/60 | 10645 HOPE LACE, LIMITED | 38581 |
| 2119 | | 71%NYLON/18% SPANDEX/11%SIL MET<br>DOUBLE FLOUNCE LACE | 58/60 | 10645 HOPE LACE, LIMITED | 38622 |
| ~~████~~ | | ~~████████████~~ | ~~███~~ | ~~████████████~~ | ~~████~~ |
| 2134 | | 65% TACTEL NYLON/35% NYLON<br>FLORAL W/ BORDER | 54/56 | 10645 HOPE LACE, LIMITED | 38656 |
| ~~████~~ | ~~██~~ | ~~████████████~~ | ~~███~~ | ~~████████████~~ | ~~████~~ |
| 2174 | | 100% NYLON | 46/48 | 10645 HOPE LACE, LIMITED | 38805 |
| 2175 | | 77% NYLON/23% LYCRA<br>LIGHTWEIGHT LYCRA FLORAL LACE | 44/46 | 10645 HOPE LACE, LIMITED | 38801 |
| 2176 | | 90% NYLON/ 10% SPANDEX<br>GALLOON SWIRL FLORAL WITH LYCRA | 64/66 | 10645 HOPE LACE, LIMITED | 38804 |
| 2231 | | 61% NYLON/26% RAYON/13% SPANDEX<br>PLEATED VERSION OF 1967 | 48/50 | 10645 HOPE LACE, LIMITED | 38934 |
| 2272 | | 89% STRETCH NYLON/11% LYCRA<br>STRETCH VERSION OF 2093 | 56/58 | 10645 HOPE LACE, LIMITED | 38640 |
| 2319 | | 100% NYLON<br>FLORAL GALLOON AS #2176 PATTERN | TBD | 10645 HOPE LACE, LIMITED | |
| 2330 | | 83% STR NYLON/17% LYCRA<br>ALLOVER STRIPE STRETCH LACE | 56/58 | 10645 HOPE LACE, LIMITED | 39106 |
| 2331 | | NYLON/LYCRA<br>PLEATED STRIPE LACE | TBD | 10645 HOPE LACE, LIMITED | 39109/PLEAT |
| 2342 | | 84% NYLON/7% LYCRA/9% RAYON<br>LEOPARD | 48/50 | 10645 HOPE LACE, LIMITED | 39125 |
| 2343 | | 87% NYLON/7% LYCRA/6% RAYON<br>TIGER | 48/50 | 10645 HOPE LACE, LIMITED | 39126 |
| 2343 | ~~███~~ | | | 10645 HOPE LACE, LIMITED | |
| 2343 | ~~███~~ | | | 10645 HOPE LACE, LIMITED | |
| 2344 | | 47% STR NYL/33% BRT RAY/20% POLY<br>FLORAL GALLOON W/ RUNNING LINERS | 47/49 | 10645 HOPE LACE, LIMITED | 39123 |
| 2351 | | 70% NYLON/21% RAYON/9% SPANDEX<br>FLORAL GALLOON W/ CRACKLE MESH | 48/50 | 10645 HOPE LACE, LIMITED | 39130 |
| ~~████~~ | ~~██~~ | | | ~~████████████~~ | |
| 2375 | | 70% NYLON/27% RAYON/3% LYCRA<br>1720 PATT W/LYCRA | 40/42 | 10645 HOPE LACE, LIMITED | 39477 |
| 2402 | | 95% STRETCH NYL/5% CATIONIC POLY<br>HEX NET | 58/60 | 10645 HOPE LACE, LIMITED | 39230 |
| 2409 | | 47%STR NYL/33%BRT RAY/20% POLY<br>1720 WITH MISSING YARNS (PRCMO) | 47/49 | 10645 HOPE LACE, LIMITED | |
| 2423 | | 82% NYLON/8% RAYON/10% LYCRA<br>MK DOTS IN STRETCH (GALLOON) | 48/50 | 10645 HOPE LACE, LIMITED | 39303 |

| STYLE | PATTERN | DESCRIPTION/CONTENT | FINISH WIDTH | MILL VENDOR | MILL STYLE |
|---|---|---|---|---|---|
| 2424 | | 90% NYLON/10% RAYON<br>MK DOTS IN NON STRETCH(GALLOON) | 54/56 | 10645 HOPE LACE,LIMITED | 39309 |
| 2433 | | 57% NYLON/33% RAYON/10% LYCRA<br>1527 PATT IN 36 GAUGE(GALLOON) | 48/50 | 10645 HOPE LACE,LIMITED | 39250 |
