**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

Month   Day   Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

Title of Work ▼
   Pattern # 1717

Registration Number of the Basic Registration ▼
VA 923-088

Year of Basic Registration ▼
1998

Name(s) of Author(s) ▼
Malibu Textiles, Inc.

Name(s) of Copyright Claimant(s) ▼
Malibu Textiles, Inc.

Location and Nature of Incorrect Information in Basic Registration ▼
Line Number __2a__   Line Heading or Description __Name of Author/Work for Hire Designation__

Incorrect Information as It Appears in Basic Registration ▼
Name of Author - Malibu Textiles, Inc.

Corrected Information ▼
Name of Author - Jolanda Kramm, Domiciled in Brazil

Explanation of Correction ▼
(see Part D, infra.)

Location and Nature of Information in Basic Registration to be Amplified ▼
Line Number __4__   Line Heading or Description __Derivative Work or Compliation__

Amplified Information and Explanation of Information ▼
4. Transfer

Jolanda Kramm assigned all ownership rights, including copyright, to Copyright Claimant Malibu Textiles, Inc. upon Malibu Textiles, Inc.'s acceptance of the design.

EXPLANATION - As the non-lawyer Copyright Claimant misunderstood the meaning of "work for hire", it believed it was the author for purposes of the copyright application.

---

**MORE ON BACK ▶**  • Complete all applicable spaces (D-G) on the reverse side of this page.
                     • See detailed instructions.   • Sign the form at Space F.

DO NOT WRITE HERE
Page 1 of _____ pages

| FORM CA RECEIVED | | FORM CA |
|---|---|---|
| | FUNDS RECEIVED DATE | |
| | EXAMINED BY | FOR COPYRIGHT OFFICE USE ONLY |
| | CORRESPONDENCE ❏ | |
| | REFERENCE TO THIS REGISTRATION ADDED TO BASIC REGISTRATION  ❏ YES ❏ NO | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

Continuation of: ❏ Part B or ❏ Part C

PART B

2a  Name of Author/Work for Hire Designation

Incorrect Information - "Yes" checked for question "Was this contribution to the work a 'work made for hire?'"

Corrected Information - The response to the question is "No."

EXPLANATION OF CORRECTIONS - The non-lawyer Copyright Claimant Malibu Textiles, Inc. did not understand the term "work for hire" as it is defined and interpreted under the Copyright Act when it had its agent, Textile Distributors Association, Inc., prepare and file the application. As the Copyright Claimant believed the work was created for hire, it believed it was the author.

Correspondence: Give name and address to which correspondence about this application should be sent.

Nancy E. Wolff, Esq.
Cowan, DeBaets, Abrahams & Sheppard LLP
41 Madison Avenue, 34th Floor, New York, New York 10010

Phone ( 212 ) 974-7474   Fax ( 212 ) 974-8474   Email nwolff@cdas.com

Deposit Account: If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name _Cowan DeBaets Abrahams + Sheppard LLP_
Account Number _DA085057_

Certification* I, the undersigned, hereby certify that I am the: (Check only one)
❏ author       ❏ owner of exclusive right(s)
❏ other copyright claimant   ☑ duly authorized agent of __Malibu Textiles, Inc.__
                              Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼ Nancy E. Wolff          Date ▼ 4-16-08

Handwritten signature (X) ▼ _Nancy E Wolff_

Certificate will be mailed in window envelope to this address:

| Name ▼ Nancy E. Wolff, Esq. c/o Cowan, DeBaets, Abrahams & Sheppard LLP |
| Number/Street/Apt ▼ 41 Madison Avenue, 34th Floor |
| City/State/ZIP ▼ New York, New York 10010 |

**YOU MUST:**
- Complete all necessary spaces
- Sign your application in Space F

**SEND ALL ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form CA–Full   Rev: 07/2006   Print: 07/2006—••,000   Printed on recycled paper                    U.S. Government Printing Office: 2006-••••-•••/••,•••

