# PURCHASE ORDER

**CarolAnderson Inc.**
18915 Laurel Park Road, Rancho Dominguez California 90220
Phone: (310) 638-3333 • Fax: (310) 632-7989

No. 19119
GROUP: spot
DIVISION: ____

SHIP TO: ____
DATE: 07/31/06
TERMS: ____
SHIP VIA: ____
WHEN SHIP: ____

**TIME IS OF THE ESSENCE**

NO PAYMENT WILL BE MADE UNLESS (1) THE P.O. NUMBER AND GROUP APPEAR ON EACH INVOICE AND PACKING SLIP, (2) THE PACKING SLIPS MUST ACCOMPANY EACH SHIPMENT, AND (3) A COPY OF YOUR PACKING SLIP AND PROOF OF DELIVERY ACCOMPANY EACH INVOICE IF THE "SHIP TO" ADDRESS ABOVE IS DIFFERENT THAN ____ THERE WILL BE A $150 DEDUCTION TAKEN AGAINST EACH INVOICE SUBMITTED WHICH DOES NOT CONFORM WITH THESE REQUIREMENTS.

| STYLE | PATTERN NO. | FABRIC CONTENT, WEIGHT & CARE INSTRUCTION | COLOR | WIDTH | QUANTITY | DESCRIPTION | PRICE |
|---|---|---|---|---|---|---|---|
| 8479 | | 75% Str. nylon 25% sp | blk | | one | 7 yards | $48.65 |
| Dotty40/1 | | 100% cotton | white | 40 60 2 | 3 yards | | $ |
| 1967 | | 60 nylon 26% Ray 13% Span 4F mesh | | | 40 yards | | $5.15-6.05 |

COMMENTS:
Maria
(813) 891-1450

Miller

ORIGINAL

TERMS AND CONDITIONS OF THIS PURCHASE ORDER

1. Strict conformity with all terms is required...
2. In addition to any other method of acceptance...
3. Timely delivery without grace is of the essence of contract.
4. Any delay in shipping samples shall constitute a breach by Seller.
5. (a) Where more than one delivery date is specified...
6. If (a) or (b) is applicable, payment terms shall begin to run on the date the last shipment is received...
7. Seller assumes risk of loss for goods in transit.
8. Terms of Seller's order...
9. Buyer and Seller agree that any disputes arising between them shall be subject of the jurisdiction of the courts of the State of California...
10. Seller warrants that the manufacture, sale and shipment of the goods and all labels affixed thereto...
11. Seller shall furnish information to Buyer for the cartons/goods purchased.
12. Seller warrants that reasonable and representative tests have been performed in accordance with procedures set forth in the Flammable Fabrics Act for fabrics to be used in wearing apparel and that said tests demonstrate that said fabric(s) is not so highly flammable as to be dangerous when worn as wearing apparel.
13. All shipments consisting of rolls must have packing slip included with shipment which reference the purchase order number and group and/or division.
14. All cartons must be marked with the purchase order number and group and/or division.