**CAbi, LLC**
18915 Laurel Park Rd
Rancho Dominguez, CA 90220
Phone: 310-638-3333  Fax: 310-632-7989

**PURCHASE ORDER**
No. 18572

GROUP ___Fall 2005___

DIVISION _____

PURCHASED FROM: Malibu Textiles

COMMENTS: Maria
(213) 641-2122
641-1450
641-0810

SHIP TO: Peter off Whls

DATE: 02-03-05

TERMS: _____

SHIP VIA: UPS Blue

WHEN SHIP: **TIME IS OF THE ESSENCE**

| STYLE | PATTERN NO. | FABRIC CONTENT, WEIGHT & CARE INSTRUCTION | COLOR | WIDTH | QUANTITY | DESCRIPTION | PRICE |
|---|---|---|---|---|---|---|---|
| 2433 | | 5+knl.3(ray,10%lycra | Chocolate | 890 | 3 yds | | $6.45 |
| 2140 | | 75 str. nylon, 25 Bright nylon | B. Espresso/Rd | | 3 yds | | $2.35 |

rcvd 2-3-5

ORIGINAL

1. Strict conformity with all terms is required. None of the terms referred to as the "goods") are ordered upon the express terms and conditions printed, written, or otherwise stamped hereon, which constitute the entire contract between us as the Buyer and you as the Seller.

2. In shipping to any other method of acceptance, Seller waived except in a writing signed by an authorized representative of the Buyer.

3. Timely delivery without grace is of the essence of this contract.

4. Any delay in shipping samples shall constitute a breach by Seller.

5. (a) Where more than one delivery date is specified in the order, or where there is more than one order date, failure to deliver at either delivery date shall give Buyer the right to cancel future deliveries without waiver of any other remedies permitted by law.

(b) Partial deliveries may be accepted at Buyer's option. Acceptance of partial delivery with (i) without waiver of Buyer's right to reject the entire order, or of the last shipment in after the delivery date without other remedies permitted by law.

6. Terms of Seller's order, shipment or approval which are not identical with the terms of this purchase order are not a part of the contract between Seller and Buyer and are not binding upon Buyer.

7. Seller assumes risk of loss for goods in transit.

8. Buyer and Seller agree that any disputes arising between them shall be subject of the jurisdiction of the State of California, and further the laws of the State of California shall be applied to resolve any such disputes. No waiver of any claim for consequential damages shall be enforceable.

9. Seller warrants that the manufacture, sale and shipment of the goods and all labor, materials and the performance of any services included herein have been in conformity and compliance with the Fair Labor Standards Act, and all other applicable federal, state and local laws, regulations and orders.

10. Seller shall furnish information to Buyer for the care labeling of wearing apparel which needs to be manufactured from the goods purchased.

11. Seller warrants that reasonable and representative tests performed in accordance with procedures set forth in the Flammable Fabrics Act for fabrics to be used in wearing apparel and that said tests demonstrate that said fabric(s) is not so highly flammable as to be dangerous when worn as wearing apparel.

12. All shipments consisting of rolls must have packing slips included with shipment which reference the purchase order number and group and/or division.

13. All cartons must be marked with the purchase order number and group and/or division.