

Handwritten note (rotated): "Trimry — Style 601 & 490 need to be made in the same lace as 488"

Stamp: E-MAILED SEP 14 2006

CAbI — Carol Anderson by Invitation

---

**PRICE REQUEST**

| | | Fabric | Lace |
|---|---|---|---|
| ription: | Updated Lace Top | Content | TBA |
| Season | Spring 07 | Construction | TBA |
| Delivery | TBA | Combo Fabric | TBA |
| Wash | TBA | Combo Content | TBA |
| | | Fabric Width | TBA |

ng Information:

1) Projected Qty for Initial Order:     15,000 - 30,000 units per color, this will be one color, black
2) Fabric Quality:                      Same as sample and see swatch proved.
3) Construction:                        Same as Sample Provided
4) Trims:                               Same as Sample Provided - Only YKK Zippers, if applicable
5) Packaging Method:                    See attached
6) Sizing:                              Either XS-XL or 0-16, Sample Specs attached
7) QC & Inspection Requirements:        Require 100% Inspection by Vendor for Construction, Quality and Mea