Date: 2/6/07

Vendor: Trimax

Style: 714 Lace Dress — BLACK

Status: APPROVED / ~~REJECTED~~

### Fit Comments:

1. Next sample needs to be in lace quality
2. Lining Skirt length should be 1" shorter than body
3. Reduce lining pattern as pinned
4. Go back to Spec
5. Hem looked uneven

### Lace Comments:

1. Take lace 3025 - Change design 30%/5 points
2. Color will be black

### Trim Comments:

---

## PRICE REQUEST

| | | |
|---|---|---|
| 714 | Fabric: STRETCH LACE W/SCALLOP | Da |
| ACE | Content: NYLON/ SPANDEX | |
| | Construction: TBD | Size Ran |
| | Combo Fabric: MESH | Desig |
| | Combo Content: 100% POLYESTER | Technical Desi |
| S/4(K) SPRING 07 W/CABI PATTERN | Fabric Width: TBD | Vendor/ Fact |

Information:

1) Projected Qty for Initial Order: 15,000 - 30,000 units per color

2) Fabric Quality: Lace is being developed for Cabi, note it must be 30% different than original.

3) Construction: Same as Sample Provided

4) Trims: Same as Sample Provided - Only YKK Zippers, if applicable

5) Packaging Method: Same as Sample Provided

6) Sizing: Either XS-XL or 0-16, Sample Specs attached

7) QC & Inspection Requirements: Require 100% Inspection by Vendor for Construction, Quality and Measurements

8) Initial Delivery: First In-House Delivery Middle of April 2007

9) Reorder Delivery: Ex-Mill No More than 60 days including fabric production, 30 days if fabric availa