**PROOF OF SERVICE**

John B. Bockwoldt, being duly sworn, deposes and states as follows:

1. The statements made herein are true of my own personal knowledge. If called upon to testify, I could and would testify competently thereto.

2. I am employed in the County of New York, State of New York. I am over the age of 18 and not a party to this action. My business address is 41 Madison Avenue, 34th Floor, New York, New York 10010.

3. On April 17, 2008, I served the attached **NOTICE OF MOTION FOR PARTIAL SUMMARY JUDGMENT ON LIABILITY FOR COPYRIGHT INFRINGEMENT, STATEMENT OF UNDISPUTED FACTS PURSUANT TO LOCAL CIVIL RULE 56.1, MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON LIABILITY FOR COPYRIGHT INFRINGEMENT, and the DECLARATIONS OF MATTHEW A. KAPLAN, JOLANDA KRAMM, MITCHELL NAIDRICH AND OSWIN FISCHBACH, AND THEIR ACCOMPANYING EXHIBITS** of plaintiff Malibu Textiles, Inc. by ECF and First Class Mail upon:

    Harlan M. Lazarus, Esq.
    Lazarus & Lazarus, P.C.
    240 Madison Avenue
    New York, New York 10016

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed at New York, New York on this 17th day of April, 2008.

_____
JOHN B. BOCKWOLDT