UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
Malibu Textiles, Inc.

v.

Carol Anderson, Inc.,

CABI, LLC

-----------------------------------------------------------X

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

07 Civ. 4780 SAS (HBP)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

__X__ Specific Non-Dispositive Motion/Dispute:*
    Discovery

    If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

___ Settlement*

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
    Purpose: _____

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)
    Particular Motion: _____

    All such motions: ____

* Do not check if already referred for general pretrial.

SO ORDERED.

DATED:    New York, New York
         May 6, 2008

                            [signature]
                            United States District Judge