*EXHIBIT "C"*

## Acknowledgment of Rights

I, Yolanda Kram, designer of Rua Franklin Cassiano Silva 63 78,000 Cuiaba – Mato Grosso, Brazil declare that on or about September 15, 1998, I was commissioned to create a design in lace. I created the original on the attached sketch which is initialed by me. The copyright and my sketch were purchased by Paris of Lace Clifton, N.J. for its client, Malibu Textiles Ltd. 49 W 37th St., New York, NY 10018. Malibu Textiles Ltd. is the owner of the copyright in the attached design.

Ich, Jolanda Kramm, wohnhaft in Rua Franklin Cassiano Silva 63 78,000 Cuiaba – Mato Grosso, Brazil
bestaetige hiermit, ca. Mitte September 15, 1998 ein Spitzenmuster fuer die Fa. Paris Lace, Clifton, NJ zu entwerfen.
Die Skize, ein Blumenmuster wurde von mir entworfen, sowie die gesamte Zeichnung. Dieses Muster wurde von der Fa. Paris Lace fuer die Fa. Malibu Textiles, 49 W 37th St., New York, NY 10018 erarbeitet als eingesetzlich geschuetztest Muster.
Fuer die gesamte Arbeitskosten wurde Ich bezahlt:

Brazil, September 27, 2005

*Jolanda Kramm* (signature)
Jolanda Kramm

Witnessed by:
Name: *Edith Maurice* (signature)

Address: _____

P 00128

P 000138

