# EXHIBIT "D"

| | |
|---|---|
| From: | Alexis N. Mueller [amueller@cdas.com] |
| Sent: | Monday, March 03, 2008 6:57 PM |
| To: | consulkramm@terra.com.br |
| Cc: | 'Matthew Kaplan'; 'Nancy Wolff'; amueller@cdas.com |
| Subject: | Bestätigung für Malibu Textiles |
| Attachments: | Pattern.pdf; acknowledgement.pdf |
| Importance: | High |

Dear Ms. Kramm:

As we explained in our recent call, we represent Malibu Textiles, Inc. in New York. We are involved in a lawsuit regarding a lace pattern you created for Malibu and to whom you assigned your rights. A copy of the pattern and your prior acknowledgement are attached to this e-mail. We currently need to prepare a court document for you to sign, confirming that you created the pattern and that you transferred your rights in it. To do so, we first would like to confirm the following:

1) Please confirm that you created the attached sketch.
2) Please confirm that the sketch is an original design.
3) Do you recall when you created the sketch (we believe that it might have been before the date in the Acknowledgement)?
4) Do you have any documents or files in your possession regarding the creation of the sketch?
5) Were you paid for creating the sketch? When were you paid? Who paid you?
6) Do you remember anything else regarding the creation of the sketch and subsequent draft?
7) The acknowledgement refers to you initialing a copy of the sketch. Do you recall doing so? We have not been able to find an original initialed copy of the sketch.

Thank you for your prompt assistance.

Kind Regards,
Matt

***

Sehr geehrte Frau Kramm:

Wie wir ihnen vor Kurzem am Telefon erklärt haben, repräsentieren wir Malibu Textiles, Inc. in New York. Wir sind in einem Rechtsstreit beteiligt der sich über ein Muster handelt daß von Ihnen für Malibu erstellt wurde und von Ihnen an Malibu übertragen wurde. In der Anlage dieses Emails finden Sie das Muster und Ihre vorherige Bestätigung. Wir müßen derzeitig für die Klage ein Dokument für Ihre Unterschreibung vorbereiten, daß bestätigt daß sie das Muster entworfen haben und daß Sie Ihre Rechte darin an Malibu überwiesen haben. Bitte bestätigen Sie erst dafür die folgenden Sachen:

1) Bitte bestätigen Sie daß Sie das anhängende Muster entworfen haben.
2) Bitte bestätigen Sie daß das Muster ein originales Design ist.
3) Können Sie sich daran erinnern wann Sie das Muster entworfen haben? (Wir glauben daß es möglicherweise vor dem Datum in der anhängenden Bestätigung war)
4) Haben sie Dokumente oder Akten in Ihrem Besitz die sich über Ihren Entwurf des Musters handeln?
5) Wurden Sie für den Entwurf des Musters bezahlt? Wann wurden Sie bezahlt? Wer hat Sie bezahlt?
6) Können Sie sich an irgendetwas Anderes erinnern daß mit dem Entwuf des Musters oder der einen späteren Skizze zu tun hat?

7) Die anhängende Bestätigung referenziert Ihres abzeichnen von einer Kopie der Skizze? Erinnern Sie sich an diese Abzeichnung? Wir können zur Zeit nicht eine originale Kopie der Skizze mit Ihren Initialen finden.

Vielen Dank für Ihre prompte Unterstützung.

Mit freundlichen Grüßen,
Matt

Alexis N. Mueller
COWAN, DEBAETS, ABRAHAMS & SHEPPARD LLP
41 Madison Avenue 34th Floor | New York, NY 10010
T +1 212 974 7474 | F +1 212 974 8474
amueller@cdas.com | www.cdas.com

*** This e-mail and any files transmitted with it are confidential. Its contents are intended solely for the recipient(s) indicated and may also be privileged. If you are not the intended recipient, you are hereby notified that disclosing, copying, distributing or taking any action in reliance on the contents of this e-mail is strictly prohibited. If you have received this e-mail in error, please delete this e-mail from your system and notify Cowan, DeBaets, Abrahams & Sheppard LLP immediately by e-mail at cdas@cdas.com. ***

JOLANDA KRAMM

Alexis M. Mueller
COWAN, DEBAETS, ABRAHAMS & SHEPPARD LLP
41 Madison Avenue 34th Floor
New York 10010

Cuiabá - MT 03.03.2008

Dear Sir,

In order to answer your questions received by e-mail on March 03,2008 here my answers:

1. I designed the sketch #1
2. As I remember this sketch is original
3. I don't have the date or year when the sketch was created
4. I still have a copy, the chain reading and the lay-out
5. Sketch, lay-out and chain reading were paid by Rolf Müller, Linfalls
6. I don't remember anything special
7. The initials are not mine. I always sign JK.

In the hope that I could help you

Jolanda Kramm

*[signature]*

P 000143