# *EXHIBIT "E"*

# In The Matter Of:

## *MALIBU TEXTILES, INC., v.*
## *CAROL ANDERSON, INC & CABI, LLC,*

---

## *JOHN IRWIN*
### *March 6, 2008*

---

## *URBAN COURT REPORTING*
### *25West 45th Street - Suite 900*
### *New York, NY 10036*
#### *PH: 212-661-8260 / FAX: 212-692-9171*

IRWIN, JOHN - Vol. 1

JOHN IRWIN

Page 1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

-------------------------------------x

MALIBU TEXTILES, INC,


                    Plaintiff,


                         Civil Action No.

         -against-     07-CV-4780(SAS)

CAROL ANDERSON, INC and CABI, LLC,


                    Defendants.


-------------------------------------x


                    March 6, 2008

                    1:35 p.m.




Deposition of JOHN IRWIN, taken by Plaintiff,

pursuant to Notice, at the offices of Lazarus &

Lazarus, 240 Madison Avenue, New York, New York,

before Jowell Falsetta, a certified Shorthand

Reporter and Notary Public within and for the

State of New York.

JOHN IRWIN

Page 6

```
 1        JOHN IRWIN
 2        At any time you want to speak to your
 3    attorney, you may except if there is a
 4    pending question.
 5        Meaning between my question and your
 6    answer, I prefer strongly that you do not
 7    consult with your attorney until after you
 8    have given an answer in the ordinary course
 9    I'll have no objection for you taking a break
10    to speak to Mr. Kaplan or any reason.
11        If you need a break for anything just
12    let me know.
13        A.   Okay.
14        Q.   Mr. Irwin, where are you
15    currently employed?
16        A.   Malibu Textiles.
17        Q.   What position do you hold at
18    Malibu?
19        A.   President.
20        Q.   For how long have you been
21    president of Malibu Textiles?
22        A.   Six weeks approximately.
23        Q.   And prior to being president of
24    Malibu Textiles, were you employed by Malibu
25    Textiles?
```

Page 7

```
 1        JOHN IRWIN
 2        A.   Yes.
 3        Q.   And what position did you hold
 4    prior to being president?
 5        A.   Vice-president.
 6        Q.   When did you first join Malibu
 7    Textiles?
 8        A.   In New York?
 9        Q.   Ever.
10        A.   Ever, in California I began
11    employment as an agent for Malibu and let me
12    go back here we are in what year, 2008. I
13    have been here 13 years so 1987, 1987 in
14    California. However that was in the capacity
15    as an agent.
16        Q.   Meaning you were an independent
17    contractor or independent agent to Malibu
18    Textiles?
19        A.   Correct.
20        Q.   When did you join Malibu
21    Textiles as a full-time employee?
22        A.   I would have to check my
23    documents for the exact date and year but I
24    believe I have been here now 14 years.
25        Q.   So that would be approximately
```

Page 8

```
 1        JOHN IRWIN
 2    1994?
 3        A.   Yes, it could be 13 years but I
 4    think it is 14 now.
 5        Q.   And do you have any college
 6    degrees?
 7        A.   Yes.
 8        Q.   And what degrees do you have?
 9        A.   Bachelor of science degree in
10    business administration organizational
11    development.
12        Q.   When did you obtain that degree?
13        A.   I am guessing now I am going to
14    say 1986, '87.
15        Q.   Before you became an independent
16    agent to Malibu Textiles?
17        A.   Yes.
18        Q.   Have you had any full-time
19    employment after obtaining your degree other
20    than at Malibu Textiles?
21        A.   Yes.
22        Q.   Where else were you employed?
23        A.   My father's company.
24        Q.   Again if you would wait until I
25    finish the question.
```

