*EXHIBIT "F"*

**Matthew Kaplan**

| | |
|---|---|
| From: | Matthew Kaplan [mkaplan@cdas.com] |
| Sent: | Thursday, April 03, 2008 6:35 PM |
| To: | 'consulkramm@terra.com.br' |
| Cc: | 'Alexis N. Mueller'; nwolff@cdas.com |
| Subject: | Malibu Textiles - Erklärung |
| Attachments: | Erklarung von Jolanda Kramm.pdf; Exhibit A.pdf; Exhibit B.pdf; Exhibit C.pdf; Exhibit D.jpg |

Sehr geehrte Frau Kramm:

Alexis Mueller nicht verfügbar ist, so wenden Sie sich bitte verzeih mir "Google" Übersetzung.

Angebracht ist die Erklärung mit Exponaten zur Prüfung und Unterschrift. Wenn akzeptabel, melden Sie sich bitte, e-mail eine gescannte Kopie an mich und schicken Sie das Original zurück via E-Mail über Nacht an die unten angegebene Adresse. Für Ihre Bequemlichkeit, benutzen Sie bitte meine Anwaltskanzlei's Federal Express International Number - Nr. 109863645.

Wenn Sie noch Fragen oder Bedenken haben oder nicht öffnen kann einer der Exponate, wenden Sie sich bitte an uns.

Vielen Dank für Ihre Hilfe.

Mit freundlichen Grüßen,
Matt

Matthew A. Kaplan
COWAN, DEBAETS, ABRAHAMS & SHEPPARD LLP
41 Madison Avenue, 34th Floor | New York, NY 10010
T: +1 212.974.7474 | F: +1 212.974.8474
mkaplan@cdas.com | www.cdas.com

English:

Dear Ms. Kramm:

Alexis Mueller is unavailable, so please pardon my "Google" translation.

Attached is your declaration with exhibits for your review and signature. If acceptable, please sign it, e-mail a copy to me and send the original back via overnight mail to the address below. For your convenience, please use my law firm's Federal Express International Number - No. 109863645.

If you have any questions or concerns or cannot open any of the exhibits, please contact us.

Thank you for your assistance.

Yours Sincerely,
Matt

*** This e-mail and any files transmitted with it are confidential. Its contents are intended solely for the recipient(s) indicated and may also be privileged. If you are not the intended recipient, you are hereby notified that disclosing, copying, distributing or taking any action in reliance on the contents of this e-mail is strictly prohibited. If you have received this e-mail in error, please delete this e-mail from your system and notify Cowan, DeBaets, Abrahams & Sheppard LLP immediately by e-mail at cdas@cdas.com. ***