# EXHIBIT "J"

216 592 2726

| PATTERN NO. *1717* | | | PATTERN NO. *1717* | | |
|---|---|---|---|---|---|
| **DATE & TIME** | **WEB #** | **RACKS** | **DATE & TIME** | **WEB #** | **RACKS** |
| FRIDAY 9-4-98 10:20 PM | 6001 | 400 | SAT. 10-17-98 1:30 AM | 6025 | 440 |
| Tu. 9/8/98-PM 3:00 | 6002 | 400 | TUES 10-20-98 12:30 AM | 6026 | 440 |
| We. 9/9/98-AM 8:45 | 6003 | 400 | We.10/21/98-AM 4:00 | 6027 | 335 |
| WED 9/9/98 11:10 PM | 6004 | 440 | THURSDAY 10-22-98 7:30 AM | 6028 | 431 |
| Th. 09/10/98 4:15 | 6005 | 440 | X X X X | X X | X X |
| FR. 09/11/98 9:30 am | 6006 | 440 | Mo.11/9/98-AM 10:45 | 6035 | 440 |
| TUES 9-29-98 11:45 pm | 6007 | 440 | mon 11-9-98 11:15 pm | 6036 | 440 |
| WED 9/30/98 8:45 PM | 6008 | 440 | TUES 11-10-98 7:30 PM | 6037 | 440 |
| Th. 10/1/98 3:15 PM | 6009 | 440 | WED. 11-11-98 11:45 pm | 6038 | 440 |
| Fri. 10/2/98- AM 9:45 | 6010 | 440 | TH 11/12/98 12:15 AM | 6039 | 440 |
| FRI 10/2/98 10:20 PM | 6011 | 440 | TH 11-12-98 6:20 PM | 6040 | 440 |
| mon 10-5-98 7:10 pm | 6012 | 440 | FRIDAY 11-13-98 8:30 p.m | 6041 | 440 |
| tu 10-6-98 1:15 PM | 6013 | 440 | Mo.11/16/98-PM 3:20 | 6042 | 440 |
| We.10/7/98- AM 7:10 | 6014 | 440 | tu 11/17/98 pm | 6043 | 440 |
| WED 10/7/98 8:50 PM | 6015 | 440 | WED 11-18-98 12:45 AM | 6044 | 440 |
| th. 10/08/98 4:00 pm | 6016 | 440 | TH. 11/19/98-AM 7:30 | 6045 | 440 |
| Fri. 10/9/98-PM 1:00 | 6017 | 440 | Th. 10/19/98 8:50 PM | 6046 | 440 |
| Mo.10/12/98- AM 8:15 | 6018 | 440 | FRIDAY 11-20-98 1:00 p.m | 6047 | 440 |
| mon 10-12-98 10:30 pm | 6019 | 440 | Mo.11/23/98-AM 8:15 | 6048 | 440 |
| Tu. 10/13/98- PM 4:50 | 6020 | 440 | MONDAY 11/22/98 9:35 p.m | 6049 | 440 |
| We.10/14/98-AM 10:30 | 6021 | 440 | Tu.11/24/98- PM 2:15 | 6050 | 440 |
| WED 10/14/98 11:45 | 6022 | 440 | WED 11-25-98 2:30 AM | 6051 | 440 |
| th. 10/15/98 4:45 pm | 6023 | 440 | WED 11/25/98 10:10 PM | 6052 | 440 |
| Fri. 10/16/98- AM 11:00 | 6024 | 440 | MONDAY 11-30-98 4:30 p.m | 6053 | 440 |

2/5/2008