# EXHIBIT "L"

# In The Matter Of:

*MALIBU TEXTILES, INC., v.*
*CAROL ANDERSON, INC & CABI, LLC,*

---

## RICHARD SAMUELS
*March 6, 2008*

---

## URBAN COURT REPORTING
*25 West 45th Street - Suite 900*
*New York, NY 10036*
*PH: 212-661-8260 / FAX: 212-692-9171*

SAMUELS, RICHARD - Vol. 1

RICHARD SAMUELS

Page 1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

----------------------------------------x

MALIBU TEXTILES, INC,


                Plaintiff,


                Civil Action No.

   -against-   07-CV-4780(SAS)

CAROL ANDERSON, INC and CABI, LLC,


                Defendants.


----------------------------------------x


              March 6, 2008

              10:15 a.m.


Deposition of RICHARD SAMUELS, taken by
Plaintiff, pursuant to Notice, at the offices of
Lazarus & Lazarus, 240 Madison Avenue, New York,
New York, before Jowell Falsetta, a certified
Shorthand Reporter and Notary Public within and
for the State of New York.

URBAN COURT REPORTING, INC.
212-661-8260

RICHARD SAMUELS

20 (Pages 74 to 77)

Page 74

1  RICHARD SAMUELS
2     A.  Whether the item was created
3  prior to or existed then, correct.
4     Q.  You did not know?
5     A.  I didn't know.
6     Q.  The letter goes on to read,
7  "Metritek and Company agree, that the works
8  referring to Exhibit A are works made for
9  hire for the company as that term is defined
10 in section 101 of the 1976 Copyright Act."
11    Do you see that?
12    A.  Yes.
13    Q.  The date that you executed
15 what was a work made for hire as that term
16 was defined in section 101 of the 1976
17 copyright act?
18    A.  No.
19    Q.  Do you have such an
20 understanding as you sit here today?
21    A.  Not fully, no.
22    Q.  What do you understand today to
23 be a work made for hire?
24    A.  I am not really sure what a work
25 made for hire is specifically.

Page 75

1  RICHARD SAMUELS
2     Q.  Are styles 2479 and 2351 works
3  made for hire?
4     A.  Again I am not sure.  No, I
5  don't know that.
6     Q.  The letter goes on to state that
7  into the extent that the works are determined
8  not to be works made for hire, Metritek
9  hereby irrevocably and perpetually assigns
10 and transfers ownership of all rights,
11 including but not limited to copyright in the
12 works throughout the world to the company,"
13 the sentence goes on.
14    Prior to your signature appearing on
15 this document, had you had a discussion as to
16 any portion of this letter with Mr. Jablan?
17    A.  No.
18    Q.  And prior to your signature
19 appearing on this document, had you had at
20 any time had a discussion with Mr. Jablan
21 concerning the statement in this letter that
22 the work 2351 and 2479 were works made for
23 hire?
24    A.  No.
25    Q.  Prior to your signing this

Page 76

1  RICHARD SAMUELS
2  letter, had you at any time had a discussion
3  with Mr. Jablan regarding the assignment of
4  the copyrights to Malibu Textiles by
5  Metritek?
6     A.  Typically anything created by
7  Metritek for us has always been under the
8  understanding that we were the ones to
9  copyright the patterns, that he did not.
10 Patterns that he gave us, Malibu Textiles had
11 the right to copyright.
12    Q.  Specifically at the moment with
13 respect to these documents in front of you
15 signature on this document, did you at any
16 time have a specific discussion with
17 Mr. Jablan concerning the assignment of
18 copyrights in these patterns to Malibu
19 Textiles by Metritek?
20    A.  I have not specifically
21 acknowledged that I spoke to him specifically
22 regarding these two patterns.
23    Q.  Now, after you signed this
24 document, to whom did you deliver it if
25 anyone?

