

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07 cv. 4780 (SAS)

MALIBU TEXTILES, INC.,

                    Plaintiff,

-against-

CAROL ANDERSON, INC., and CABI, LLC.,

                    Defendants.

————————————————————————

DEPOSITION OF ROBERT JABLIN

Tuesday, February 19, 2008
6100 Park of Commerce Boulevard
Boca Raton, Florida
11:35 a.m. - 2:50 p.m.

Page 6

1    A    LLLP.
2    Q    And can you tell me, please, what position
3 you have at Metritek?
4    A    I'm the owner.
5    Q    And in addition to being the owner, are
6 you an officer?
7    A    Yes.
8    Q    What office do you hold?
9    A    I believe president.
10    Q    And can you tell me, please, for how long
11 Metritek LLLP has been in existence.
12    A    Twenty-two years.
13    Q    And have you been the president of
14 Metritek LLLP for the 22 years?
15    A    Yes.
16    Q    Can you tell me, please, what the business
17 of Metritek is today.
18    A    Manufacturing of laces for intimate
19 apparel, lingerie and dress.
20    Q    And has it been in that same business for
21 the past 22 years?
22    A    Yes.
23    Q    And can you tell me what your day-to-day
24 responsibilities are today at Metritek.
25    A    Overseeing the entire running of the

Page 7

1 company.
2    Q    Can you tell me, please, what your duties
3 and responsibilities at Metritek were in 2002.
4    A    The same.
5    Q    Can you tell me, please, in 2002,
6 approximately how many employees Metritek had?
7    A    Seventy.
8    Q    And can you tell me by category,
9 administrative, warehouse --
10    A    No, I can't.
11    Q    -- how it's broken down?
12    A    No. I can't break that down.
13    Q    I want to show you a document that has
14 been marked as Jablin 4 and ask you if you have seen
15 that document before.
16    A    Yes.
17    Q    I want you with me, please, to turn to the
18 document that has a preprinted or is a preprinted
19 form, at the top of which is written "United States
20 District Court, Southern District of Florida."
21        Did you receive a copy of that form
22 sometime in late December, early January?
23    A    I believe so.
24    Q    And when you received that form, did you
25 see a rider to subpoena, that is two pages further

Page 8

1 on in the document in front of you?
2    A    Yes. I believe so.
3    Q    Did you have a chance to review the
4 Items 1, 2, 3, and 4 that are listed on the rider to
5 subpoena?
6    A    Yes.
7    Q    And in the context of these proceedings
8 this morning, have you brought any documents with
9 you responsive to Item 1, Item 2, Item 3, or Item 4
10 set forth in the rider to subpoena?
11    A    Yes.
12    Q    What have you brought?
13    A    Just the history of the patterns.
14    Q    May I see that, please.
15        Are these all separate documents?
16    A    Yes.
17        MR. LAZARUS:  Let's go off the record.
18        (Thereupon, a discussion was held off
19        the record.)
20        MR. LAZARUS:  I'm going to mark these then
21        as follows.  We will have the document that
22        begins with a designation style 34080/1307 as
23        Jablin 5, and I will describe that and then
24        give it to our reporter for her to mark.
25        The first page has typewritten style

Page 9

1 34080/1307.  And the next page says at the top
2 "Hope Industries, Inc., Gray Sample," and
3 refers to a style 34080 underneath a line
4 "Metritek/Louis."
5        The next page is a Metritek drafting order
6 dated February 11, 1992, referring to a
7 Drafting Order Number 238, underneath which is
8 written 34080.
9        And the next page is a color copy, at the
10 top of which is a sticker indicating Pattern
11 34080/1307.
12        And the last page is a black and white
13 copy at the base of which appears to be
14 written -- what appears to be the base -- the
15 number 121091.
16        And we will mark that as 5.
17        (Thereupon, Jablin Exhibit 5 was marked
18        for identification.)
19        MR. LAZARUS:  The next document will be
20 marked as Jablin 6, and it is a group of
21 documents, the first of which is a page, at the
22 upper left-hand corner of which is indicated
23 Style Number 35465/1468.
24        And the next page is a page at the upper
25 left-hand corner of which is indicated "Hope

