# EXHIBIT A



CABI/MALIBU0502

LEVIAN BROS. INC. DBA
fabricland L.A.
1700 S. Wall Street Los Angeles, California 90015
Tel : (213) 748-1100 Fax : (213) 748-4777
E-mail : fabriclandla@sbcglobal.net

ITEM NO : #DSCR-0045
ARTICLE :
WIDTH : 52/54 INCH
WEIGHT : 150~160 GR/YD
COMPOSITION :
N/R/Sp = 50/38/12%

1@1

white

black

BESTRO CORP.

13-422-0980

1 of 2 pages (3 lace fabrics)

@ light brown

| ITEM NO. | | DESIGN NO. | R/YD |
|---|---|---|---|
| COMPOSITION | HG-2031 For #3½ | | |
| WIDTH | NYLON 92% SPAN 8% WIDTH: 54/56" | | |
| PRICE | WEIGHT: 160GR/YD | | |
| REMARKS | PAND: P.RO<LF/S:O.RO> | | |

CAB1/MALIBU0503

Block ___

Bob Pink ___

(2/2)

Bestla Corp
43-422-0780

CABI/MALIBU0504

| ITEM NO. | DESIGN NO. | | |
|---|---|---|---|
| HG-2031R | | | CAB1/MALIBU0505 |
| COMPOSITION | NYLON 81% R 19% | | |
| WIDTH | WIDTH:54/56" | | |
| PRICE | WEIGHT:140GR/YD | | |
| REMARKS | PAND:P.WQ<LF/S.O.WQ> | | GRYD |

BESTRO CORP
Y13-422-0780
Inv# 2 page (5 lace fabrics)
brown & silver



red+silver ___   cream ___   burnt white (goldish) ___   black+silver ___

Bestro Corp
213-422-0780

CABI/MALIBU0506