# EXHIBIT A





CABI/MALIBU0507

LEVIAN BROS. INC. DBA

1700 S. Wall Street Los Angeles, California 90015
Tel : (213)748-1100 Fax : (213)748-477?
E-mail : fabriclandla@sbcglobal.net

1 & 4 pages (3 lace fabrics)

ITEM NO : #DSNR-1334
ARTICLE :
WIDTH : 52/54" INCH
WEIGHT : 180 GR/YD
COMPOSITION :
N/R/sp = 60/33/4%

CABI/MALIBU0521

EXPO INT'L

Crochet World
Expo Int'l
Office: (213) 627-7072
Fax: (213) 627-7075

110 E. 9th Street, Suite B-724
Los Angeles, CA 90079, USA
crochetworld@sbcglobal.net

Dear PETRA !!

Date : AUG 10TH 2007

THIS PARTICULAR ITEM,
YOUR ORIGINAL SWATCH WAS PINK COLOR
I AM SENDING BLUE BECAUSE THERE IS NO PINK
COLOR SWATCH AVAILABLE.
BUT IF YOU STILL INSIST TO GET PINK SWATCH ?
PLEASE,ADVISE
WE'LL DYE TO PINK FOR YOU

Thank you

Best regards

Byung min
Expo international.

1 of 2 pages 1 light blue fabric.

CABI/MALIBU0522

2 of 2 pages

light blue

EXPO

EXPO INT'L

# 2F DONG WON ASSEMBL HOUSE BD#112-1 INUI-DONG JONGNO-GU S/K.

page 1&2 (1 fabric)

CABI/MALIBU00525

# BU YOUNG TEXTILE CO., LTD.

BUYOUNG TEXTILE CO., LTD. BUYOUNG TEXTILE CO., LTD. BUYOUNG TEXTILE CO., LTD. BUYOUNG TEXTILE CO., LTD. BUYOUNG TEXTILE CO., LTD.



page 1061 (fabric) CABI/MALIBU0527 light brown white

