# EXHIBIT B

**Trimax**

2-12

(2-13) * Review Malibu Lace - Maria

2-13
Sending
Picture to
Compare



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MALIBU TEXTILES, INC.                                    Index No: 07 CV 4780 (SAS)

                              Plaintiff,                              Judge Scheindlin

   -*against*-

CAROL ANDERSON, INC., and CABI, LLC,

                              Defendants.
-----------------------------------------------------------------X


## **AFFIDAVIT OF PETRA FARQUHAR**


LAZARUS & LAZARUS, P.C.
*Attorneys for Defendants*
240 Madison Avenue, 8th Floor
New York, New York 10016
Tel. (212) 889-7400