UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

MALIBU TEXTILES, INC.,

Index No.: 07cv4780 (SAS)

Plaintiff,

-against-                              Judge Scheindlin

CAROL ANDERSON, INC. and
CABI, LLC,

Defendants.
-------------------------------------------------------------X
STATE OF NEW YORK      )
                       )SS.:
COUNTY OF NEW YORK  )

Carissa A. Schumacher, being duly sworn, deposes and says:

I am not a party to this action, I am over the age of 18 years and I reside in Hudson County, New Jersey.

On May 7, 2008, I delivered by first class mail true copies of the following document(s): *(i)* DEFENDANTS' MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFF'S MOTION; *(ii)* DEFENDANTS' STATEMENT PURSUANT TO RULE 56.1; *(iii)* DECLARATION OF HARLAN M. LAZARUS, ESQ. IN OPPOSITION TO PLAINTIFF'S MOTION; & *(iv)* AFFIDAVIT OF PETRA FARQUHAR; enclosed in a sealed pre-paid wrapper for delivery, by depositing said true copies into an official depository under the exclusive care and custody of the United States Postal Service located within this City and State addressed to the following:

**COWAN, DEBAETS, ABRAHAMS & SHEPPARD, LLP**
41 Madison Avenue, 34th Floor
New York, New York 10010
**Attention: MATTHEW A. KAPLAN**
**NANCY E. WOLFF**

Carissa A. Schumacher

Sworn to before me this
7th day of May, 2008

_____
Notary Public

GILBERT A. LAZARUS
Notary Public, State of New York
No. 02LA4966885
Qualified in New York County
Commission Expires May 21, 2010