UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X
MALIBU TEXTILES, INC., :  07 Civ. 4780 (SAS)(HBP)
  :
                Plaintiff, :  **ORDER**
  :
    - against - :
  :
CAROL ANDERSON, INC. et al., :
  :
                Defendants. :
------------------------------------X

**WHEREAS**, Plaintiff Malibu Textiles, Inc. sought leave to file a Third Amended Complaint to add additional defendants and to conform the pleadings to the evidence; and

**WHEREAS**, at a May 12, 2008 telephone conference, the Court found good cause to grant Malibu Textiles, Inc. leave to file a Third Amended Complaint;

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1. Plaintiff Malibu Textiles, Inc. is granted leave to file its Third Amended Complaint; and

2. Plaintiff Malibu Textiles, Inc. shall serve the Third Amended Complaint upon Defendant's counsel by Thursday, May 15, 2008.

3. Defendants' answer to the Third Amended Complaint is due on or before Wednesday, June 4, 2008.

SO ORDERED:

_May 13, 2008_      _/s/ Shira A. Scheindlin_
Date                                  Shira A. Scheindlin, U.S.D.J.

{A062030.DOC\1}