```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
MALIBU TEXTILES, INC.,              :

                Plaintiff,          :    07 Civ. 4780 (SAS)(HBP)

    -against-                       :    ORDER

CAROL ANDERSON, INC., et al.,       :

                Defendants.         :
-----------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-15-08

PITMAN, United States Magistrate Judge:

A conference having been held on May 14, 2008 during which various scheduling and discovery issues were discussed, for the reasons stated on the record in open court, it is hereby ORDERED that:

    1. The deadline for the completion of all discovery is extended 90 days until August 12, 2008.

    2. No later than May 28, 2008 defendants are to produce all documents (including, but not limited to, paper documents and information stored in electronic or optical form) that Mr. Ko relied on or considered in producing defendants' summary charts.

    3. No later than May 28, 2008, counsel for defendants is to produce all documents used to generate the chart annexed to defendants' response to plaintiff's first set of interrogatories. Pending further Order of

the court or an agreement among the parties, the only persons permitted access to these documents shall be plaintiff's outside counsel and any specially retained experts.

Dated: New York, New York
May 15, 2008

SO ORDERED

HENRY PITMAN
United States Magistrate Judge

Copies transmitted to:

Nancy E. Wolff, Esq.
Matthew A. Kaplan, Esq.
Cowan, DeBaets, Abrahams & Sheppard LLP
34th Floor
41 Madison Avenue
New York, New York  10010

Harlan M. Lazarus, Esq.
Lazarus & Lazarus, P.C.
240 Madison Avenue
New York, New York  10016