```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/19/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MALIBU TEXTILES, INC.,                    X
            Plaintiff,                :

   - against -                                :   07 Civ. 4780 (SAS)(HBP)

CAROL ANDERSON, INC. et al.,         :
            Defendants.         X

## REVISED SCHEDULING ORDER

      WHEREAS, the Court entered a Scheduling Order on July 25, 2007 following the parties Fed. R. Civ. P. 16(b) Conference and entered Revised Scheduling Orders on November 14, 2007 and December 26, 2007;

      WHEREAS, by Order dated May 13, 2008, Plaintiff Malibu Textiles, Inc. was granted leave to file a Third Amended Complaint; and

      WHEREAS, by Order dated May 15, 2008, the close of discovery has been extended until August 12, 2008;

      NOW, THEREFORE, IT IS ORDERED THAT the following sections of the December 26, 2007 Revised Scheduling Order are amended as follows:

(3)    a schedule including:

    (e)    the date by which plaintiff will supply its pre-trial order matters to defendant;

Plaintiff will supply its pre-trial order matters to defendant by ~~Friday~~ [Monday], September ~~12~~ [8], 2008 unless summary judgment motions have been filed on or before said date.

    (f)    the date by which the parties will submit a pre-trial order in a form conforming with the Court's instructions together with trial briefs and either (1) proposed findings of fact and conclusions of law for a non-jury trial, or (2) proposed voir dire questions and proposed jury instructions, for a jury trial; and

The parties will submit a pre-trial order together with trial briefs and proposed voir dire questions and proposed jury instructions by ~~Monday, October 6~~, 2008 [Friday, September 26,] unless summary judgment motions are pending.

{A062063.DOC/1}

    **(g)**    a space for the date for a final pre-trial conference pursuant to Fed. R. Civ. P. 16(d), to be filled in by the Court.

*June 25, 2008, at 4:30pm*

SO ORDERED: *5/19/08*
/Date

*[signature]*
Shira A. Scheindlin, U.S.D.J.

{A062063.DOC/1}

2