# COWAN, DEBAETS, ABRAHAMS & SHEPPARD LLP
### ATTORNEYS AT LAW

PHILIP M. COWAN (1943-2001)
HOWARD ABRAHAMS (1945-1996)

FREDERICK P. BIBLER
TOBY M. J. BUTTERFIELD
AL J. DANIEL, JR.
TIMOTHY J. DEBAETS
ROBERT I. FREEDMAN
ELLIS B. LEVINE
MITCHELL E. RADIN
ROBERT L. SEIGEL
J. STEPHEN SHEPPARD
RALPH J. SUTTON*
KENNETH N. SWEZEY
DAVID BRUCE WOLF
NANCY E. WOLFF

ZEHRA J. ABDI
LISA K. DIGERNES
MATTHEW A. KAPLAN°
M. KILBURG REEDY
MASON A. WEISZ

OF COUNSEL:
ANNE C. BAKER
JUDITH A. BRESLER
JERROLD B. GOLD
ALBERT GOTTESMAN
ROGER E. KASS
MICHAEL D. REMER
ROBERT F. VAN LIEROP

CORRESPONDENT FIRM:
DONALDSON & HART
9220 SUNSET BLVD. STE. 224
LOS ANGELES, CA 90069
(310) 273-8394

*ALSO ADMITTED IN CA & DC
°ALSO ADMITTED IN NJ
+ALSO ADMITTED IN AR & DC

October 31, 2007

**VIA FIRST CLASS MAIL AND E-MAIL TO hmllaw@att.net**
Harlan M. Lazarus, Esq.
Lazarus & Lazarus, P.C.
240 Madison Avenue
New York City, New York 10016

Re: **Malibu Textiles, Inc. v. Carol Anderson, Inc. et al.**
**Docket No. 07-cv-4780 (SAS)**

Dear Harlan:

Enclosed are Plaintiff's Objections and Responses to Defendants' Combined First Request for Production of Documents. The documents, bated numbered P00001 through P00125, will be sent under separate cover via first class mail.

Please note that we included copies of original documents regarding the creation of the lace designs at issue in our response (*see e.g.*, P00002 through P00006, P000009). If you wish to see the originals (some of which are old and fragile), we can make them available for your inspection at our offices at a mutually agreeable time.

Finally, we did not respond to any of the interrogatories that were disguised as Document Requests because the interrogatories violate S.D.N.Y. Local Civil Rule 33.3, which limits the use of interrogatories during discovery.

Very truly yours,

Matthew A. Kaplan

Enclosures
MAK/ms
cc: Nancy E. Wolff, Esq. (w/o encl.)

41 MADISON AVENUE - 34TH FLOOR, NEW YORK, NEW YORK 10010
TEL: (212) 974-7474   FAX: (212) 974-8474   WEB: www.cdas.com   E-MAIL: cdas@cdas.com

{A060800.DOC.1}

# PARIS LACE, INC.

1500 Main Avenue
Clifton, New Jersey 07011
Tel.: 1 (973) 478 9035
N.Y.: 1 (212) 564 1826
Fax.: 1 (973) 478 9186



**To:** JOHN IRWIN        **From:** Joe Dickinson

**Fax:**                  **Pages:**

**Phone:**                **Date:**

**Re:**                   **CC:**

☐ Urgent    ☐ For Review    ☐ Please Comment    ☐ Please Reply    ☐ Please Recycle

● Comments:

JOHN -
THIS IS ORIGINAL SKETCH AND DRAFT DONE FOR LINFALLS / PARIS LACE IN SEPT - 1998 BY - YOLANDA KRAMM - (BRAZIL).
CALL ME
JOE

P 00001



## COWAN, DEBAETS, ABRAHAMS & SHEPPARD LLP
### ATTORNEYS AT LAW

FREDERICK P. BIMBLER
TOBY M. J. BUTTERFIELD
AL J. DANIEL, JR.+
TIMOTHY J. DEBAETS
ROBERT I. FREEDMAN
ELLIS B. LEVINE
MITCHELL E. RADIN
ROBERT L. SEIGEL
J. STEPHEN SHEPPARD
RALPH J. SUTTON*
KENNETH N. SWEZEY
DAVID BRUCE WOLF
NANCY E. WOLFF

