**Matthew Kaplan**

**From:** Nancy Wolff [nwolff@cdas.com]
**Sent:** Friday, March 14, 2008 12:10 PM
**To:** 'harlan lazarus'; hmllaw@att.net
**Cc:** 'Matthew Kaplan'; 'Carissa Schumacher'
**Subject:** RE: Malibu Textiles, Inc. v. Carol Anderson, Inc., et al. URGENT

I am not in the office today. It has a N1 on the corner

Nancy E. Wolff
COWAN, DEBAETS, ABRAHAMS & SHEPPARD LLP
41 Madison Avenue, 34th Floor | New York, NY 10010
T. +1 212.974.7474 | F. +1 212.974.8474
nwolff@cdas.com | www.cdas.com

---

**From:** harlan lazarus [mailto:harlan.lazarus@gmail.com]
**Sent:** Friday, March 14, 2008 9:52 AM
**To:** 'Nancy Wolff'; hmllaw@att.net
**Cc:** 'Matthew Kaplan'; Carissa Schumacher
**Subject:** RE: Malibu Textiles, Inc. v. Carol Anderson, Inc., et al. URGENT

PLEASE IDENTIFY BY RETURN E MAIL THE DOCUMENT PRESENTED AT MEDIATION PURPORTING TO BE A COPY OF THE "ORIGINAL" SKETCH. HML

**From:** Deborah Mays [mailto:dmays@cdas.com] **On Behalf Of** 'Nancy Wolff'
**Sent:** Thursday, March 13, 2008 6:16 PM
**To:** hmllaw@att.net
**Subject:** Malibu Textiles, Inc. v. Carol Anderson, Inc., et al.

We emailed this file to you, but it was returned. Please click on the embedded link to download.

http://www.yousendit.com/download/a0YzQ1ZndWMwVW5IRGc9PQ

**Matthew Kaplan**

**From:** Alexis N. Mueller [amueller@cdas.com]
**Sent:** Thursday, March 06, 2008 10:20 AM
**To:** mkaplan@cdas.com
**Subject:** FW: Você recebeu 7 imagem(ns)
**Attachments:** Digitalizar0005.jpg; Digitalizar0004.jpg; Digitalizar0006.jpg; Digitalizar0002.jpg; Digitalizar0007.jpg; Digitalizar0008.jpg; Digitalizar0009.jpg

COWAN, DEBAETS, ABRAHAMS & SHEPPARD LLP

**From:** Consul Kramm [mailto:consulkramm@terra.com.br]
**Sent:** Wednesday, March 05, 2008 2:34 PM
**To:** amueller@cdas.com
**Subject:** Você recebeu 7 imagem(ns)

Sehr geehrter Herr Mueller,
anbei die Antwort auf Ihre Fragen.

Mit freundlichen Gruessen
Jolanda Kramm

HP Photosmart Essential - Inteligente, Simples e Rápido!
Descubra o poder da sua impressora para fazer fotos.
Faça download da sua cópia em menos de um minuto no endereço:
http://www.hp.com.br/izeplugin

P 000145



Alexis N. Moeller
COWAN, DEBAETS, ABRAHAMS & SHEPPARD LLP
41 Madison Avenue 34th Floor
New York 10010

Cuiaba - MT 05.03.2008

Dear Sir,

In order to answer your questions received by e-mail on march 03,2008 here my answers:

1. I designed the sketch M1
2. As I remember this sketch is original
3. I don't have the date or year when the sketch was created
4. I still have a copy, the chain reading and the lay-out
5. Sketch,lay-out and chain reading were paid by Rolf Möller, Linfalls
6. I don't remember anything special
7. The initials are not mine. I always sign JK.

In the hope that I could help you

Jolanda Kramm