

P 000148