

P 000150

