## PROOF OF SERVICE

Deborah Mays, being duly sworn, deposes and states as follows:

1. The statements made herein are true of my own personal knowledge. If called upon to testify, I could and would testify competently thereto.

2. I am employed in the County of New York, State of New York. I am over the age of 18 and not a party to this action. My business address is 41 Madison Avenue, 34th Floor, New York, New York 10010.

3. On May 21, 2008, I served the attached

   **PLAINTIFF MALIBU TEXTILES, INC.'S REPLY MEMORANDUM IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO LIABILITY FOR COPYRIGHT INFRINGEMENT;**

   **SUPPLEMENTAL DECLARATION OF MATTHEW A. KAPLAN; and**

   **PLAINTIFF MALIBU TEXTILES, INC.'S RESPONSE TO DEFENDANTS' COUNTER STATEMENT OF UNDISPUTED MATERIAL FACTS PURSUANT TO L.CIV.R. 56.1**

by ECF and First Class Mail upon:

> Harlan M. Lazarus, Esq.
> Lazarus & Lazarus, P.C.
> 240 Madison Avenue
> New York, New York 10016
> hmllaw@att.net

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed at New York, New York on this 21st day of May, 2008.

_Deborah Mays_
DEBORAH MAYS