UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

MALIBU TEXTILES, INC.,

                       Plaintiff,

-against-

CAROL ANDERSON, INC., CABI, LLC,
PINK VAN ENTERPRISES, LLC AND
CAROL ANDERSON

                       Defendants.
------------------------------------------------------------X

Index No.: 07cv4780 (SAS)

Judge Scheindlin

STATE OF NEW YORK    )
                                )SS.:
COUNTY OF NEW YORK  )

      Carissa A. Schumacher, being duly sworn, deposes and says:

      I am not a party to this action, I am over the age of 18 years and I reside in Hudson County, New Jersey.

      On June 4, 2008, I delivered by first class mail true copies of the following document(s): ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANTS TO PLAINTIFF'S THIRD AMENDED COMPLAINT; enclosed in a sealed pre-paid wrapper for delivery, by depositing said true copies into an official depository under the exclusive care and custody of the United States Postal Service located within this City and State addressed to the following:

                **COWAN, DEBAETS, ABRAHAMS & SHEPPARD, LLP**
                41 Madison Avenue, 34th Floor
                New York, New York 10010
                **Attention: MATTHEW A. KAPLAN**
                              **NANCY E. WOLFF**

_____
                Carissa A. Schumacher

Sworn to before me this
4th day of June, 2008

_____
   Notary Public

HARLAN M. LAZARUS
Notary Public, State of New York
No. 31-4723982
Qualified in New York County
Commission Expires February 28, 2011