

| COWAN | 41 MADISON AVENUE | MATTHEW A. KAPLAN |
| DEBAETS | NEW YORK, NY 10010 | 212 974 7474 ext 1933 |
| ABRAHAMS & | t: 212 974 7474 | mkaplan@cdas.com |
| SHEPPARD LLP | f: 212 974 8474 | |
| | www.cdas.com | |

FREDERICK P. BIMBLER
TOBY M.J. BUTTERFIELD
AL J. DANIEL, JR.*
TIMOTHY J. DEBAETS
ROBERT I. FREEDMAN
ELLIS B. LEVINE
MITCHELL E. RADIN
ROBERT L. SEIGEL
J. STEPHEN SHEPPARD
KENNETH N. SWEZEY
DAVID BRUCE WOLF
NANCY E. WOLFF+

ZEHRA J. ABDI
LISA K. DIGERNES
MATTHEW A. KAPLAN*
ALEXIS N. MUELLER
M. KILBURG REEDY
MASON A. WEISZ+

OF COUNSEL:
ANNE C. BAKER
ANDREA F. CANNISTRACI
JERROLD B. GOLD
ALBERT GOTTESMAN
ROGER E. KASS
MICHAEL D. REMER

SPECIAL COUNSEL:
SUSAN H. BODINE

PHILIP M. COWAN
(1943-2001)
HOWARD ABRAHAMS
(1945-1996)

* Also Admitted in NJ
+ Also Admitted in CA
● Also Admitted in AR & DC
† Also Admitted in CA & PA

JUNE 23, 2008

**VIA FACSIMILE (212) 805-7920**

Honorable Shira A. Scheindlin, U.S.D.J.
United States District Court, Southern District of New York
500 Pearl Street, Room 1620
New York, New York 10007

Re:   Malibu Textiles, Inc. v. Carol Anderson, Inc. et al.
      Docket No. 07 Civ. 4780 (SAS)

Dear Judge Scheindlin:

We represent Plaintiff Malibu Textiles, Inc. ("Malibu") in the above-captioned matter.

Pursuant to the Court's May 19, 2008 Scheduling Order, there is a Final Pretrial Conference scheduled for this Wednesday, June 25, 2008. As plaintiff's motion for summary judgment is pending and discovery has been extended until August 12, 2008, I called Chambers this afternoon to confirm the purpose of this conference.

Your Chambers suggested that I submit this letter requesting clarification of the purpose of the conference.

Respectfully submitted,

Matthew A. Kaplan

cc:   Harlan M. Lazarus, Esq.(via facsimile)
      Nancy E. Wolff, Esq.

{A062291.DOC\1}

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/25/08

RECEIVED
CHAMBERS
JUN 2[?]
JUDGE S[CHEINDLIN]

*The final pretrial conference previously scheduled for June 25, 2008 is rescheduled to August 20, 2008, at 4:30 p.m.*

*SO ORDERED*

*Shira A. Scheindlin, USDJ*

*Date: June 24, 2008*