LAZARUS & LAZARUS, P.C.
COUNSELLORS AT LAW

240 MADISON AVENUE
NEW YORK, N.Y. 10016


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/14/08

TELECOPIER
212-684-0314

TELEX
238790 NYK

July 11, 2008

*Via By Facsimile &*
*Overnight Express Mail To*:

HON. SHIRA A. SCHEINDLIN
United States District Court
Southern District of New York
500 Pearl Street, Room 1620
New York, New York 10007

RECEIVED
CHAMBERS OF
JUL   2008
JUDGE SCHEINDLIN

Re: **MALIBU TEXTILES, INC. v. CAROL ANDERSON, INC., CABI, LLC, PINK VAN ENTERPRISES, LLC, AND CAROL ANDERSON**
Index No.: 07cv4780 (SAS)
**CONFERENCE SCHEDULED FOR JULY 30, 2008 @ 4:30 PM.**

Honorable Madam:

We are the attorneys for the Defendants, Carol Anderson, Inc., CABI, LLC, Pink Van Enterprises, LLC, and Carol Anderson ("Defendants").

We are in receipt of Your Honor's Opinion and Order, filed with the Court on July 8, 2008, in connection with Plaintiff, Malibu Textile Inc.'s Motion for Partial Summary Judgment.

Your Honor has scheduled a Conference for July 30, 2008 at 4:30 pm (the "Conference").

However, I am previously engaged in a Federal Court matter in the Western District of Washington at Tacoma, "Age Group, Ltd. v. Regal West Corporation d/b/a Regal Logistics", Index number: 2:07-cs-01303-RSM, wherein my firm represents the

LAZARUS & LAZARUS, P.C.

Plainitff, Age Group, Ltd. I will be traveling the last week of July to take the depositions of certain representatives of Defendant, Regal Logisitcs, and will not be returning until late in the evening of July 30, 2008.

I respectfully request that the Court adjourn the Conference so as to be held no earlier than 4:00 pm July 31, 2008, or, preferably, at a date at the parties convenience the following week.

We appreciate Your Honor's attention regarding the above and look forward to the Court's response.

Respectfully Submitted,

Harlan M. Lazarus, Esq.

HML:cs
CC: Matthew Kaplan, Esq. & Nancy Wolff, Esq.
    (via electronic mail)

Defendants' request is granted. The status conference is rescheduled to August 6, 2008, at 4:30 p.m.

SO ORDERED:

Shira A. Scheindlin
USDJ

Date: July 11, 2008