

| COWAN | 41 MADISON AVENUE | MATTHEW A. KAPLAN |
|---|---|---|
| DEBAETS | NEW YORK, NY 10010 | 212 974 7474 ext 1933 |
| ABRAHAMS & | t: 212 974 7474 | mkaplan@cdas.com |
| SHEPPARD LLP | f: 212 974 8474 | |
| | www.cdas.com | |

FREDERICK P. BIMBLER
TOBY M.J. BUTTERFIELD
AL J. DANIEL, JR.°
TIMOTHY J. DEBAETS
ROBERT I. FREEDMAN
ELLIS B. LEVINE
MITCHELL E. RADIN
ROBERT L. SEIGEL
J. STEPHEN SHEPPARD
KENNETH N. SWEZEY
DAVID BRUCE WOLF
NANCY E. WOLFF+

ZEHRA J. ABDI
LISA K. DIGERNES
MATTHEW A. KAPLAN™
ALEXIS N. MUELLER
M. KILBURG REEDY
MASON A. WEISZ+

OF COUNSEL:
ANNE C. BAKER
ANDREA F. CANNISTRACI
JERROLD B. GOLD
ALBERT GOTTESMAN
ROGER E. KASS
MICHAEL D. REMER

SPECIAL COUNSEL:
SUSAN H. BODINE

PHILIP M. COWAN
(1943-2001)
HOWARD ABRAHAMS
(1945-1996)

‡ ALSO ADMITTED IN NJ
+ ALSO ADMITTED IN CA
° ALSO ADMITTED IN AR & DC
■ ALSO ADMITTED IN CA & PA

JULY 16, 2008

**VIA FACSIMILE (212) 805-7920**
Honorable Shira A. Scheindlin, U.S.D.J.
United States District Court, Southern District of New York
500 Pearl Street, Room 1620
New York, New York 10007

Re:   **Malibu Textiles, Inc. v. Carol Anderson, Inc. et al.**
      **Docket No. 07 Civ. 4780 (SAS)**

Dear Judge Scheindlin:

We represent Plaintiff Malibu Textiles, Inc. and we are in receipt of the Court's Endorsed Letter, entered July 14, 2008, granting defendants' request to adjourn the Status Conference previously scheduled for July 30, 2008 to Wednesday, August 6, 2008. We respectfully request that the conference be rescheduled for later that week.

Ms. Wolff, Malibu's lead counsel, will be unavailable to attend the conference because she has a previously scheduled teaching engagement in Maine from August 3rd through August 6th and will be travelling back to New York that afternoon.

I conferred with Mr. Lazarus yesterday, who consents to plaintiff's request and advises that he is available on Thursday, August 7 and Friday, August 8 to reschedule.

We thank the Court for its consideration.

Respectfully submitted,

Matthew A. Kaplan

cc:   Harlan M. Lazarus, Esq. (via facsimile)
      Nancy E. Wolff, Esq.

{A062291.DOC\1}

*[Handwritten endorsement:]* Plaintiff's request is granted. The conference previously scheduled for August 6, 2008 is rescheduled to August 7, 2008, at 4:00 pm.

*[Stamps:]* RECEIVED CHAMBERS OF JUL 17 2008 JUDGE SCHEINDLIN
USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 7/17/08

Date: July 17, 2008

Shira A. Scheindlin, USDJ