UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MALIBU TEXTILES, INC.,

                      Plaintiff,

-against-

CAROL ANDERSON, INC., CABI, LLC,
PINK VAN ENTERPRISES, LLC, and
CAROL ANDERSON,

                      Defendants.
-----------------------------------------------------------X

Index No.:07 CV 4780 (SAS)

Judge Scheindlin

**NOTICE OF MOTION**

    PLEASE TAKE NOTICE THAT upon the accompanying Memorandum of Law in support of Defendants' Motion for Reconsideration, the Defendants will move this Court before the Honorable Shira Scheindlin, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, at a date and time determined by this Court, pursuant to Local Civil Rule 6.3, to reconsider the Court's Opinion and Order, filed July 8, 2008, and to deny Plaintiff' motion for partial summary on liability.

Dated: July 17, 2008
        New York, NY

                                    LAZARUS & LAZARUS, P.C.

                                    By: _____
                                    Harlan M. Lazarus (HML 0268)
                                    *Attorneys for Plaintiff*
                                    240 Madison Avenue
                                    New York, New York 10016
                                    (212) 889-7400