UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

MALIBU TEXTILES, INC.,                                Index No.:07 CV 4780 (SAS)

                         Plaintiff,

-against-

CAROL ANDERSON, INC., CABI, LLC,
PINK VAN ENTERPRISES, LLC, and
CAROL ANDERSON,

                         Defendants.
----------------------------------------------------------X

## CERTIFICATE OF SERVICE

      This is to certify under the penalties of perjury, that I am an attorney duly admitted to practice before the Courts of the State of New York, and that I have this 18th day of July, 2008, caused to be served upon the parties below listed, a true copy of the foregoing documents: (i) Notice of Motion for Reconsideration; and (ii) Supporting Memorandum of Law; depositing said true copy in a sealed envelope into an official depository under the exclusive care and custody of the United States Postal Service located within this City and State, addressed to the following:

**COWAN DEBAETS ABRAHAMS & SHEPPARD, LLP**
*Attorneys for* MALIBU TEXTILES, INC.
41 Madison Avenue
New York, New York 10010
Attn: **MATTHEW A. KAPLAN, ESQ.**

                                                                   Janet W. Suk, Esq.