UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MALIBU TEXTILES, INC.,                                           Index No.: 07cv4780 (SAS)

                          Plaintiff,

  -against-

CAROL ANDERSON, INC., CABI, LLC,                      **NOTICE OF APPEAL**
PINK VAN ENTERPRISES, LLC AND
CAROL ANDERSON,

                          Defendants.
-------------------------------------------------------------X

    Notice is hereby given that CAROL ANDERSON, INC., CABI, LLC, PINK VAN ENTERPRISES, LLC and CAROL ANDERSON, Defendants in the above captioned matter (the "Defendants"), hereby appeals to the United States Court of Appeals for the Second Circuit the Opinion and Order of Justice Shira A. Scheindlin, United States District Judge, granting Plaintiff, Malibu Textiles, Inc.'s motion for partial summary judgment as to liability for copyright infringement against Defendants, entered in this action on the 8th day of July, 2008.

Dated: July 31, 2008
      New York, New York

                                         LAZARUS & LAZARUS, P.C.
                                         *Attorneys for Defendants,*

                             By:_____
                              HARLAN M. LAZARUS (HML-0268)
                              240 Madison Avenue, 8th Floor
                              New York, New York 10016
                              Tel. (212) 889.7400
                              Fax. (212) 684.0314

*To:*   COWAN, DEBAETS, ABRAHAMS & SHEPPARD LLP.
*Attorneys for Plaintiff*
41 Madison Avenue, 34th Floor
New York City, New York 10010
**Attention: NANCY E. WOLFF, ESQ.
            MATTHEW A. KAPLAN, ESQ**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MALIBU TEXTILES, INC.,                                             Index No.: 07cv4780 (SAS)

                            Plaintiff,

      -against-                                                          Judge Scheindlin

CAROL ANDERSON, INC., CABI, LLC,
PINK VAN ENTERPRISES, LLC AND
CAROL ANDERSON,

                            Defendants.
------------------------------------------------------------X
STATE OF NEW YORK   )
                          )SS.:
COUNTY OF NEW YORK )

      Carissa A. Schumacher, being duly sworn, deposes and says:

      I am not a party to this action, I am over the age of 18 years and I reside in Hudson County, New Jersey.

      On August 1, 2008, I delivered by hand delivery true copies of the following document(s): **DEFENDANTS' NOTICE OF APPEAL**; enclosed in a sealed wrapper for delivery, addressed to the following:

      **COWAN, DEBAETS, ABRAHAMS & SHEPPARD, LLP**
      41 Madison Avenue, 34th Floor
      New York, New York 10010
      **Attention: MATTHEW A. KAPLAN**

                                                _____
                                                CARISSA A. SCHUMACHER

Sworn to before me this 1st day of August, 2008.

_____
Notary Public

HARLAN M. LAZARUS
Notary Public, State of New York
No. 31-4723982
Qualified in New York County
Commission Expires February 28, 2011