**MANDATE**

**ORIGINAL**

*FILED AUG 29 2008 — S.D. OF N.Y.*

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
-------------------------------------X

MALIBU TEXTILES, INC.,

        Plaintiff/ Appellee,

-against-

CAROL ANDERSON, INC., CABI, LLC,
PINK VAN ENTERPRISES, LLC AND
CAROL ANDERSON,

        Defendants/ Appellants.
-------------------------------------X

SDNY Index No:
07 CV 4780 (SAS)

Docket No:
08-3828-CV

## STIPULATION TO WITHDRAW DEFENDANTS' NOTICE OF APPEAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN the attorneys for Plaintiff/ Appellee, Malibu Textiles, Inc., and the Defendants/ Appellants named herein, Carol Anderson, Inc., CABI, LLC, Pink Van Enterprises, LLC, and Carol Anderson, that the Notice of Appeal, filed with the Court on August 1, 2008, be withdrawn, without prejudice to filing a later appeal, and the matter be removed from this Court's docket.

Dated: August 15, 2008
       New York, New York

LAZARUS & LAZARUS, P.C.
*Attorneys for Defendants/ Appellants*
240 Madison Avenue, 8th Floor
New York, New York 10016
(212) 889-7400

By: _____
HARLAN M. LAZARUS

COWAN, DEBAETS, ABRAHAMS &
SHEPPARD, LLP
*Attorneys for Plaintiff/ Appellee*
41 Madison Avenue, 34th Floor
New York, New York 10010
(212) 974-7474

By: _____
NANCY E. WOLFF

*So Ordered*

FOR THE COURT
Catherine O'Hagan Wolfe, Clerk of Court
By _____
Lisa J. Greenberg, Staff Counsel

*UNITED STATES FILED AUG 27 2008 Catherine O'Hagan Wolfe, Clerk SECOND CIRCUIT*

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk
by _____
Deputy Clerk

Certified: 8/28/08