## LAZARUS & LAZARUS, P.C.

240 MADISON AVENUE
NEW YORK, N.Y. 10016

TELECOPIER
212-684-0314

AREA CODE 212
669-7400

TELEX
238700 NYK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/15/08

September 11, 2008

*Via By Facsimile &*
*Overnight Express Mail To:*

HON. SHIRA A. SCHEINDLIN
United States District Court
Southern District of New York
500 Pearl Street, Room 1620
New York, New York 10007

Date: 9/12/08

> Defendant's request is hereby granted. Trial is postponed until January 26, 2009. The back-up date of January 19, 2009 is also eliminated. Under no circumstances will this Court grant a further adjournment. SO ORDERED.
>
> Shira A. Scheindlin, U.S.D.J.

Re: **MALIBU TEXTILES, INC. v. CAROL ANDERSON, INC., CABI, LLC, PINK VAN ENTERPRISES, LLC, AND CAROL ANDERSON**
Index No.: 07cv4780 (SAS)

### TRIAL DATE JANUARY 5TH, 2009

Honorable Madam:

We are the attorneys for the Defendants, Carol Anderson, Inc., CABI, LLC, Pink Van Enterprises, LLC, and Carol Anderson ("Defendants").

A Conference was held before Your Honor on August 20, 2008 (the "Conference"), at which point the Court set a Trial date of January 5, 2009.

At the time of the Conference I did not have my calendar available, and was not mindful of the fact I had previously been set for a January 5th, 2009 Trial Date in a matter pending in the United States District Court for the Western District of Washington at Tacoma, captioned "Age Group, Ltd. v. Regal West Corporation d/b/a Regal Logistics", Index number: 2:07-cs-01303-RSM ("Age Group v. Regal") ("Age/Regal Trial"), wherein my firm represents the Plaintiff, Age Group, Ltd. and I am

LAZARUS & LAZARUS, P.C.

lead trial counsel. It is anticipated that the Age/Regal Trial matter will last ten days.

The Age/Regal trial date was set in a Minute Order Setting Jury Trial and Pretrial Dates and Ordering Mediation, filed on February 14, 2008. I have attached a copy of the Minute Order for Your Honor's review.

We therefore, respectfully request that the Trial, presently scheduled before Your Honor for January 5, 2008, be adjourned to the next available date.

We have requested the consent of our adversary, who, as of this writing, has neither consented, nor objected to the request.

We appreciate Your Honor's attention regarding the above and look forward to the Court's response[1].

Respectfully Submitted,

Harlan M. Lazarus, Esq.

HML:cs
CC: Matthew Kaplan, Esq. & Nancy Wolff, Esq.
    (*via electronic mail*)

---

[1] Due to medical reasons, I will be unavailable from Friday September 12, 2008 thru Monday, September 15, 2008.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| AGE GROUP LTD, <br><br> Plaintiff(s), <br><br> v. <br><br> REGAL WEST CORPORATION, et al., <br><br> Defendant(s). | Case No. 2:07-cv-01303-BHS <br><br> MINUTE ORDER SETTING JURY TRIAL AND PRETRIAL DATES AND ORDERING MEDIATION |

NOW, on February 14, 2008, the Court directs the Clerk to enter the following Minute Order:

## I. TRIAL, PRETRIAL, AND MEDIATION DATES

| | |
|---|---|
| TEN DAY JURY TRIAL set at 09:00 AM on | JANUARY 5, 2009 |
| Deadline for the FILING of any motion to join parties | 03/17/2008 |
| Deadline for amending pleadings | 03/26/2008 |
| Disclosure of expert testimony under FRCP 26(a)(2) | 06/30/2008 |
| Disclosure of rebuttal expert testimony under FRCP 26(a)(2) | 07/29/2008 |
| All motions related to discovery must be FILED by | 08/08/2008 |
| Discovery COMPLETED by | 09/08/2008 |

MINUTE ORDER - 1

| | | |
|---|---|---|
| 1 | All dispositive motions must be FILED by | 10/07/2008 |
| 2 | Settlement conference per Local Rule CR 39.1(c)(2) HELD no later than | 11/06/2008 |
| 3, 4 | Mediation per Local Rule CR 39.1(c) HELD no later than | 12/08/2008 |
| 5, 6, 7 | Letter of compliance as to Local Rule CR 39.1 FILED *A roster of Local Rule CR 39.1 mediators can be located on the Internet at www.wawd.uscourts.gov. If you do not have access to the Internet, please contact the Clerk's Office at (253) 882-3800.* | 12/15/2008 |
| 8, 9 | Motions in limine should be FILED by and NOTED on the motion calendar no later than the second Friday thereafter | 12/08/2008 |
| 10 | Agreed pretrial order FILED with the Court by | 12/12/2008 |
| 11 | Pretrial conference will be HELD at 09:00 AM on (Counsel shall report to Courtroom E) | 12/19/2008 |
| 12, 13 | Trial briefs, proposed voir dire, and jury instructions due | 12/15/2008 |

If any of the dates identified in this order or the Local Civil Rules fall on a weekend or federal holiday, the act or event shall be performed on the next business day. These are firm dates that can be changed only by order of the Court.

If this case is not settled, it will go to trial on the date set or as soon thereafter as the Court is available.

## II. JURY INSTRUCTIONS

A Manual of Model Civil Jury Instructions for the Ninth Circuit (latest edition) should be used as the format for proposed jury instructions. *See* www.wawd.uscourts.gov and Local Rule CR 51.

## III. FINDINGS OF FACT AND CONCLUSIONS OF LAW

Proposed findings of fact and conclusions of law need not be submitted

unless specifically requested by the Judge.

## IV. PRIVACY POLICY

Pursuant to the General Order of the Court regarding Public Access to Electronic Case Files (filed 5/29/03), parties are to redact the following information from documents and exhibits before they are filed with the Court:

*Dates of Birth – redact to the year of birth

*Names of Minor Children – redact to the initials

*Social Security Numbers – redact to the last four digits

*Financial Accounting Information – redact to the last four digits

The General Order was issued pursuant to the official policy on privacy adopted by the Judicial Conference of the United States. This order can be found on the Court's website at www.wawd.uscourts.gov/ReferenceMaterials/index.htm. All documents filed in the above-captioned matter must comply with the Privacy Policy and the General Order.

## V. SETTLEMENT

If this case is settled, please advise Rhonda Miller, Courtroom Deputy to Judge Settle, immediately at (253) 882-3825.

The foregoing Minute Order was authorized by the THE HONORABLE BENJAMIN H. SETTLE, UNITED STATES DISTRICT JUDGE.

/s/Rhonda Miller
Rhonda Miller
Courtroom Deputy

MINUTE ORDER - 3