UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- X
MALIBU TEXTILES, INC.,

          Plaintiff,

- against -

CAROL ANDERSON, INC., CABI,
LLC, PINK VAN ENTERPRISES,
LLC, and CAROL ANDERSON,

          Defendants.
------------------------------------------------------- X

**ORDER**

07 Civ. 4780 (SAS)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/15/08

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

Having considered the parties' submissions concerning the applicability of this Court's July 7, 2008 opinion and order to defendants added in plaintiff's third amended complaint, for the reasons stated in the opinion and order, partial summary judgment as to liability for copyright infringement is granted against defendants Pink Van Enterprises, LLC and Carol Anderson.

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated:    New York, New York
           September 11, 2008

## - Appearances -

**For Plaintiff**:

Matthew A. Kaplan, Esq.
Nancy E. Wolff, Esq.
COWAN, DEBAETS, ABRAHAM & SHEPPARD LLP
41 Madison Ave., 34th Floor
New York, New York 10010
(212) 974-7474

**For Defendants**:

Harlan M. Lazarus, Esq.
LAZARUS & LAZARUS, P.C.
240 Madison Ave.
New York, New York 10016
(212) 889-7400