| ▓▓▓ | ▓▓▓ | | | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | |
| 2434 | | 88% NYLON/12% LYCRA<br>ALLOVER WAVE STRETCH JAQUARD | 64/66 | 10645 HOPE LACE,LIMITED | 39310 |
| 2441 | | NYLON/LYCRA/RAYON<br>2343 WITH EXTRA LYCRA | 48/50 | 10645 HOPE LACE,LIMITED | 39126 |
| 2445 | | 87% NYLON/7% LYCRA/6% RAYON<br>TIGHTER VERSION OF 2343 | 48/50 | 10645 HOPE LACE,LIMITED | 39344 |
| 2463 | | 47%STR NYLON/33%RAYON/20%TEX NYL<br>SAME PATT AS 1720 W/O POLY | 47/49 | 10645 HOPE LACE,LIMITED | 39838 |
| 2466 | | 74% NYLON/17% LYCRA/9% POLY<br>CLIPPED FLORAL GLN W/SCROLL GRND | 40/42 | 10645 HOPE LACE,LIMITED | 38452 |
| 2474 | | 53% NYL/25% RAY/18% POLY/4%LYCRA<br>2375 PATTERN WITH POLY | 40/42 | 10645 HOPE LACE,LIMITED | 39453 |
| 2475 | | 59%NYL/30%STR NYL/6%C.POLY/5%LYC<br>CLIP FLORAL GLN W/ SCROLL(PUCKER | 42/44 | 10645 HOPE LACE,LIMITED | 39473 |
| 2477 | | 91% NYL/5% LYCRA/4% CAT. POLY<br>2351 CLUSTER W/HEX NET,BRDN GRND | 40/42 | 10645 HOPE LACE,LIMITED | 39474 |
| 2480 | | 73% NYLON/17% RAYON/10% LYCRA<br>LEAF PATT W/SCROLL GALLOON LACE | 48/50 | 10645 HOPE LACE,LIMITED | 39480 |
| 2481 | | 79% NYLON/16% LYCRA/5% POLY<br>FLORAL CLUSTER W/SCROLL GLN LACE | 46/48 | 10645 HOPE LACE,LIMITED | 39489 |
| 2482 | | 74% NYLON/16% LYCRA/10% RAYON<br>MINI DOT BALLS ON MESH GRND(GLN) | 49/51 | 10645 HOPE LACE,LIMITED | 39479 |
| 2493 | | 90% NYLON/10% LYCRA<br>FLORAL GALLOON STRETCH LACE | 52/54 | 10645 HOPE LACE,LIMITED | 39500 |
| 2495 | | 80% NYLON/11% RAYON/9% LYCRA<br>ANIMAL SKIN GALLOON | 50/52 | 10645 HOPE LACE,LIMITED | 39509 |
| 2511 | | 67% NYLON/33% RAYON<br>RIDGID VERSION OF 2433 | 48/50 | 10645 HOPE LACE,LIMITED | 39563 |
| 2531 | | 82% NYLON/9% RAYON/9% LYCRA<br>FLORAL GALLON w/ CUTOUT SCALLOPS | 48/50 | 10645 HOPE LACE,LIMITED | 39572 |
| 2548 | | 45.5% NYL/45.5%CAT POLY/9% LYCRA<br>PLEATED VINE CONCEPT | 51/53 | 10645 HOPE LACE,LIMITED | 39616 |
| 2575 | | 69% NYLON/28% RAYON/3% LYCRA<br>A/O STRETCH FLORAL CLUSTER LACE | 46/48 | 10645 HOPE LACE,LIMITED | 39671 |
| 2585 | | 67% NYLON/33% RAYON<br>RIDGID VERSION OF 2351-GALLOON | 52/54 | 10645 HOPE LACE,LIMITED | 39687 |
| 2589 | | 75% NYLON/22% RAYON/3% LYCRA<br>NON CLIP VERSION OF 2375 | 41/42 | 10645 HOPE LACE,LIMITED | 39694 |
| 2592 | | 65% NYLON/32%RAYON/3% LYCRA<br>ALLOVER NON CLIP 2375 PATTERN | 46/48 | 10645 HOPE LACE,LIMITED | 39701 |
| ▓▓▓ | ▓▓ | | | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | |
| 2646 | | 47% RAYON/40% NYLON/13% LYCRA<br>FLORAL GALLOON LACE | 48/50 | 10645 HOPE LACE,LIMITED | 39779 |
| 2697 | | 57% NYLON/30% RAYON/13% BOURDON | 40/42 | 10645 HOPE LACE,LIMITED | 39900 |