**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

Month   Day   Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

Title of Work ▼
Pattern # 1967

| Registration Number of the Basic Registration ▼ | Year of Basic Registration ▼ |
|---|---|
| VA 1-159-155 | 2002 |
| Name(s) of Author(s) ▼ | Name(s) of Copyright Claimant(s) ▼ |
| Malibu Textiles, Inc. | Malibu Textiles, Inc. |

Location and Nature of Incorrect Information in Basic Registration ▼
Line Number __2a__   Line Heading or Description __Name of Author/Work for Hire Designation__

Incorrect Information as It Appears in Basic Registration ▼
"Yes" checked for question "Was this contribution to the work a 'work made for hire?'"

Corrected Information ▼
The response to the question is "No."

Explanation of Correction ▼
See Part D, infra.

Location and Nature of Information in Basic Registration to be Amplified ▼
Line Number __6a, 6b__   Line Heading or Description __Derivative Work or Compliation__

Amplified Information and Explanation of Information ▼

6a.   Identify any preexisting work or works that this work is based on or incorporates.

VA 923-088 (Title - Pattern # 1717, Registration Date - October 20, 1998)

6b. A brief, general statement of the material that has been added to this work and in which copyright is claimed.

The lace design has been altered to fill in a floral design element.

EXPLANATION - The non-lawyer Copyright Claimant did not know that it needed to identify the prior design from which the lace design that is the subject of this registration is derived.

**MORE ON BACK ▶**
- Complete all applicable spaces (D-G) on the reverse side of this page.
- See detailed instructions.   • Sign the form at Space F.

**DO NOT WRITE HERE**
Page 1 of _____ pages

FORM CA RECEIVED

FORM CA

FUNDS RECEIVED DATE

EXAMINED BY

CORRESPONDENCE ❏

REFERENCE TO THIS REGISTRATION ADDED TO
BASIC REGISTRATION   ❏ YES  ❏ NO

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

Continuation of: ❏ Part B or ❏ Part C

PART B (con't)

2a Name of Author/Work for Hire Designation

EXPLANATION - The non-lawyer Copyright Claimant Malibu Textiles, Inc. did not understand the term "work for hire" as it is defined and interpreted under the Copyright Act when it had its authorized agent, the Textile Distributors Association, Inc., prepare and file the application. As the Copyright Claimant believed the work was created for hire, it believed it was the author.

Correspondence: Give name and address to which correspondence about this application should be sent.

Nancy E. Wolff, Esq.
Cowan, DeBaets, Abrahams & Sheppard LLP
41 Madison Avenue, 34th Floor, New York, New York 10010

Phone ( 212 ) 974-7474      Fax ( 212 ) 974-8474      Email nwolff@cdas.com

Deposit Account: If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name  Cowan DeBaets Abrahams + Sheppard LLP
Account Number  DA 085057

Certification* I, the undersigned, hereby certify that I am the: (Check only one)
❏ author
❏ other copyright claimant
❏ owner of exclusive right(s)
☑ duly authorized agent of  Malibu Textiles, Inc.
    Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼  Nancy E. Wolff              Date ▼ 4·16·08

Handwritten signature (X) ▼  *Nancy E. Wolff*

Certificate will be mailed in window envelope to this address:

Name ▼  Nancy E. Wolff, Esq. c/o Cowan, DeBaets, Abrahams & Sheppard LLP
Number/Street/Apt ▼  41 Madison Avenue, 34th Floor
City/State/ZIP ▼  New York, New York 10010

YOU MUST:
• Complete all necessary spaces
• Sign your application in Space F
SEND ALL ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form CA–Full  Rev: 07/2006  Print: 07/2006—••,000  Printed on recycled paper          U.S. Government Printing Office: 2006-••••-•••/••,•••

**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

Month   Day   Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**Title of Work** ▼
2351

| Registration Number of the Basic Registration ▼ | Year of Basic Registration ▼ |
|---|---|
| VA 1-373-475 | 2006 |
| **Name(s) of Author(s)** ▼ | **Name(s) of Copyright Claimant(s)** ▼ |
| Malibu Textiles, Inc. | Malibu Textiles, Inc. |

**Location and Nature of Incorrect Information in Basic Registration** ▼

Line Number __2a__   Line Heading or Description __Name of Author/Work for Hire Designation__

**Incorrect Information as It Appears in Basic Registration** ▼

Name of Author - Malibu Textiles, Inc.