Page 9

```
 1        JOHN IRWIN
 2        Where else have you had full-time
 3    employment?
 4        A.   In Los Angeles.
 5        Q.   Where was that?
 6        A.   A company by the name of Mark
 7    Textiles.
 8        Q.   In what period were you a
 9    full-time employee of Mark Textiles?
10        A.   To the best of my recollection,
11    I was working there while I was in college,
12    finishing college in Northridge.
13        So it was probably around the year
14    1985, 1984. So I worked for my father in
15    1984 as full time, completed college in the
16    evening and then went to work for Malibu
17    after that.
18        Q.   Just to be clear, after you got
19    your college degree, where had you been
20    employed on a full-time basis other than at
21    Malibu Textiles?
22        A.   Mark Textiles.
23        Q.   That was after your degree?
24        A.   Yes.
25        Q.   What did you do at Mark?
```

JOHN IRWIN

9   (Pages 30 to 33)

Page 30

1       JOHN IRWIN
2   received, look it over, maybe a one-minute
3   conversation.  That was the extent of it that
4   I would recall.
5       Q.   And this document as the prior
6   document is dated September 20 of 2005.
7       Are you aware of any circumstances or
8   event transpiring in that time period such
9   that Mr. Dickinson or Mr. Fishback created
10  these documents titled acknowledgment of
11  rights?
12      A.   I'm not aware.
13      Q.   And the next document is a third
14  document called acknowledgment of rights that
15  appears to also have a signature but at this
16  time by Yolanda Kramm.
17      Do you see that?
18      A.   Yes.
19      Q.   Have you ever seen this document
20  before?
21      A.   Yes.
22      Q.   And was that at the same time
23  that you saw the Fishback and Dickinson
24  document?
25      A.   Yes.

Page 31

1       JOHN IRWIN
2       Q.   And do you see that this
3   document states at the second sentence, I
4   created the original on the attached sketch
5   which is initialed by me.
6       Do you see that?
7       A.   Yes, I do.
8       Q.   Have you ever seen the original
9   or a copy of the original which has been
10  initialed by Ms. Kramm?
11      A.   A copy of the original--
12      Q.   That has been--
13      A.   The sketch.
14      Q.   The sketch that is referred to
15  here.
16      Have you ever seen a copy or the
17  original of that sketch which has been
18  initialed by Ms. Kramm?
19      A.   Yes.
20      Q.   When did you see that?
21      A.   The exact date I would not
22  recall.
23      Q.   But you saw her initials?
24      A.   No, I didn't see her initials I
25  didn't know that you were asking did I see

Page 32

1       JOHN IRWIN
2   her initials.  I thought you asked if I saw
3   the sketch with her initials.  If it had her
4   initials, I didn't recognize it as I said
5   before. I don't know if it was her initials
6   but I certainly did see the sketch.
7       Q.   You don't know whether what you
8   saw did or did not have her initials on the
9   sketch?
10      A.   No, I don't recall seeing her
11  initials on the sketch.
12      Q.   Referring back to the complaint
13  which I see you still have opened in front of
14  you.
15      Do you see the exhibit which is the
16  VA registration for patent 1967.
17      On the second page of that
18  registration is signed off on by a person
19  Helena Nielson?
20      A.   Yes, I see that.
21      Q.   Do you know who Ms. Nielson is?
22      A.   Yes.
23      Q.   Who is she?
24      A.   Helena worked for the Textile
25  Distributor's Association in their office.

Page 33

1       JOHN IRWIN
2   To what function I don't recall.
3       Q.   Did you ever speak to her at
4   all?
5       A.   At TDA meetings yes once in a
6   while.
7       Q.   You attended TDA meetings?
8       A.   Yes.
9       Q.   Did you ever discuss this
10  registration for pattern 1967 with Ms.
11  Nielson?
12      A.   I don't recall a discussion, no.
13      Q.   Have you at any time since the
14  commencement of this lawsuit attempted to
15  speak with Ms. Nielson or any representative
16  of TDA regarding this lawsuit?
17      A.   No.
18      Q.   Have you attempted to speak to
19  Ms. Nielson or any other representative of
20  TDA regarding this registration?
21      A.   No.
22      Q.   Do you know what a work for hire
23  is?
24      A.   I don't know the legal
25  definition of work for hire, no.  As it