Page 77

1  RICHARD SAMUELS
2     A.  I didn't deliver it to anyone.
3     Q.  Do you see that Mr. Jablan's
4  signature purports to be in the document on
5  the lower left-hand corner?
6     A.  Yes, I do.
7     Q.  And do you recognize that as
8  Mr. Jablan's signature?
9     A.  No, I never witnessed
10 Mr. Jablan's signature.
11    Q.  Did you ever at any time discuss
12 this document with Mr. Jablan?
13    A.  No, I don't believe so.
14    Q.  And do you know how Mr. Jablan's
15 signature came to be on the document?
16    A.  No, do I know how it got there?
17    Q.  Yes.
18    A.  I presume he signed it.
19    Q.  I apologize.  What I mean who
20 delivered this document to Mr. Jablan, do you
21 know?
22    A.  I would think that my attorneys
23 did.
24    Q.  You did not?
25    A.  I personally did not.

URBAN COURT REPORTING, INC.
212-661-8260

Page 78

    RICHARD SAMUELS
 1  
 2  Q.  Do you know if Mr. Irwin did?
 3  A.  I don't know but I don't believe
 4  so.
 5  Q.  The additional documents are the
 6  documents now marked as Samuels 1 and the
 7  document previously marked as Jablan 3.
 8  And I believe that you testified that
 9  with respect to these documents you have no
10  -- you had not seen them before?
11  A.  That is correct.
12  Q.  And with respect to the
13  statements appearing in each of these letters
14  to the effect that the Malibu Textiles and
15  Metritek agreeing that the work is a work
16  made for hire, am I correct that you have no
17  more or less knowledge as to that statement
18  with respect to the patterns described in
19  these letters than you had with respect to
20  2351?
21  A.  Correct.
22  Q.  So you do not know whether they
23  were or were not works made for hire?
24  A.  Correct.
25  Q.  And with respect to any specific

Page 79

    RICHARD SAMUELS
 1  
 2  discussions between yourself and Mr. Jablan
 3  concerning an assignment of copyrights in the
 4  patterns described in these letters which
 5  include now 2433, did you ever have a
 6  discussion with him specifically concerning
 7  the assignment of pattern 2433?
 8  A.  No.
 9  Q.  Do you know if Mr. Irwin did?
10  A.  I do not.
11  Q.  Do you know if Mr. Irwin ever
12  specifically had a discussion with Mr. Jablan
13  concerning the assignment of either 2479 or
14  2351?
15  A.  No.
16  Q.  Do you have or do you see that
17  the document of October 22, 2007 which has
18  been marked previously as Jablan 2 relates to
19  patterns 2479 as does the document now marked
20  as Samuels' 1?
21  A.  Correct, this relates to this
22  (indicating).
23  Q.  Just for clarity, am I correct
24  that Jablan 2, the letter of October 22
25  pertains to pattern known as 2479 and 2351?

Page 80

    RICHARD SAMUELS
 1  
 2  A.  Correct.
 3  Q.  And do you see that Samuels' 1
 4  also pertains to those same patterns?
 5  A.  Yes.
 6  Q.  Do you have any personal
 7  knowledge as to why there is a second letter
 8  signed off on by Mr. Jablan and by a
 9  representative of Malibu concerning patterns
10  2479, 2351?
11  A.  Why there is a second document?
12  Q.  Yes.
13  A.  I don't know.
14  Q.  Have you ever discussed either
15  of these documents with Mr. Irwin?
16  A.  No, I have not.
17  Q.  Since joining Malibu Textiles on
18  or about 1999 I think you said?
19  A.  Something like that.
20  Q.  Have you ever had a discussion
21  with Mr. Jablan concerning the ownership of
22  the copyright with respect to patterns knit
23  by Metritek for Malibu?
24  A.  Anyone in particular or just in
25  general?

Page 81

    RICHARD SAMUELS
 1  
 2  Q.  Any conversation at all, a
 3  specific conversation about ownership of
 4  copyrights with Mr. Jablan?
 5  A.  No, I don't believe so, no.
 6  Q.  How about any other
 7  representative of Metritek?
 8  A.  No, he would be the only one.
 9  MR. LAZARUS: Just give me a
10  second or two.  I have no further
11  questions at this time but there were
12  a couple of document requests that I
13  made and I would appreciate those
14  documents.
15  MR. KAPLAN: Can I speak to my
16  client before we close?
17  MR. LAZARUS: Sure.
18  (Off the record.)
19  (Mr. Kaplan and Mr. Samuels
20  have left the deposition room.)
21  (Continued on next page for
22  jurat.)