Page 54

1  see that?
2      A    Yes.
3      Q    Tell me, please, what happened in June of
4  '02 that you are referring to when you refer to
5  Malibu commissioning the design.  What did they do?
6      A    What they would have done is --
7      Q    Not what they would have done, but what
8  did they do.  Do you have any specific recollection
9  as to the event you described in the opening
10  paragraph of this letter, that is Malibu
11  commissioning Metritek in June of '02?
12      A    Yes.  But we discussed that, regarding the
13  concept of the sketch and how this came about.
14      Q    Tell me what they did.  Tell me what
15  happened in June of '02.
16      A    I can't tell you it's definitely June of
17  '02.  I don't know that is the exact date.  But
18  they -- I would have sat down with either John or
19  Richard and -- to develop a new concept for a new
20  lace.  They would have given me the parameters that
21  they were looking for.
22          I then brought the parameters back here to
23  Metritek, gave them to my designer, and we generated
24  a sketch for their approval.  I do not recall if
25  there was one or there were changes made to them.

Page 55

1  But upon the finished sketch, we then proceeded with
2  the drafting and the order.
3      Q    Okay.  And when you signed this letter on
4  or about October 22, 2007, what did you mean when
5  you said that you, Metritek, were commissioned to
6  create this Exhibit A design?  What is it that you
7  meant, if you know, when you signed a letter that
8  said that the company commissioned you to create
9  this?
10      A    By giving me the order on the finished
11  pattern is commissioning me to go ahead with this
12  design.
13      Q    The order for the design or the order for
14  the knitting?
15      A    For the knitting.
16      Q    Now, who -- withdrawn.
17          The next paragraph says, "In exchange for
18  good and valuable consideration acknowledged as
19  received, Company Malibu commissioned Metritek to
20  create the original design specified in Exhibit A,
21  the work, which the company acknowledges Metritek
22  delivered to it."
23          Who created the design in Exhibit A, that
24  is Exhibit A?
25      A    Joe Polumbo.

Page 56

1      Q    When you signed this letter -- withdrawn.
2          In October of 2007, the second paragraph
3  states that Metritek and Company, Metritek and
4  Malibu "are agreed that the works are made for hire
5  for the Company, as that term is defined in Section
6  101 of the 1976 Copyright Act."  Do you see that?
7      A    Yes.
8      Q    Can you please tell me what the definition
9  of a work made for hire in the 1976 Copyright Act
10  is?
11      A    No.
12      Q    When you signed this letter in October of
13  2007, did you have an understanding as to what the
14  definition of a work made for hire was under the
15  Copyright Act of 1976?
16      A    Not a full understanding, no.
17      Q    What understanding did you have?
18      A    Just that we were -- we designed it and we
19  assigned the copyrights to them, that they have the
20  right to do it.  Other than that, I really don't get
21  involved in copyright law.
22      Q    But you signed a letter wherein you agreed
23  the works were made for hire under the Copyright Act
24  of 1976.
25          Am I correct that when you signed this

Page 57

1  letter, you didn't have a full understanding of what
2  that meant?
3      A    That is correct.
4      Q    Did you have any understanding --
5      A    No.
6      Q    -- of what that meant?
7      A    No.  Sorry.
8      Q    And is there a reason, sir, that you would
9  sign a letter reflecting an agreement with respect
10  to something that you didn't have any understanding?
11      A    Yes.
12      Q    And what is the reason?
13      A    To allow my customer to defend the
14  copyrights.
15      Q    So that in order to facilitate Malibu's
16  prosecution in fact of this copyright claim, you
17  signed a letter with respect to which at least this
18  sentence you really didn't know what you were
19  signing?
20      A    I knew what I was signing.  I don't know
21  what this is about.
22      Q    Now, the letter goes on to state that "to
23  the extent that the works are determined not to be
24  works made for hire, Metritek hereby irrevocably and
25  perpetually assigns and transfers ownership of all