ZEHRA J. ABDI
LISA K. DIGERNES
MATTHEW A. KAPLAN□
M. KILBURG REEDY
MASON A. WEISZ

PHILIP M. COWAN (1943-2001)
HOWARD ABRAHAMS (1945-1996)

OF COUNSEL:
ANNE C. BAKER
JUDITH A. BRESLER
JERROLD B. GOLD
ALBERT GOTTESMAN
ROGER E. KASS
MICHAEL D. REMER
ROBERT F. VAN LIEROP

CORRESPONDENT FIRM:
DONALDSON & HART
9220 SUNSET BLVD. STE. 224
LOS ANGELES, CA 90069
(310) 273-8394

*ALSO ADMITTED IN CA & DC
□ALSO ADMITTED IN NJ
+ALSO ADMITTED IN AR & DC

January 25, 2008

**VIA E-MAIL TO hmllaw@att.net**
Harlan M. Lazarus, Esq.
Lazarus & Lazarus, P.C.
240 Madison Avenue
New York City, New York 10016

Re:  **Malibu Textiles, Inc. v. Carol Anderson, Inc. et al.**
     **Docket No. 07-cv-4780 (SAS)**

Dear Mr. Lazarus:

Attached are documents Bates Numbered P 00126 through P 00128 regarding Malibu Textiles, Inc.'s acquisition of copyright rights in Lace Pattern No. 1967 from Paris Lace Inc.

Very truly yours,

Matthew A. Kaplan

Enclosures
MAK/ms
cc:  Nancy E. Wolff, Esq. (w/o encl.)

```
                                                                       1
         81MSMALIBU
 1       UNITED STATES DISTRICT COURT
 1       SOUTHERN DISTRICT OF NEW YORK
 2       ------------------------------x
 2
 3       MALIBU TEXTILES, INC.,
 3
 4                    Plaintiff,
 4
 5              v.                              07 Civ. 4780
 5
 6       CAROL ANDERSON, INC., et al.,
 6
 7                    Defendants.
 7
 8       ------------------------------x
 8
 9                                              January 22, 2008
 9                                              11:15 a.m.
10
10       Before:
11
11                       HON. SHIRA A. SCHEINDLIN,
12
12                                              District Judge
13
13                            APPEARANCES
14
14       COWAN, DeBAETS, ABRAHAM & SHEPPARD LLP
15            Attorneys for Plaintiff
15       BY:  NANCY E. WOLFF
16            MATTHEW A. KAPLAN
16
17       LAZARUS & LAZARUS, P.C.
17            Attorneys for Defendants
18       BY:  HARLAN M. LAZARUS
18
19
19
20
20
21
21
22
22
23
23
24
24
25
25
                       SOUTHERN DISTRICT REPORTERS, P.C.
                                (212) 805-0300
```

```
                                                                  12
     81MSMALIBU
 1              Anyway, you want to go on, then, to the second pattern
 2   or the remaining pattern?
 3              MR. LAZARUS:  The second pattern is the Paris Lace
 4   pattern with respect to which in document discovery I was given
 5   a Paris Lace letter, which is undated, and it reads -- and it's
 6   handwritten so I may have the name wrong.  I don't know if it's
 7   Joan or Johns, but "Joan, this is the original sketch and draft
 8   done for Finfalls Paris --"
 9              THE COURT:  For what?
10              MR. LAZARUS:  It appears to be "Finfalls/Paris Lace in
11   September 1998 by Yolanda Kram (Brazil)."
12              This letter, which is not commented on in Friday's
13   letter, further attenuates the copyright because this is the
14   sketch that wasn't even done for the plaintiff by a third
15   party, it was done for Paris Lace by the third party and we
16   don't know how it got to plaintiff.  There is no assignment.
17   There is a claim that it was a work for hire but it would
18   appear if it was a work for hire it was a work for hire
19   commissioned by Paris Lace to Yolanda Kram.  I am entitled to
20   discovery on the facts pertaining to both the creation of the
21   pattern and this chain from Yolanda to Paris to Malibu.  That
22   is what I sought discovery on and again I have served the
23   subpoenas.
24              Just quickly, your Honor, the third pattern I have
25   asked for because of the prior scheduling order I asked for in
                      SOUTHERN DISTRICT REPORTERS, P.C.
                                (212) 805-0300
```