**Corrected Information** ▼

Metritek, LLLP f/k/a Metritek, Ltd.

**Explanation of Correction** ▼

(see Part D, infra)

**Location and Nature of Information in Basic Registration to be Amplified** ▼

Line Number __4__   Line Heading or Description __Transfer__

**Amplified Information and Explanation of Information** ▼

4. Transfer

Metritek, LLLP assigned all ownership rights, including copyright, to Copyright Claimant Malibu Textiles, Inc. upon Malibu Textiles, Inc.'s acceptance of the lace design.

EXPLANATION - As the non-lawyer Copyright Claimant misunderstood the meaning of "work for hire", it believed it was the author for purposes of the copyright application.

**MORE ON BACK** ▶
• Complete all applicable spaces (D-G) on the reverse side of this page.
• See detailed instructions.   • Sign the form at Space F.

DO NOT WRITE HERE
Page 1 of _____ pages

FORM CA RECEIVED

FORM CA

FUNDS RECEIVED DATE

EXAMINED BY

CORRESPONDENCE ❏

REFERENCE TO THIS REGISTRATION ADDED TO
BASIC REGISTRATION    ❏ YES  ❏ NO

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

Continuation of: ❏ Part B or ❏ Part C

PART B (con't)

2a Name of Author/Work for Hire Designation

Incorrect Information - "Yes" checked for question "Was this contribution to the work a 'work made for hire?'"

Corrected Information - The response to the question is "No."

EXPLANATION OF CORRECTIONS - The non-lawyer Copyright Claimant Malibu Textiles, Inc. did not understand the term "work for hire" as it is defined and interpreted under the Copyright Act when it prepared and filed the application. As the Copyright Claimant believed the work was created for hire, it believed it was the author.

**Correspondence:** Give name and address to which correspondence about this application should be sent.

Nancy E. Wolff, Esq.
Cowan, DeBaets, Abrahams & Sheppard LLP
41 Madison Avenue, 34th Floor, New York, New York 10010

Phone ( 212 ) 974-7474    Fax ( 212 ) 974-8474    Email nwolff@cdas.com

**Deposit Account:** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name  Cowan, DeBaets, Abrahams & Sheppard LLP
Account Number  DA085057

**Certification\*** I, the undersigned, hereby certify that I am the: (Check only one)
❏ author       ❏ owner of exclusive right(s)
❏ other copyright claimant  ☑ duly authorized agent of  Malibu Textiles, Inc.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼ Nancy E. Wolff     Date ▼ 4.16.08

Handwritten signature (X) ▼ Nancy E Wolff

Certificate will be mailed in window envelope to this address:

Name ▼ Nancy E. Wolff, Esq. c/o Cowan, DeBaets, Abrahams & Sheppard LLP
Number/Street/Apt ▼ 41 Madison Avenue, 34th Floor
City/State/ZIP ▼ New York, New York 10010

YOU MUST
• Complete all necessary spaces
• Sign your application in Space F
SEND ALL ELEMENTS
IN THE SAME PACKAGE
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

\*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form CA–Full   Rev: 07/2006   Print: 07/2006—••,000   Printed on recycled paper      U.S. Government Printing Office: 2006-•••-•••/••,•••

**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

Month   Day   Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

Title of Work ▼
1307

| Registration Number of the Basic Registration ▼ | Year of Basic Registration ▼ |
|---|---|
| VA 640-234 | 1994 |
| Name(s) of Author(s) ▼ | Name(s) of Copyright Claimant(s) ▼ |
| Malibu Textiles, Inc. | Malibu Textiles, Inc. |

Location and Nature of Incorrect Information in Basic Registration ▼

Line Number __2a__   Line Heading or Description __Name of Author/Work for Hire designation__

Incorrect Information as It Appears in Basic Registration ▼

Name of Author - Malibu Textiles, Inc.