Page 58

1  rights, including but not limited to copyright in
2  works throughout the world to the Company and
3  expressly waive any artist's rights or moral rights
4  Metritek might have in the works."
5         Do you see that?
6      A  Yes.
7      Q  Prior to October 22, 2007, and with
8  respect to the assignment of the copyright in this
9  pattern to Metritek -- to Malibu, can you tell me
10 all of the discussions that you had about assigning
11 the copyright to Malibu.
12     A  There were no discussions.  This is
13 something that is done with my company and all my
14 customers.
15     Q  Did you ever have a discussion with Malibu
16 about the assignment and transfer of the copyright
17 in the pattern which is attached as Exhibit A to
18 Malibu -- to this letter?
19     A  I'm sorry.  Can you --
20     Q  Yes.  I apologize.
21        Prior to October 22, 2007, did you ever
22 have a specific discussion with Malibu wherein
23 Malibu assigned the -- withdrawn -- wherein Metritek
24 assigned the copyright in the Pattern 2479/1088 to
25 Malibu?

Page 59

1      A  There were no conversations, because this
2  is the way we run our company and have run it for
3  years.  What we design for our customers is done on
4  an exclusive basis, and upon giving us the order for
5  the sketch, to the artwork that we did for them,
6  they have the right to copyright the design, as long
7  as we get all the knitting on the pattern.
8      Q  And did you ever have a discussion with
9  Malibu wherein that was the specific agreement that
10 you reached with Malibu?
11     A  If there was a conversation, it was years
12 ago, because this is the agreement I have with every
13 customer.
14     Q  Metritek does register some copyrights on
15 its own, doesn't it?
16     A  No.
17     Q  You are sure?
18     A  Yes.
19     Q  Prior to October 22, 2007, did Metritek
20 have an understanding that the works that were
21 created by Metritek for Malibu were works made for
22 hire?
23     A  I'm sorry.  I don't understand the
24 question.
25        MR. LAZARUS:  Can we read it back.

Page 60

1         (Thereupon the question was read back by
2      the reporter.)
3         THE WITNESS:  Could you explain, please.
4  BY MR. LAZARUS:
5      Q  No.  You don't understand the question?
6  I'm referring to whether or not you had an agreement
7  with Malibu that the works that were created by
8  Metritek for Malibu were works made for hire.
9      A  When you say works made for hire, can you
10 explain that.  It's a legal term.
11     Q  What it says in this letter, referring to
12 the October 2, 2007 letter.  Did you have such an
13 agreement with Malibu?
14     A  I had the agreement that I stated to you
15 with Malibu, that all of my customers, including
16 Malibu, have the right to copyright the artwork once
17 we have gotten the original order.
18     Q  Is it once you've gotten the original
19 order or for so long as you get all the knit work?
20     A  It's a combination, and it's an
21 understanding that I have with every customer.
22     Q  Tell me exactly what the understanding is.
23     A  That anything that we design and create,
24 our customer has the right to copyright it and
25 defend it, but we get all of the knitting regarding

Page 61

1  the pattern.
2      Q  And if you don't?
3      A  If we don't, then I have a problem with
4  the customer that we take up separately.
5      Q  Is it a problem with the copyright or is
6  it a problem with the customer?
7      A  With the customer.
8      Q  Because the copyright is given away?
9      A  That's correct.
10     Q  And this is an understanding, sir, that
11 you had for years back with Malibu?
12     A  With Malibu and all my customers.
13     Q  Can you tell me, please, why it doesn't
14 say that in this letter of October 22, 2007?
15     A  I don't know.  I didn't write the letter.
16     Q  You signed it.
17     A  I signed it.  I didn't write it.
18     Q  So the letter is not accurate?
19     A  I didn't say that.
20     Q  Well, we looked at the first sentence, and
21 the first sentence deals with this notion of works
22 made for hire, with respect to which I asked you
23 when you made that agreement, and --
24     A  The agreement, as I've said to you many
25 times already, has been done for years.  The legal