Corrected Information ▼

Metritek, Ltd. n/k/a Metritek, LLLP

Explanation of Correction ▼

(see Part D, infra)

Location and Nature of Information in Basic Registration to be Amplified ▼

Line Number __4__   Line Heading or Description __Transfer__

Amplified Information and Explanation of Information ▼

4. Transfer

Metritek, Ltd. n/k/a Metritek, LLLP assigned all ownership rights, including copyright, to Copyright Claimant Malibu Textiles, Inc. upon Malibu Textiles, Inc.'s acceptance of the design.

EXPLANATION - As the non-lawyer Copyright Claimant misunderstood the meaning of "work for hire", it believed it was the author for purposes of the copyright application.

---

**MORE ON BACK ▶**
• Complete all applicable spaces (D-G) on the reverse side of this page.
• See detailed instructions.   • Sign the form at Space F.

DO NOT WRITE HERE
Page 1 of _____ pages

FORM CA RECEIVED | FORM CA

FUNDS RECEIVED DATE

EXAMINED BY

CORRESPONDENCE ❏

REFERENCE TO THIS REGISTRATION ADDED TO BASIC REGISTRATION    ❏ YES ❏ NO

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

Continuation of: ❏ Part B or ❏ Part C

PART B (con't)

2a  Name of Author/Work for Hire Designation

Incorrect Information - "Yes" checked for question "Was this contribution to the work a 'work made for hire?'"

Corrected Information - The response to the question is "No."

EXPLANATION OF CORRECTIONS - The non-lawyer Copyright Claimant Malibu Textiles, Inc. did not understand the term "work for hire" as it is defined and interpreted under the Copyright Act when it prepared and filed the application. As the Copyright Claimant believed the work was created for hire, it believed it was the author.

**Correspondence:** Give name and address to which correspondence about this application should be sent.

Nancy E. Wolff, Esq.
Cowan, DeBaets, Abrahams & Sheppard LLP
41 Madison Avenue, 34th Floor, New York, New York 10010

Phone ( 212 ) 974-7474      Fax ( 212 ) 974-8474      Email nwolff@cdas.com

**Deposit Account:** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name _Cowan, DeBaets, Abrahams + Sheppard LLP_
Account Number _DA085057_

**Certification*** I, the undersigned, hereby certify that I am the: (Check only one)
❏ author       ❏ owner of exclusive right(s)
❏ other copyright claimant   ☑ duly authorized agent of _Malibu Textiles, Inc._
                Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼ Nancy E. Wolff          Date ▼ 4-16-08

Handwritten signature (X) ▼ _Nancy E. Wolff_

Certificate will be mailed in window envelope to this address:

Name ▼ Nancy E. Wolff, Esq. c/o Cowan, DeBaets, Abrahams & Sheppard LLP
Number/Street/Apt ▼ 41 Madison Avenue, 34th Floor
City/State/ZIP ▼ New York, New York 10010

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in Space F
**SEND ALL ELEMENTS IN THE SAME PACKAGE**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form CA-Full  Rev: 07/2006  Print: 07/2006—**,000  Printed on recycled paper          U.S. Government Printing Office: 2006-***-***/**,***



**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

Month   Day   Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

Title of Work ▼
2433

Registration Number of the Basic Registration ▼
VA 1-373-476

Year of Basic Registration ▼
2006

Name(s) of Author(s) ▼
Malibu Textiles, Inc.

Name(s) of Copyright Claimant(s) ▼
Malibu Textiles, Inc.