Page 74

1    Q   Who explained it to you?
2    A   Nancy.
3    Q   What did she explain to you?
4    A   I don't recall.
5    Q   You have no idea?
6    A   No.  Because I cannot sit here and quote
7  the legal terminology back to you.
8    Q   What did she tell you in terms of the
9  reason she required the different letter?
10   A   It was explained to me and I don't recall,
11  sir.
12   Q   As you sit here today, do you know what
13  the difference is in terms of the earlier letter,
14  which is Bates stamped P7, and the later letter of
15  1/28/08, which is Bates stamped P132?
16   A   No.
17   Q   With respect to the January 28, 2008
18  letter, P132, and specifically with respect to the
19  June 2002 commissioned date, can you tell me,
20  please, what happened on that day.
21      I'm looking -- I'm sorry.
22   A   Well, I can tell you, but I have to find
23  the papers.
24      We were given the project of creating a
25  new pattern.

Page 75

1    Q   And who gave you that project?
2    A   It was either John -- most likely John,
3  but it may have been Richard.
4    Q   And that was in a conversation that we've
5  talked about?
6    A   Yes.
7    Q   And do you recall what he said to you in
8  that conversation?
9    A   It's the same thing that we repeated now
10  several times about the same pattern, about creating
11  a pattern.
12   Q   In any of the conversations relative to
13  2479/2351, did you ever say to Mr. Irwin or
14  Mr. Samuels or to Malibu, anyone at Malibu, that you
15  assigned the copyrights in the pattern to them?  Did
16  you ever say those words to them?
17   A   No.  I didn't have to.
18   Q   Is there any document with respect to any
19  of the patterns that we have discussed here today
20  other than the letters of October 22, 2007 and
21  January 28, 2008, wherein you purport to assign a
22  copyright to them?
23   A   There are no documents, but I can get you
24  legal letters if you want from every one of my
25  customers who has the understanding that I explained

Page 76

1  to you earlier.
2    Q   And the understanding is what?
3    A   That any artwork that I design, any
4  sketches that we do, they have the full right to
5  copyright them worldwide, providing I get the
6  knitting.
7    Q   And this pattern, this pattern meaning
8  Patterns 2479 and 2351, who created those patterns?
9    A   We did, sir.  Joe Polumbo.
10   Q   And with respect to Patterns 2479/2351,
11  what happens if it is determined that these works
12  are not made -- are not works for hire under the
13  Copyright Act, in terms of the ownership of the
14  copyrights?
15   A   Again, I'll refer back to my same answer
16  as you asked me on the other letter.
17   Q   And that was what?
18   A   I don't recall.  I can tell you exactly
19  one thing, is that I will keep repeating the same
20  thing.  I don't understand the legal aspects of it.
21  I don't understand the -- you are constantly trying
22  to catch me on legal wording.
23      The understanding is exactly what I've
24  explained to you with every one of my customers that
25  I have had for the last 22 years in this business

Page 77

1  and 25 years in my father's business, that the
2  copyrights, they are assigned to them.  They have
3  the right to copyright and defend worldwide any
4  styles that we create for them.
5      That is plain wording.  I can't tell you
6  how you word that legally.
7    Q   Did you have a lawyer look at these
8  letters of 1/28/08 before you signed them?
9    A   No.
10   Q   How about the October 22, 2007 letter?
11   A   I believe so.
12   Q   And he looked at that before you signed
13  it?
14   A   I believe so.
15   Q   And his name is?
16   A   Marvin Gutter.
17   Q   Where is he?
18   A   He's here in town.
19   Q   On the return of the transcript, if I can
20  get his name and phone number.
21   A   But I don't recall if I actually sent it
22  to him.  I remember speaking to him about it.
23   Q   Is there any written policy of Metritek
24  pertaining to the ownership of the copyrights?
25   A   No, sir.