Location and Nature of Incorrect Information in Basic Registration ▼
Line Number __2a__   Line Heading or Description __Name of Author/Work for Hire Designation__

Incorrect Information as It Appears in Basic Registration ▼
Name of Author - Malibu Textiles, Inc.

Corrected Information ▼
Metritek, LLLP f/k/a Metritek, Ltd.

Explanation of Correction ▼
(see Part D, infra)

Location and Nature of Information in Basic Registration to be Amplified ▼
Line Number __4, 6a, 6b__   Line Heading or Description __Transfer/Derivative Work or Compliation__

Amplified Information and Explanation of Information ▼
4. Transfer

Metritek, LLLP assigned all ownership rights, including copyright, to Copyright Claimant Malibu Textiles, Inc. upon Malibu Textiles, Inc.'s acceptance of the lace design.

EXPLANATION - As the non-lawyer Copyright Claimant misunderstood the meaning of "work for hire", it believed it was the author for purposes of the copyright application.

6a.   Identify any preexisting work or works that this work is based on or incorporates.

VA 640-234 (Title - 1307, Registration Date - November 25, 1994)

6b. A brief, general statement of the material that has been added to this work and in which copyright is claimed.

The lace design has been altered to change the gauge (size) of the design elements.

EXPLANATION - The non-lawyer Copyright Claimant did not know that it needed to identify the prior design from which the lace design that is the subject of this registration is derived.

**MORE ON BACK ▶**   • Complete all applicable spaces (D-G) on the reverse side of this page.
• See detailed instructions.   • Sign the form at Space F.

DO NOT WRITE HERE
Page 1 of _____ pages

FORM CA RECEIVED

FORM CA

FUNDS RECEIVED DATE

EXAMINED BY

CORRESPONDENCE ❏

REFERENCE TO THIS REGISTRATION ADDED TO
BASIC REGISTRATION   ❏ YES ❏ NO

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

Continuation of: ❏ Part B or ❏ Part C

PART B (con't)

2a  Name of Author/Work for Hire Designation

Incorrect Information - "Yes" checked for question "Was this contribution to the work a 'work made for hire?'"

Corrected Information - The response to the question is "No."

EXPLANATION OF CORRECTIONS - The non-lawyer Copyright Claimant Malibu Textiles, Inc. did not understand the term "work for hire" as it is defined and interpreted under the Copyright Act when it prepared and filed the application. As the Copyright Claimant believed the work was created for hire, it believed it was the author.

Correspondence: Give name and address to which correspondence about this application should be sent.

Nancy E. Wolff, Esq.
Cowan, DeBaets, Abrahams & Sheppard LLP
41 Madison Avenue, 34th Floor, New York, New York 10010

Phone ( 212 ) 974-7474    Fax ( 212 ) 974-8474    Email nwolff@cdas.com

Deposit Account: If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name _Cowan, DeBaets, Abrahams + Sheppard LLP_
Account Number _DA 085057_

Certification* I, the undersigned, hereby certify that I am the: (Check only one)
❏ author       ❏ owner of exclusive right(s)
❏ other copyright claimant   ☑ duly authorized agent of __Malibu Textiles, Inc.__
                    Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼ Nancy E. Wolff     Date ▼ 4.16.08

Handwritten signature (X) ▼ _Nancy E. Wolff_

Certificate will be mailed in window envelope to this address:

| | |
|---|---|
| Name ▼ | Nancy E. Wolff, Esq. c/o Cowan, DeBaets, Abrahams & Sheppard LLP |
| Number/Street/Apt ▼ | 41 Madison Avenue, 34th Floor |
| City/State/ZIP ▼ | New York, New York 10010 |

**YOU MUST**
• Complete all necessary spaces
• Sign your application in Space F
**SEND ALL ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form CA–Full   Rev: 07/2006   Print: 07/2006—•,000   Printed on recycled paper

U.S. Government Printing Office: 2006-••••-•••/••,•••